UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>            - *against* -<br><br>SANT SINGH CHATWAL,<br><br>                            Defendant. | No. 14 CR 143 (ILG)<br><br>ECF Case |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND PROPOSED ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Adam L. Pollock, dated June 11, 2014, and pursuant to Local Civil Rule 1.4, Adam L. Pollock, Esq. withdraws his appearance on behalf of defendant Sant Singh Chatwal in the above-captioned matter.  Jonathan S. Sack and the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. remains counsel to Mr. Chatwal.

Dated: New York, New York
           June 11, 2014

                                        Respectfully submitted,

                                        MORVILLO ABRAMOWITZ
                                        GRAND IASON & ANELLO P.C.

                                        By:  /s/ Adam L. Pollock
                                                 Adam L. Pollock
                                        565 Fifth Avenue
                                        New York, New York 10017
                                        Telephone:  (212) 856-9487
                                        *Attorneys for Defendant Sant Singh Chatwal*

SO ORDERED.

June __, 2014

                                        _____
                                        The Honorable I. Leo Glasser
                                        Senior United States District Judge