UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                            Plaintiff,

             - *against* -

SANT SINGH CHATWAL,

                            Defendant.

No. 14 CR 143 (ILG)

ECF Case

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL OF APPEARANCE

     I, Adam L. Pollock, declare and state as follows:

     1.     Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my appearance as counsel for defendant Sant Singh Chatwal in the above-captioned action because I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C. as of June 11, 2014.  My colleague Jonathan S. Sack will continue to represent Mr. Chatwal and my colleague Miriam Glaser will shortly be entering a notice of appearance on behalf of Mr. Chatwal.

     2.     Because the same law firm will continue to represent Mr. Chatwal, this withdrawal will not affect this action in any way, including the posture of the case.  Nor will this

2

withdrawal prejudice any of the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 11th day of June, 2014 at New York, New York.

                                        MORVILLO ABRAMOWITZ
                                      GRAND IASON & ANELLO P.C.

                                      /s/ Adam L. Pollock
                                        Adam L. Pollock
565 Fifth Avenue
New York, New York  10017
Telephone:  (212) 856-9487
Facsimile:  (212) 856-9494

*Attorneys for Defendant Sant Singh Chatwal*

2