FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 13 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SANT SINGH CHATWAL,

                Defendant.

No. 14 CR 143 (ILG)

ECF Case

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Adam L. Pollock, dated June 11, 2014, and pursuant to Local Civil Rule 1.4, Adam L. Pollock, Esq. withdraws his appearance on behalf of defendant Sant Singh Chatwal in the above-captioned matter. Jonathan S. Sack and the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. remains counsel to Mr. Chatwal.

Dated: New York, New York
       June 11, 2014

                                      Respectfully submitted,

                                      MORVILLO ABRAMOWITZ
                                      GRAND IASON & ANELLO P.C.

                                      By: /s/ Adam L. Pollock
                                          Adam L. Pollock
                                      565 Fifth Avenue
                                      New York, New York 10017
                                      Telephone: (212) 856-9487
                                      *Attorneys for Defendant Sant Singh Chatwal*

SO ORDERED.
June 12, 2014

                                        s/l Leo Glasser
                                      ─────────────────
                                      The Honorable I. Leo Glasser
                                      Senior United States District Judge