## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9410
jsack@maglaw.com

COUNSEL
RACHEL Y. HEMANI
JASMINE JUTEAU
BARBARA MOSES*

SENIOR ATTORNEY
THOMAS M. KEANE

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

October 21, 2014

**BY ECF AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Sant Singh Chatwal, 14 CR 143 (ILG)</u>

Dear Judge Glasser:

      My firm represents the defendant, Sant Chatwal, in the above-referenced case. Sentencing is currently scheduled for November 19, 2014.

      In connection with sentencing, we have received approximately 300 letters from Sant Chatwal's friends, family, employees, business colleagues and others. In light of the large volume of material, we are providing Your Honor with the enclosed compendium of letters (the "Compendium") to assist Your Honor's review of the letters before sentencing. We presently anticipate filing our sentencing memorandum with the Court in the very near future, following receipt of the final Presentence Report.

      A copy of the Compendium has also been provided to the United States Attorney's Office and to the Probation Department and has been filed on the public docket. We note that we have redacted from the publicly filed version of the Compendium four letters that report personal medical information regarding members of Mr. Chatwal's immediate family. We respectfully request that the unredacted Compendium we have provided to Your Honor not be placed in the public record.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable I. Leo Glasser
October 21, 2014
Page 2

      If Your Honor has any questions or concerns regarding our submission, we would be glad to address them.

      Respectfully Submitted,

      Jonathan S. Sack

Enclosure

cc:   Assistant U.S. Attorney Martin Coffey (By Email and Federal Express)
      Ms. Michelle Espinoza, U.S. Probation Department (By Email and Federal Express)