UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

      Plaintiff,

         v.                        14 CR 00143 (ILG)

SANT SINGH CHATWAL,

      Defendant.
───────────────────────────────


**COMPENDIUM OF LETTERS SUBMITTED
ON BEHALF OF SANT SINGH CHATWAL**


*Morvillo Abramowitz Grand Iason
& Anello P.C.*
Jonathan S. Sack
Judith L. Mogul
Miriam L. Glaser
565 Fifth Avenue
New York, NY 10017
Phone: 212-880-9410
jsack@maglaw.com

*Attorneys for Defendant Sant Singh Chatwal*

## INTRODUCTION

These letters are submitted on behalf of Sant Singh Chatwal.  They consist of personal statements from family, friends, employees, colleagues in business and representatives of charitable and humanitarian organizations to which Sant has given substantial support.

We have organized these letters into the following categories:  (1) family, (1A) doctors treating Sant's sons, Vivek and Vikram Chatwal, (2) friends, (3) employees (current and former), (4) business community, (5) religious, educational and other humanitarian activities, (6) civic engagement and U.S.-India relations and (7) acts of kindness toward other individuals.  We ask that the Court take these letters, together with a sentencing memorandum to be filed separately, into account in determining a just and appropriate sentence.

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| 1 | **Family** | | |
| | Pardaman Chatwal | *Wife* | 1 |
| | Vikram Chatwal | *Son* | 5 |
| | Vivek Chatwal | *Son* | 8 |
| | Anoopama Singh | *Nephew's wife* | 10 |
| | Inderjit Singh Gujral | *Wife's uncle* | 11 |
| | Iqbal Chatwal | *Younger brother* | 13 |
| | Kanvar Singh | *Great-nephew* | 15 |
| | Rajni Singh | *Cousin* | 17 |
| | Simran Kochar Singh | *Great-nephew's wife* | 19 |
| | Swinder Pal Singh | *Nephew* | 21 |
| | Karan Chhatwal | *Nephew* | 23 |
| | Geeta Kaur | *Niece* | 24 |
| | Meyha Chhatwal | *Great-niece* | 26 |
| | Harbans Singh | *Older brother* | 28 |
| | Darshan Kaur | *Older sister* | 30 |
| | Kesar Singh | *Older brother* | 32 |
| | Gurcharan Kaur | *Younger sister* | 34 |
| | Ramneet Kaur | *Great-nephew's wife* | 36 |
| | Kanwarmanjit Singh | *Nephew* | 38 |
| | Priya Singh | *Niece* | 40 |
| | Amarvir Singh | *Great-nephew* | 42 |
| | Darshan Pal Singh | *Nephew* | 44 |
| | Ishar Singh | *Younger brother* | 46 |
| | Gurjit Singh | *Niece* | 48 |
| | Gurpreet Chatwal | *Nephew* | 50 |
| | Jasjeev Singh | *Cousin's husband* | 52 |
| | Saveira Singh | *Niece* | 54 |
| | Har Bhajan Singh | *Brother-in-law* | 56 |
| | Inderjit Kaur | *Younger sister* | 58 |
| | Veer Chhatwal | *Nephew* | 59 |
| | Ranjit Kaur | *Niece* | 61 |
| | Shumsher Singh | *Nephew* | 63 |
| | Arti Dandona | *Niece* | 66 |
| | Nirankar Singh | *Brother-in-law* | 67 |

i

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| 1A | **Doctors Treating Vivek and Vikram Chatwal** | | |
| | Rocco Marotta | *Vikram and Vivek's physician* | 69 |
| | Eric Hollander | *Vikram and Vivek's physician* | 73 |
| | Y.A. Matcheswalla | *Vikram's former physician* | 76 |
| | Subhash C. Inamdar | *Vivek's physician* | 79 |
| 2 | **Friends** | | |
| | G.S. Gill | *Life-long close friend* | 81 |
| | Atul Bhatara | *Mentee and friend for 11 years* | 83 |
| | Gurmukh K. Brar | *Friend since childhood* | 86 |
| | Upinderpal and Jaipreet Sabharwal | *Family friends for over 15 years* | 88 |
| | Alpa Patel | *Friend and mentee for over 10 years* | 90 |
| | Satjiv Chahil | *Friend for 35 years* | 91 |
| | Queenie Singh | *Family friend for 22 years* | 93 |
| | Mike Patel | *Friend and colleague for 20 years* | 95 |
| | Ranjit Singh | *Former fellow teacher and friend for over 45 years* | 97 |
| | Kanwaljit Bakshi | *Friend for 30 years* | 99 |
| | Surinder Singh Sandhu | *Former fellow teacher and friend for 48 years* | 101 |
| | Ravinder Mehra | *Friend for 40 years* | 104 |
| | Sonal Surti | *Mentee and friend* | 106 |
| | Michael Safko | *Friend, neighbor and colleague of many years* | 107 |
| | Ramesh Kholsa | *Friend for 37 years* | 109 |
| | K.S. Chadha | *Friend and business colleague for 25 years* | 111 |
| | Afsun Qureshi | *Friend for 14 years* | 114 |
| | Kewal Chopra | *Former fellow teacher, friend for 45 years and former employee* | 116 |
| | Shaleen B. Patel | *Friend and mentee for over 25 years* | 118 |
| | Bhupendra R. Patel | *Friend for 25 years* | 120 |
| | Deepak & Rita Chopra | *Family friends and business colleague* | 122 |
| | R.A. Maker | *Friend for 43 years* | 125 |
| | Swinder Sodhi | *Friend for over 40 years* | 127 |
| | Gautam Chopra | *Family friend for over 20 years* | 129 |
| | Kamal Dandona | *Friend for over 30 years* | 131 |
| | Ajay Bhumitra | *Friend and mentee for 35 years* | 133 |
| | Anita Gupta | *Friend for 14 years* | 135 |

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Sir Mota Singh, QC | *Retired judge and friend for over 30 years* | 136 |
| | Ava Thaw | *Daughter of business associate and friend for 38 years* | 138 |
| | Subhash Chandra | *Friend for over 20 years* | 140 |
| | Karan Satia | *Family friend for 23 years* | 142 |
| | Maya Datwani | *Friend for 32 years* | 144 |
| | Harvinder Anand | *Friend for over 20 years* | 146 |
| | Jatin P. Shah | *Senior cancer surgeon at Memorial Sloan-Kettering Cancer Center and friend for many years* | 148 |
| | Sandhya Satia | *Friend, one-time tenant and current neighbor* | 150 |
| | Cynthia Frederick | *Involved in youth vocational and employment training in the Punjab and friend for 7 years* | 152 |
| | Manjit S. Bains | *Friend for over 30 years* | 155 |
| | Jaspaul Singh | *Mentee and friend for 24 years* | 157 |
| | Lee P. Brown | *Friend for 25 years* | 158 |
| | Shashi Anand | *Family friend for over 25 years* | 159 |
| | P.S. Arora | *Friend for 30 years and Major General in Indian army* | 160 |
| | Masood Rizvi | *Friend for over 25 years* | 161 |
| | S.J. Khalsa | *Friend for over 35 years* | 163 |
| | Theodore Wong | *Mentee and friend* | 165 |
| | Sharan Premi | *Family friend* | 166 |
| | Rajinder Uppal | *Representative of Friends for Good Health and longtime friend* | 170 |
| | Ron Mehra | *Friend for 38 years* | 172 |
| | Surender Dhall | *Friend for over 30 years* | 174 |
| | Suresh Bhalla | *Longtime friend* | 175 |
| | Ramneek Singh | *Friend, mentee and former intern* | 177 |
| | Baljit S. Chadha | *Friend for 30 years* | 179 |
| | Subhash Kapadia | *Friend for 40 years* | 180 |
| | Jojinder Jaswant Singh | *Friend for over 10 years and former Chief of Indian Army* | 182 |
| | Harismran Sabharwal | *Friend for 35 years* | 183 |
| | J.P. Singh | *Friend for 45 years* | 184 |
| | Samin Sharma | *Friend for 12 years and treating cardiologist* | 185 |
| | John Vafai | *Friend and neighbor* | 187 |
| | G. Gopinathan | *Friend for over 20 years and physician* | 189 |
| | Hardeep Bhatia | *Friend* | 191 |

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Jasbir Kaur Ghura | *Friend for 38 years* | 192 |
| | Valavanur Subramanian | *Friend for over 30 years* | 193 |
| | Mazy Moghadam | *Family friend for 34 years* | 195 |
| | Purnima Patel | *Longtime friend* | 197 |
| | Nitin Sahney | *Friend for over 20 years* | 199 |
| | Sanjana Jon | *Friend* | 200 |
| | Shanti Gopani | *Friend from Ethiopia for over 45 years* | 202 |
| **3** | **Employees (Current and Former)** | | |
| | Robert Raphael Mallia | *Employee for 5 years* | 204 |
| | Brandon Reynolds | *Employee for 8 years* | 206 |
| | Alan Lanigan | *Employee for 31 years* | 208 |
| | Jimmy Noonan | *Sober companion for Vikram Chatwal* | 210 |
| | Carlos Pagan | *Sant's doorman for 19 years* | 212 |
| | Shelly Bhumitra | *Longtime restaurant employee* | 214 |
| | Deena Howard | *Personal assistant for 9 years* | 216 |
| | Sujay Aranha | *Hospitality employee for 25 years* | 218 |
| | Harold David DaSilva Singh | *Employee for 10 years; assists Vikram Chatwal* | 220 |
| | Jean Lionel Ligonde | *Sant's doorman for 26 years* | 223 |
| | Harpreet Singh Wahan | *Mentee and former employee* | 225 |
| | Jagdish Satra | *Employee of Hampshire Hotels for 9 years* | 227 |
| | Srimoy Bhattachara | *Director of Public Relations at Hampshire Hotels from 2002 - 2006* | 229 |
| | Amritpal Singh Mayall | *Restaurant employee for 38 years* | 231 |
| | Tony Acosta | *Sant's doorman for 17 years* | 235 |
| | Ashok Malik | *Former employee* | 236 |
| | Jay Wm Dean | *General Manager at the Best Western President Hotel since for 18 years* | 238 |
| | Parul Joshi | *Controller for The Lambs Club at The Chatwal Hotel for 6 years* | 240 |
| | Kevin Lilis | *Former employee* | 242 |
| | Michael Lindenbaum | *Vice President of Hampshire Hotels* | 244 |
| | Sanjib Ray | *Longtime employee* | 246 |
| | Jay Stein | *Employee for 21 years* | 248 |
| | Saadat Raja | *Hospitality employee for 29 years* | 250 |
| | Agha Khan | *Former accounting employee of 22 years* | 252 |

iv

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Margaret A. Benua | *General Manager of Dream South Beach Hotel since 2008* | 254 |
| | Christopher Mallon | *Hospitality employee for 17 years* | 256 |
| | Sher Thind | *Former employee of 15* | 258 |
| | Daulat Jethwani | *Restaurant employee for 30 years* | 260 |
| | Mohamed Abochoayra | *Restaurant employee for 12 years* | 262 |
| | Dinesh Surti | *Personal driver for 30 years* | 264 |
| | Rajandurai Nadar | *Curry chef at Bombay Palace NYC* | 266 |
| | Feroz Ahmed | *Restaurant employee for 35 years* | 268 |
| | Yasin Khan Yusufzai | *Hospitality employee for 24 years* | 269 |
| | Gupreet Sodhi | *Former employee* | 271 |
| | Harbhajan Singh Virk | *Employee for 22 years* | 274 |
| | Jagdeep Sethi | *Former employee of 9 years* | 277 |
| | Dilip & Swapnil Shetye | *Former employee of 5 years* | 279 |
| | Mansukhbir Singh Chohan | *Employee for 27 years* | 281 |
| | Michelle Sidibe | *Former employee of 6 years* | 284 |
| | Jasmine Robinson | *Former employee of 3 years* | 286 |
| | Shiv Sohan | *Hospitality employee for 3 years* | 288 |
| | Faiza Khan | *Hospitality employee for 16 years* | 290 |
| | Timothy Manish Chhatwal | *Former employee of 22 years* | 292 |
| | Vasant Baliga | *Former employee* | 295 |
| | Sylvia Hilton | *Former employee of 10 years* | 297 |
| | Matthew Strauss | *Hospitality employee* | 299 |
| | Sunil Jacob Thomas | *Restaurant employee for 6 years* | 301 |
| | Alka Chadha | *Hospitality employee for 14 years* | 302 |
| | Deepinder Singh | *Former employee of 19 years* | 304 |
| | Betty Georges | *Hospitality employee for 14 years* | 306 |
| | Carmen Velazco | *Hospitality employee for 10 years* | 308 |
| | David Forestier | *Managing Partner for Cerberus Life Management hired to help care for Vikram's sobriety* | 309 |
| | Genio Mallillin | *Hospitality employee for over 20 years* | 311 |
| | Jayan Shestra | *Part-time restaurant employee* | 313 |
| | Hassan Sohli | *Restaurant employee for over 20 years* | 315 |
| | James C. Anderson | *Hospitality employee for 5 years* | 316 |
| | Shyam Mehrotra | *Employee for 15 years* | 317 |
| | Djordje Petrovic | *Former employee of 4 years* | 319 |
| | Nilika Singh | *Hospitality employee* | 320 |

v

**TABLE OF CONTENTS
LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL**

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Peter D'Silva | Restaurant employee for 15 years | 322 |
| | Gautam Khanna | Longtime employee | 323 |
| | Prakash Hundalani | Former restaurant employee | 325 |
| | Brendan McNamara | Hospitality employee for 15 years | 327 |
| | Thomas Carpenter | Hospitality employee for 16 years | 329 |
| | Hekyung Moore | Hospitality employee for 17 years | 331 |
| | Nitesh Goyal | Restaurant employee for 11 years | 332 |
| | Tahmina Khanom | Part-time employee and student | 334 |
| | Bhatrat Bhushan Bahl | Restaurant employee for over 20 years | 336 |
| | Harjeet Singh Biji | Employee for 25 years | 337 |
| | Manpreet Kochar | Hospitality employee | 338 |
| | Ratnareddy Kethireddy | Employee for 12 years | 339 |
| | George Kopack | Employee for over 15 years | 341 |
| | Trevor Sherman | Hospitality employee | 342 |
| | Howard Singh | Hospitality employee for 8 years | 344 |
| | Anthony Lanigan | Former employee of 15 months | 345 |
| 4 | **Business Community** | | |
| | William Brothers | Founding Partner of WQB Architecture | 347 |
| | Joy Hou | CEO of a small financial technology firm | 350 |
| | Peter Ward | President of the New York Hotel Trades Council | 352 |
| | Belete Worku | Co-Founder of the New Era Institute with Sant, Addis Ababa, Ethiopia | 353 |
| | A. Mitchell Greene | Attorney | 356 |
| | Eric Danziger | CEO of Hampshire Hotels Management | 359 |
| | Joseph Vassalo | Managing Director at Natixis North America | 361 |
| | Robert L. Johnson | Founder of Black Entertainment Television and The RLJ Companies | 363 |
| | Sonia K. Bain | Partner in Bryan Cave LLP, mentee and family friend for over 30 years | 365 |
| | Jaspreet Mayall | Attorney and friend for 38 years | 367 |
| | Geoffrey Zakarian | Chef, Restaurateur and business partner | 370 |
| | Mark Jay Heller | Attorney | 372 |
| | Mark Owens | Managing Director of The Ackman-Ziff Real Estate Group, LLC | 376 |
| | Sam Domb | Business associate in the hotel and real estate industry | 378 |

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Jeffrey Davis | *Hotel industry professional and business associate* | 380 |
| | Vasilios Kokkosis | *Local business owner* | 382 |
| | Richard Born | *Partner in BD Hotels, LLC* | 383 |
| | Vittorio Assaf | *Co-founder and CEO of Serafina Restaurant Group* | 385 |
| | Mahmood Khimji | *Business associate in the hotel industry* | 387 |
| | Fabio Gratano | *Co-founder and President of Serafina Restaurant Group* | 389 |
| | Sri Sambamurthy | *Business associate in the hotel and real estate industry* | 391 |
| | George Cozonis | *Managing director of the Plaza Hotel* | 394 |
| | John Bowen | *Executive Director at Manhattan Initiative, Inc.* | 396 |
| | M. Marc Dahan | *Friend and attorney for 38 years* | 398 |
| | Paul J. Stern | *Managing Director at Guggenheim Partners* | 400 |
| | Anuj Khanna | *Business associate* | 402 |
| | Gary Barnett | *President of Extell Development Company* | 404 |
| | Will Regan | *Restaurateur at the Lamb's Club* | 405 |
| | Mark J. Gordon | *Business associate* | 406 |
| | Danny Corral | *CFO of Sahara Plaza LLC* | 407 |
| | Gregory Kinsey | *Trustee of Freer and Sackler Galleries, Smithsonian Institution* | 409 |
| | Richie Karaburun | *Managing Director for Roomer Travel* | 411 |
| | Richard Bernard | *Technical and marketing consultant* | 412 |
| | Carolyn Rangel | *President of Deepak Chopra LLC* | 413 |
| | Steve Rushmore | *Hotel consultant* | 414 |
| | Marian Spacek | *Business associate* | 415 |
| | Stephen Steinbrecher | *Attorney from the Hotel Association of NYC* | 416 |
| **5** | **Religious, Educational and Other Humanitarian Activities** | | |
| | Harmahendra Singh | *Shri Guru Gobind Singh Ji Welfare Trust* | 418 |
| | Gursevak Singh | *Dasmesh Institute of Research & Dental Sciences* | 420 |
| | Subhash Gupta | *Ekal Vidyalaya Foundation of USA* | 422 |
| | Hailu Tadesse | *Director of the New Era Primary and Secondary School, Addis Ababa, Ethiopia* | 423 |
| | Ambachew H/Mariam | *Former student, New Era Institute, Addis Ababa, Ethiopia* | 425 |
| | Wolde Feredu | *Former student, New Era Institute, Addis Ababa, Ethiopia* | 426 |

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| | Paramjit Singh | *Administrator of Nanaksar Thath Isher Darbar* | 427 |
| | R.S. Sandhu | *Principal of the Guru Nanak Sikh College in the U.K.* | 429 |
| | Tejinder S. Bindra | *CEO of the Jeetish Group* | 431 |
| | Rabbi Sholom Duchman | *Colel Chabad* | 433 |
| | Ambassador Prabhu Dayal | *Former Indian Consul General in New York* | 435 |
| | Baldev S. Brar | *Physician providing eye care to the poor in India* | 437 |
| | Karamjit Singh | *General Secretary of the Sri Hemkunt Foundation* | 438 |
| | Pradeep Kashyap | *Vice Chair of the American Indian Foundation* | 440 |
| | Inderjeet Singh | *President of Guru Gobind Singh Sikh Temple* | 441 |
| | Patricia Velasquez | *Founder of the Wayuu Taya Foundation* | 443 |
| | Rabbi Michael Miller | *CEO and Vice President of the Jewish Community Relations Council* | 445 |
| | Singh Sahib Giani Ranjit Singh | *Head Priest of the Gurdwara Bangla Sahib in New Delhi* | 446 |
| | Ravishankar Bhooplapur | *President of Xavier University School of Medicine* | 448 |
| | Ranbir Singh Bhalla | *Glen Rock Gurdwara* | 449 |
| | Amritpal S. Johar | *Chair of Sikh International Film Festival* | 451 |
| | Girish Patel | *Member of BAPS and friend for 20 years* | 452 |
| | Bobby Kalotee | *International Chairman of Friends for Good Health* | 454 |
| | Paramjit Singh | *President of Guru Nanak Darbar Temple* | 455 |
| | Harish Mehta | *Chairman of the Central Jersey Indian Lions Club* | 458 |
| | Gurudwara Sacchkhand Board Superintendent | *Maintain Hazoor Sahib and the Dashmesh Hospital* | 459 |
| | Ann Hamilton | *Communications Director at Brooklyn Faith Seventh Day-Adventist Church* | 460 |
| | Jayesh Patel | *President of the India Cultural Society* | 461 |
| | Rana Kapoor | *CEO of YES BANK* | 462 |
| | Dinyar Devitre | *Chairman of Pratham USA* | 464 |
| | H.R. Shah | *CEO of TV Asia* | 465 |
| | Bhai Sahib Satpal Singh Khalsa | *Ambassador of Sikh Dharma* *Chief Religious & Spiritual Authority of Sikh Religion – Western Hemisphere* | 467 |
| | Vicky Singh | *Founding member of Team Saij* | 469 |
| | Jon Dracos | *Project A.L.S.* | 470 |
| | Singh Sahib Giani Gurbachan Singh | *Head Priest of Shri Akal Takht Golden Temple in Amritsar, Punjab* | 471 |

## TABLE OF CONTENTS
## LETTERS SUBMITTED ON BEHALF OF SANT SINGH CHATWAL

| TAB | NAME | RELATIONSHIP | PAGE |
|---|---|---|---|
| 6 | **Civic Engagement and U.S.-India Relations** | | |
| | T.K.A. Nair | *Former Principal Secretary to the Prime Minister of India* | 474 |
| | Nina Solarz | *Wife of the late Representative Stephen J. Solarz* | 475 |
| | T. Subbarami Reddy | *Member of India's Parliament* | 477 |
| | S. Krishna Kumar | *Former senior officer of the Indian Administrative Service* | 479 |
| | Rajeev Bhambri | *Chief Operating Officer of Rediff India Abroad* | 480 |
| | Mohammed Jaffer | *Owner of SnapsIndia* | 482 |
| | Rajan Jetley | *Former CEO of the Indian Tourism Development Corporation* | 484 |
| | Manmohan Singh | *Former Prime Minister of India* | 486 |
| 7 | **Other Acts of Kindness** | | |
| | Andrée Lockwood | *Former tenant and friend* | 487 |
| | Poonam Mishra | *Community member* | 489 |
| | Shashi Abraham | *Community member* | 491 |
| | Parveen S. Walia | *Retired researcher from L.S.U. Medical Center* | 493 |
| | Jerry Allmand | *Tenant* | 494 |
| | Leslie Valenzuela and Josephine Saromo | *Tenant* | 496 |
| | Guy Raymond | *Tenant* | 497 |

Tab 1

May 22, 2014

The Honorable I. Leo Glasser Senior
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Glasser,

I am the wife of Sant Chatwal, and I am a homemaker. My name is Pardaman, but I am
called Daman, which means "the woman who holds the hand of the man." This is most
appropriate. I have been holding the hand of my husband for almost 44 years now. I
hope to hold his hand for many more years in this life, and if I come back again, I hope
to hold his hand in the next life as well. In India, we say that once you marry the first
time, you will find your spouse over and over again, for seven lifetimes. My wish is that
Sant and I are only at the beginning of our time together.

Sant and I came together in 1971, in a marriage arranged by our parents. He was
teaching in Addis Ababa, Ethiopia at the time, and he returned to his home in Faridkot,
Punjab for our wedding. Even before he arrived I knew that our marriage would be
filled with blessings. Our families were so much alike. I was the seventh child out of
eight children in my family. Sant was the fourth child out of eight in his. Like my
family, his family was deeply religious, devoted to God and respectful of all people.
Every day while I was with them we all got up early to pray at a nearby temple. Before
we returned for our own breakfast, we followed my father-in-law's example and gave
out breakfast to the poor people who gathered outside the temple waiting for us. Sant
and I went out together again in the evening to bring food to three blind people who
waited for us near the rail station. In exchange for food, they gave us their blessings,
and only afterward did we eat ourselves. When it was time for Sant and me to leave
Faridkot, my father-in-law reminded Sant that giving to the poor is a mandate in our
religion. I think this mandate was already engraved in Sant's heart, though such words
are always welcomed anyway.

Leaving India was a very emotional experience for me, but then so was our arrival in
Ethiopia. How surprised I was to see maybe 100 people standing there waiting for the
plane to land. Sant was a very popular teacher, and his students and their families and
other people he knew—from many different nationalities—had come to congratulate
him and wish us well. There was a lot of hugging and kissing once we deplaned. One

1

man said to me, "You are very lucky to marry a hard-working, simple, honest and loving man." I said to myself, "This I already know."

Sant was making a good living in Ethiopia and we lived in a good house. He would get up at 5:00 each morning and pray and go to school at 8:00 and return at 2:30. Besides having short days, he had holidays off too. With all this extra time, he began to tutor adults, many of them the wives of ambassadors and other dignitaries, who wanted to learn English. Soon he had enough extra money to open a private school for underprivileged children. He said, "It is time for me to give back." His school would come to hold 800 children—and if a family could not afford a child's tuition (which was the case 20 percent of the time) it was waived. With a partner he also opened a restaurant. In the meantime, I stayed home and took care of the house and our two children, who came along in 1971 and 1974. We were happy in Addis Ababa. Many people were poor but they were good people and very kind. We had good weather, with lots of sunshine. But in September of 1974, revolutionaries staged a coup d'état against the emperor, and our time in Addis Ababa came to an abrupt end. We left with our two children and two suitcases, nothing more. My husband's school was nationalized, as was his restaurant. Fortunately, before the revolution, Sant had been able to set aside some money outside Ethiopia, which we could use to get started all over again.

We went from Addis Ababa to Montreal and we didn't look back. We were blessed to be safe, and we knew it was part of God's plan that we should make this transition. At the time the economy was very bad in Canada, and Sant was able to purchase property for a good price. Before long he owned one hotel and two restaurants. He made profits on these businesses, and in keeping with the mandate inscribed in his heart, he used them to buy airline tickets, and between the years of 1980 and 1985, he brought his four brothers and their families, five of his sisters' children, and three of my four brothers and their families, to Canada (and to the U.S.). He helped everyone to find homes. He didn't want to make our brothers his partners in his businesses; he wanted them to have the businesses and run them for the good of their own families.

Today these family members have grown to include 85 individuals, living in both Canada and the U.S., all thanks to Sant. All of these relatives have enjoyed success and have gone on to provide their children with the best educations and opportunities to be successful too. Sant always says that charity begins at home.

When we went from Montreal to New York, we took my parents, Sant's mother, and our housekeeper, who had been with us for some years by then. We had to live in a small apartment until Sant's first business—a restaurant called Bombay Palace (which opened in 1979 in Rockefeller Center and is still running today)—took off. We were able to bring peace and happiness to each of our parents before they died.

2

It has been God's will that Sant would succeed at many business ventures over the years. I have been blessed to be by his side to see his skills at work, and also his generosity. It seems he earns money for the pleasure of giving it away. He has over 2500 employees, and he worries about all of them and about their families as well. He insists on giving them bonuses and other benefits, even when the economy is not up to it.

I continue to live a simple life. In addition to caring for whatever family or friends we have staying with us—and there is always someone here, often for a period of months or even years, because our doors are always open—I spend much of my time working through our temple food bank to provide meals for the homeless. (This is a temple that Sant helps to support and the food program is one he established and he helps at too when he can. Our religious life has remained constant in both our lives. Praying in our temple is the last thing we do before we travel anywhere and the first thing we do when we return.) Besides our work with the less fortunate, we also spend much of my time taking care of our younger son, Vivek, who lives with us.

God gives on one side and takes on the other. Although our sons are 42 and 39 years old, they require more attention than do other adult children. Our older son, Vikram, strayed for some years and became addicted to drugs and alcohol. Sant has made it his mission to bring Vikram back to his full health and best potential, and we are just now seeing success and hoping it will be ongoing. As for Vivek, our youngest son, he was born with some problems and we were told our choices would be to keep him with us for as long as possible (I am 69 and my husband is 70, so we know it won't be forever) or to have him admitted to a long-term psychiatric facility. We do not want to put him into a facility, now or ever. That would break his heart and ours. But taking care of someone who suffers from mental illness requires two parents, and the love and support of many other people as well.

Vivek relies on both of us. In his worst moments he has the experience of hearing voices. This often happens at night and it terrifies him. Sometimes I go to him, and some nights his father does. Whoever is with him gives him his medication and holds him and soothes him until he has calmed down and is able to sleep again. This can take two to three hours. Because of his medications, Vivek usually sleeps until about 10:00 a.m. I never leave the house before then, because I never leave him alone. Once he is up and dressed, I drop him off at his father's offices and wait until Sant calls to say he has arrived before I begin my own day. Of course Vivek cannot go to meetings or participate in any business dealings, but all Sant's employees have come to love him and they share in the responsibility of helping him to pass each day in peace. Then Sant brings him home again at dinner time. He is at the center of our lives for all time.

Both Vivek and Vikram are worried about what may happen to their father. Vikram has expressed a fear that his father's absence may cause him to fail in his efforts to stay sober. As for Vivek, he doesn't understand the situation as well as his brother, and

3

perhaps that makes him worry even more. He has been saying he fears his father will be taken far away. I don't know if he really believes this, but this is how his concerns express themselves in his imagination. He functions best when he has routine in his life. In order for the routine we have established to work, he needs both of us. There are times when his panic attacks are worse than others, and Sant is the only one who can comfort him.

I can tell you that Sant is very remorseful and he regrets his actions. He feels he has let down his family, his friends, colleagues and people who see him as a role model. He has become more religious and God fearing. My children and I are always praying to God to save his true soldier. Sant gives me courage when I get nervous and tells me that I need to stay strong.

I am praying all the time for God to help me through these challenges as he has helped me, and us, through others. I am also praying that our story will touch your heart. I know God is listening to my prayers, and I thank you for taking the time to learn about our most intimate concerns.

Respectfully,

Pardaman Kaur Chatwal

4

# Vikram Chatwal

### Soho Mews, 311 West Broadway, Town House-1, New York, NY 11003

May 2, 2014

The Honorable I. Leo Glasser Senior
United States District Judge United
States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser;

My name is Vikram Chatwal and I am the older of Mr. Sant Chatwal's two
sons. I received a BA in Economics from the Wharton School of Business at the
University of Pennsylvania and worked for both Morgan Stanley and a private
equity group before joining my father in the hotel business in 1997. I played a part
in creating a leading boutique hospitality brand, known as Dream Hotels.

That said, I must also tell you that I have not always lived up to the expectations
my father had for me, or the goals I aspired to for myself. I have been an addict for
a good part of my adult life. In the past decade, I have been to 10 rehabilitation
clinics—including Promises Malibu, Hazelden, Minnesota, Summit Malibu,
Renaissance Malibu, Messina Polyclinic Bombay India, and Silver Hill Hospital
Connecticut—both as an inpatient and as an outpatient. During this time, my father
made his attendance at these various clinics a priority no matter what else was
going on in his life. Not only did he come to spend time with me, but he regularly
attended meetings and seminars with staff to learn how best to offer the support I
needed—and continue to need.

I am now sober for ten months, in no small part because of my father's devotion to
me. He has arranged for me to have a 24/7 live-in "sober coach" to stay in my
home and accompany me virtually everywhere I go. Even so, my father will often
come and spend a night or two in my house, just to see with his own two eyes how
well I'm doing. When you consider that he spent time with me even when I was in
the clinic in India for four months, this is not a surprise.

My father absorbed all the lessons taught to him by his father, a very spiritual man
who was made to leave behind everything he owned and start over again as a refugee
when Pakistan was partitioned in 1947. In India, my grandfather, who had once
worked in business, struggled to support his family by selling snacks from a stand. But
my father was able to study education and become a teacher, and when he moved
from India to Ethiopia in 1967, he opened a school in order to bring education to
underprivileged children. It was already in his nature to be looking for ways to help

5

those who had less.

When he first came to this country, we had a two-bedroom apartment and there were eight of us living in it—my parents, me and my brother, my father's mother, my mother's parents, and a live-in housekeeper. Accordingly, I learned from my father at a very young age to treat people with respect and accommodate them whenever possible, even if at my own expense. My father always made me feel confident about what I could do—for myself and others—if I believed in myself. This pertained to the business world, for which he was my role model, but also to the community. My father taught me to be morally strong.

I absorbed some lessons better than others. Although my brother and I were raised as conservative Sikhs and my parents saw to it that we prayed and meditated and attended Sikh camps and religious studies, I became more influenced by people outside the Sikh community as I got older. At one point I shaved my beard and cut my hair in the hopes of getting into the feature film industry. I know this was a disappointment to my father, but it did not deter him in his care for me. It was the same way with my addiction problems; he was disappointed, but he always put the emphasis on my healing and not on my mistakes. We learn from our mistakes, he often says.

I need my father in my life. Since I was a child I have seen my father making a difference in the lives of his and my mother's parents, siblings, cousins, friends, fellow Sikhs, and non-Sikhs. In some instances the difference he made was financial, but in others it was emotional or spiritual or inspirational. He has never learned to say no to someone in need. He has helped a few hundred immigrants to get their Green Cards and/or citizenship through employment opportunities. Our Sikh community recognized him with The Order of the Khalsa in 1999 when our religion celebrated its 300th year in existence. He was given the highest award for civilian merit, known as the Padma Bushan, by the government of India, for his role in the nuclear power deal that happened in 2008 between the United States and India. He has been honored by the Jewish community of New York, with their international "Builders Award," for his efforts to unite the Indian and Jewish communities for the benefit of the State of Israel, and especially for his support of work being done for Russian and Ethiopian immigrants in Israel. He has been honored many times over not only for being a leader in both the Sikh and Indian communities, but also for joyfully ensuring that members of all communities prosper.

My father is a rescuer of people and situations. The road to sobriety has been a long and difficult one. Although I am both embarrassed and uncomfortable saying this, I am not certain that I am ready to go it alone at this time without the encouragement and guidance of my father. His presence and strength are vital to my well-being. He will never give up on me, even if I stumble again and give up on myself. I rely on this knowledge. It makes me stronger. I rely, more than I can ever express, on his physical presence in my life. My brother, Vivek (who has different

6

but no less serious problems, having suffered from manic depression for over 20 years) relies on him as well. I know that you must factor many elements into your decision regarding my father's sentencing, but I humbly ask that you include my need for him among them.

Thank you, Judge Glasser, for taking the time to read my letter.

Respectfully,

Vikram Chatwal

7

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## As told to Vaibhav Patel on May 19, 2014

1. My name is Vivek Chatwal. I have been working in my dad's office for the past 20 years.

2. I joined the Hampshire Hotels when I was 15 years old. I worked with Manny at the President Hotel in the reservation department.

3. My dad helped me with homework when I was in Montreal. He taught me how to talk to people.

4. My dad does lot of charity work. When I used to go to school I used to give money to beggars. I learned this from my dad.

5. When I was in 10th grade, I went to a party and some guys hit me. I was very upset. My dad hugged me and said don't worry bad things happen.

6. When I graduated from high school he was very proud and he hugged me and told me that he will make me the Chairman.

7. I tell my dad sometime, some Americans do not like me and G.W. Bush wants me to go to India and leave the country. He helps me fight my fear. I fear death. He helps me and tells me to go to the office, keep myself busy, talk to people, and fear only God and no one else.

8. I call Dr. Inamdar when I am afraid.

9. When I am afraid and have anxiety and panic attack my father comes and sits with me at night for 4 to 5 hours and helps me. He gives me medicines. He encourages me to think positive. He always asks me to pray.

8

10. When I got divorced, I felt bad. My dad said don't give up and he encouraged me in difficult situation and he helps me every day. When I can't sleep he sits with me for hours.

11. When I go to see Dr. Hollander he comes with me and takes care of me and gives me medicines. He also comes with me to see Dr. Marotta at Silver Hill hospital regularly every week.

12. When I am not feeling good I go to doctors. What will happen if anything wrong happens to my dad.

13. My dad is my role model and I look for him whenever I need help.

14. My father always spends time with me watching TV, we eat together. I feel good.

15. My dad encourages me to give to needy people and poor people.

16. On weekends I go to Sikh temple with my dad and mom. We help in community kitchen, serve food and meet people which I really enjoy.

17. My dad teaches me business every day in evenings. He wants me to marry and worries for my marriage.

18. He is well respected in Indian community and I love him.

19. We have a nice family. My dad speaks to my uncle when he feels upset or down.

20. I feel comfortable when my parents are around.


Respectfully,

V. Chtl

Vivek Chatwal

9

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge,

My name is Anoopama   Singh. I am 40 yrs old and reside in Greater Toronto area with my family. I am a working woman and work as an Appeals officer with the Government of Canada. Mr. Sant Chatwal is my father-in-law's brother and being a close family, I know he is the most humble, decent and 'down-to-earth' person. He has given me so much respect and loved me like a daughter.

I will never forget when I met him for the first time after my marriage into this family. He came over to our house to meet me and we were hosting dinner for him and the rest of my husband's family. I carefully organized the meals and made all other preparations. But on the actual dinner night, I felt overwhelmed and was so nervous that I forgot to make sure there was enough seating on the dining table. As soon as everyone gathered to sit on the dining table, there were not enough chairs. Mr. Sant Chatwal immediately got up from his chair and stood up in the kitchen next to me and started chatting with me while continuing to enjoy his dinner. I was so humbled by his kind and considerate nature.

He is so kind and generous and has always stood by my husband and guided him. Every year when he visits Canada, he gives his attention to each and every one of us mentioning everyone's name, inquiring about them in detail. He really enjoys discussing various qualities and shortcomings about my children; and his positive and encouraging outlook towards life lifts our spirits and confidence. The whole family gets together and it's like a festival as a lot of us make a point to gather.

He is a truly dedicated to his work and a good at heart human being. He does his meditation without fail every day before he goes to work and most of the time doesn't get a break to have a little bite for his lunch. His wife, I call her Daman ji, tries to make a small vegetable roll wrapped in foil, sneaks it into his office bag and calls someone in the office to remind him to eat.

Sir, Mr. Sant Chatwal is a genuinely 'good at heart' man and a very hardworking man.

I hope this letter of mine will reflect the genuine gentleman that he is and a pillar of support for all his family.

Yours truly,

Anoopama Singh

Anoopama Singh
21 Tangleridge Blvd.
Brampton, On  L6R 2X3 Canada
May 1, 2014

10

E- 251 Greater Kailash , PART – 2
New Delhi – 48, India

30th April, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United Sates District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Inderjit Singh Gujral, and I am the uncle of Sant Singh Chatwal's wife, Daman.I am 85 years old, living in New Delhi, India , where I run a successful Publishing house specializing in Scientific, Technical, and Medical books.

Today, I write this letter to you on behalf of Mr. Chatwal, who has pleaded guilty in your court. I would like to help you, Judge Glasser, to better understand the person Mr. Chatwal. I have known him since the early 1970s, when he got married to my Niece, and I would like to provide you some additional information, which I hope you will consider when you make a fair and just decision.

In 1982 I went to New York on a business trip with a goal of meeting  American publishers. Mr. Chatwal helped me by inviting them to a dinner meetings  in his restaurant,  the Bombay Palace, and introducing himself to them and me as his wife's uncle. He assured these publishers on my behalf that I would never default in payments, and the publishers could trust me and extend me credit as we began a mutually-beneficial business relationship. Now, three decades later, we are on open account with mostly all the scientific, medical, and technical publishers of USA, enjoying the best of trade terms with these publishing houses. This would not have happened without Mr. Chatwal.  I can never forget his generosity to me at that time.

Mr. Chatwal has helped me in a much more personal manner, too.  When my youngest daughter, Rajni Singh, moved from India to the USA, she was welcomed with open arms by the Chatwal family. She even lived for some time with them, in their house, and was taken care of with love and affection like their own daughter. When she got married to a boy from New Jersey,  Mr.Chatwal himself gave a reception in his restaurant, hosting a few hundred people.  He never took any money or anything in kind, whatsoever, for this, saying, "This is the wedding of my own daughter, and we should not talk about money."  In our family, he is truly a saint in all aspects, living up to his name, " Sant, " which means "SAINT" in Hindi.

Cont: - 2 -

11

-2-

In 1986, Mr. Chatwal was living around Central Park, in a two-bedroom flat with his two young sons as well as his father-in-law and mother-in-law. As both his in-laws were aged people, he saw to it that they came and stayed with him, in his house, so he could take care of them and provide them with comfort, surrounded by family.

He handled all their medical requirements, and, even though he was a busy man, each day after coming home, he would specially go to his in-laws room, and sit with them for few minutes, asking about their health, telling them a little about what he did that day, and wishing them a good night. Then he would play with his children and inquire about their studies. Mr. Chatwal has always been a caring father, a caring husband, and a caring, loving, affectionate man.

I could provide many other instances of his kindness and generosity—how, for example, in 1986 when my elder son, Mr. Arunjit Singh, moved to New York to look for better employment prospects in the USA, Mr. Chatwal insisted that, he stays in his home, which meant that my son along with his two sons slept on the floor on mattresses, so that his in-laws could sleep on the bed. Or how he provided a free place to stay to his driver (who is married to his housekeeper) so that both husband and wife could earn a living and give a good education to their daughter, who is now a brilliant student pursuing her education. His kindness and good deeds for his family and friends are truly countless.

Respected Sir, I would like to say that Mr. Chatwal regrets the conduct at issue. He feels terrible guilt and has admitted his wrong doing. But I must tell you, Your Honor, that this act does not represent who he is, and what I know of him. He has always been a helpful and law-abiding citizen.

I hope and pray that you will look into his other humane qualities when the Mr. Sant Chatwal appears in front of you.

Respectfully yours,

Inderjit Singh

Iqbal Chhatwal
2 Belevedere Road
Montreal, QC H3Y-1P4 Canada

**The Honorable I. Leo Glasser**
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

May 09, 2014

Dear Judge Glasser,

My name is Iqbal Chhatwal, I am a 58 year old currently living in Montreal, Canada, and the youngest of the Chatwal siblings. I have intermittently worked with my brother since 1976, in almost every facet of the hospitality industry, which has led to my current position as a Project Construction Consultant.

My Brother's reputation as a philanthropist and the kindness and respect he shows to all people, whatever their situation, are well documented. I chose, instead to relate how he shaped the life of his "kid brother" and later, his family.

When I was a boy in the small village of *Faridkot*, India, in 1970, he promised he would buy me a bicycle if I passed 8th Grade ranked at 1st Division (90% grade point average). I did, and he not only bought the bicycle he had promised but also started sending me Rs500.00 per month for pocket money. Upon my graduation in 1973 from secondary school, I had reached out to my brother to help and provide me with guidance in pursuing a career. He flew me out to Ethiopia, where he was then teaching English to Ethiopian children and running a small restaurant to earn income. In the little time I spent there, my brother taught me much of what sculpted me into the man I am today. He taught me how to speak English proficiently, as well as the very basics of business through his small restaurant endeavors. After three months, he provided me with the opportunity to attend a hotel management course in Los Angeles, California, where I spent the next few years of my life studying. In the time I was studying, My brother had relocated to Montreal, Canada where I eventually joined him in 1976. In the five years that I lived with his family, we spent a lot of time creating and operating small restaurants and bar businesses. When my brother left Montreal for New York City to pursue greater business opportunities, I remained in Monteal to continue running these business and eventually started a family of my own..

My brother has been a huge part of my life for as long as I can remember, and has been a deciding factor in my life becoming the successful and happy man that I am today. He has provided me with endless advice and opportunity, and has been a dominant factor in helping my three boys get to where they have gotten thus far in life. He has provided them with the opportunity to attend a prestigious, private high school and has given them guidance for their postgraduate endeavors. I have gone to

13

him for advice whether it be financial issues, or personal issues with my family or friends to which he has always provided me with sound advice. If there were ever an issue that he could not help directly, he would put me in contact with someone that could. He has not been so much of a brother to me as much as he's been a father figure in my life, and a grandfather figure in the lives of my sons.

As the youngest of all eight children, I witnessed many unprecedented acts of kindness throughout my childhood by my father. He would always go out of his way to help anyone who would need it. As we were from a small village in India, he was a firm believer in always giving back to the community. Even though my father was from very humble comings and was not always able to contribute as much financially, but he would always do everything in his power to help nonetheless. I see the exact same qualities my father had in my brother Sant. An example of this is when I went to India a few years back, an old friend whom I had not spoken to in years reached out to me. He had recently had an accident which left him paralyzed. This made it nearly impossible for him to provide for his wife and three children. As I approached Sant about the matter, he open-heartedly without hesitation was ready to help, to which our old friend was very grateful for. My brother is always willing to help, regardless if it is has to be financially related, or just guidance and advice.

He and I have discussed his decision to plead guilty to election fraud charges. His view is that wrongdoing was in fact done and he, and he alone, should be the person to accept responsibility. He also regrets that fact that he may have disappointed people who had looked up to him, including my sons, and prays that they will forgive him.


Sincerely

Iqbal Chhatwal

14

The Honorable I. Leo Glasser                                    5/2/2014
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Respected Judge Glasser,

My name is Kanvar Singh, age 33 years. I currently reside in New York City and am the General
Manager of the Time Hotel, located on 224. W. 49 Street, NY, NY - I have worked with Hampshire
Hotels since the past 8 years. I have an undergraduate degree and have also completed the
General Managers Program from Cornell University.

I am related to Mr. Sant Chatwal as his wife, Mrs. Daman Chatwal, is my grandmother's sister. I love
and respect them as my own parents, as they have been like guardian angels for me. I do hope
that you will consider the information provided in this letter, when you decide on Mr. Chatwal's
case.

In this letter, I would like to take a few minutes to bring to your notice, the everlasting positive
influence of Mr. Chatwal in my life, his stellar qualities as a strong family man, his dedicated work
ethic and his strong commitment to his employees.

I remember meeting him the first time when I was 4 years old. I was visiting USA with my immediate
family in 1984 from India. Even though the Chatwals had a two bedroom apartment in the city at
that time, they saw to it that we (a family of four), stayed with them at home. They made their own
children sleep in the living room, and gave the second bedroom to my family for over two weeks!
We can never forget their warmth and hospitality and will cherish those memories forever.

Mr. Chatwal has like been a father, mentor and coach to me. I will be forever indebted to the
Chatwals for helping me gain the ability to stand on my own feet.

When I came to New York and joined college at Baruch, the Chatwals hosted me in their home for
six months. No expense was spared in looking after me, right from fresh home cooked food to a
mothers love, from Mrs. Chatwal. They looked after me as their own son. They knew I missed my
parents, but never let me feel alone for even a minute.

While I was looking for a job, Mr. Chatwal told me that he would set up some interviews in his
company for me. He also told me it wouldn't be easy, but with hard work one could achieve
anything that they wanted in life.  The interviews went well and I started in his company as a
management trainee and eventually worked my way up to the General Manager position.

In life, when people want to prove their worth, all they need is an opportunity. Mr. Chatwal gave me
that opportunity, but he didn't stop there.  He also helped me equip myself with the right education
and tools to succeed further. When he learned that I wanted to do the General Manager's program
at Cornell University, but couldn't afford it, he offered to pay for it.  He told me not to worry about the
expense and he would take care of it. How many people come forth with help like that!

Today, with this education and work experience, I am fully equipped to support my family, well
beyond their basic needs. Needless to say, I do owe it all to him.

15

In 2008, when I got married, Mr. and Mrs. Chatwal and their younger son, Vivek, flew down to India, especially to attend my wedding. Since then, they have been like parents to me and my wife and we can pick up the phone anytime and call them for just about anything. Since neither of our parents lives in America, the Chatwal's have done every little thing for us that parents and in laws would do. Right from hosting monthly family get togethers, to celebrating Indian festivals, to hosting a surprise 30th birthday party for my wife where he even called me to set up the menu for the lavish party. I have been really touched by these warm gestures over the years.

Mr. Chatwal has done so much not only for me, but also for several other family members, whenever they have needed help. I have personally witnessed countless such instances, where he has helped people with jobs, money, contacts and their emotional support. Several of my cousins have lived in his house, prior to getting settled on their own and many of them have started their careers with Mr. Chatwal. I am just one story. There are so many more.

People call Mr. Chatwal all day long, asking for help and he never disappoints anyone. I have seen him rise at 5 am, pray, go to work, attend meetings all day long, entertain his family and friends and then continue to answer phone calls through the night. He never is late and always returns calls and messages, no matter how busy.

As a company Hampshire Hotels gives bonuses to all employees including Union members every year. This is very uncommon as most hotels that have union employees do not give anything extra to them. He just wants people who work for him to be happy and feel that they are a part of his family.

Even in the year 2009 when the company was running a huge deficit, Mr. Chatwal gave out bonuses to all the employees in the company. There were no words to thank him enough for the kind gesture. We also ran the company with very minimal layoffs even though our revenues were down drastically. He told me that people have families and try to keep as many people as you can.

Rodolfo Brown a hard working bellman at The Time Hotel died of cancer last year. I called Mr. Chatwal personally and asked him if we could do something as a company for the grieving wife. He called me back a few minutes later and said to pay for all the funeral charges and don't worry what it costs. I called Mr. Brown's family and they were pleasantly shocked by the news and really appreciated it. Such kindness is unheard of and only a goodhearted saint could be so generous to so many people.

Thus in summation, the Mr. Chatwal had nothing to gain from supporting me at every vital step of my life. He did it out of a strong sense of family and a need to help others.

For every person that Mr. Chatwal has helped in a small way or in a big way such as mine, he deserves to be seen in court from their point of view too – as a humane, helpful, kind, warm and giving citizen.

For me, he is the wind beneath my wings. I would take a bullet for him.

Sincerely,

Kanvar Singh

16

**RAJNI SINGH**
175 WESTGATE DRIVE
EDISON, NJ 08820

May 9, 2014

The Honorable I. Leo Glasser
Senior United States Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Dear Judge Glasser,

My name is Rajni Singh.  I am a housewife, and I live in Edison, NJ with my husband of 13 years and two sons, aged 9 years and 12 years.  I am writing to you to talk about the decent and kind Mr. Sant Chatwal that I have come to know over many years.

I am Mrs. Chatwal's cousin and have been in close contact with the Chatwal family since 1995. That was the year my family arranged for me to be married to a boy living in New York City.   Things started going sour immediately and the marriage was annulled within 10 days. I was completely shattered. Mr. and Mrs. Chatwal personally came to pick me up from my estranged husband's house and took me to their home.  As you can imagine, I was in deep duress.  I had no clue where to go or what to do.  At that moment, Mr. Chatwal held my hand and said, "You are now staying in my house and you do not need to worry about anything."  I burst out in tears.

Within a few days Mr. Chatwal invited me to his office and offered me a job in his hotel, which I gladly accepted.  This was a big turning point in my life. Mr. Chatwal became a pillar of strength for me. He really helped me regain my confidence and self-esteem.  For that I thank him even till today.

 Mr. Chatwal always wanted me to find the right life partner and settle down.  In September of 2000, he introduced me to a boy with whom I got married in February 2001.  Mr. Chatwal made all the arrangements and paid for the whole wedding affair.  Thanks to him, I have been happily married for the last 13 years and have 2 handsome sons.  Just recently my husband started a new business and he went to Mr. Chatwal for guidance.  Not only did Mr. Chatwal share all his ideas and experiences,  he also offered him financial help.  So yet again Mr. Sant Chatwal, famous for his kindheartedness and generosity, helps another person. He helps anyone he can.

 I saw this over and over again when I lived with the Chatwals.  For example, his housekeeper Nanda and her husband, Dinesh, who drives for Mr. Chatwal, have been with him for many years.  They have always been treated like family—so much so that Mr. Chatwal  paid the rent for their apartment and also paid for their daughter's private school education and is still paying her tuition at Hunter College. She intends to go to medical school next, and Mr. Chatwal has promised to cover those expenses too.  Another

17

employee, Raju, has been with Mr. Chatwal for the past 40 years. He is a grandfather now and still works for him. Mr. Chatwal helped educate Raju's sons, gave them employment, and helped them in creating a better life. I have noticed that almost 75 percent of Mr. Chatwal's employees have been working for him for over 15 to 20 years and would never leave his employment. The reason for this is that he not only just takes care of his employees but also their families. No one wants to leave him.

I know Mr. Chatwal feels great regret and remorse for his conduct. He is very sorry, and he pleaded guilty because it is in his nature to take responsibility—for his family, for strangers, and for his own mistake. I hope I have been able to show you in my letter who Mr. Sant Chatwal really is, and I hope you will consider what I've said when you make your decision about this this wonderful, caring man.

Respectfully yours,

Rajni Singh

18

The Honorable I. Leo Glasser                                            4/30/2014
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Respected Judge Glasser,

My name is Simran Kochar Singh, age 35 years. I am a current resident of New York City. I have
an MBA in Media and Marketing from Fordham Business School NYC. My work experience is
mostly in the media and includes being former Marketing Director, ImaginAsian Entertainment,
NY and former General Manager, Radiowalla Networks Pvt.Ltd. I currently am the founder of
Smitten Cocktail Couture, a clothing company and do freelance consulting with small
businesses to help them gain foothold in the New York market.

I am related to Mr. Chatwal, as I am married to Mrs. Chatwals nephew, Kanvar Singh, who is the
General Manager of Time Hotel NYC. I would like to thank you in advance, for reading this letter,
which highlights how benevolent, altruistic and charitable, Mr. Chatwal has been; based on my
several personal interactions with him and his family, over the past years.

I remember my first meeting with Mr. Chatwal, when I was eighteen years old, at a party in New
Delhi, India. We were introduced through some common family friends and he asked me, what I
wanted to do with my career. I mentioned to him, that I was planning to get an MBA degree. He
then gave me his business card saying, *"Well, if you ever need a job, I will definitely help you."*
Hearing these words of encouragement, from such a famous businessman/hotelier was definitely
an unforgettable experience and to this day, I still have that business card, stored safely, in a
corner of my desk!

Long story short, as fate would have it, twelve years later, in a very interesting 'falling- in-love'
story, I actually ended up marrying Mrs. Chatwals nephew, Kanvar Singh. As I have grown to
know Mr. Chatwal, more as family over the years, I am struck by how those five words of his, *"I
will definitely help you"*, consistently symbolize him to this day.

In 2003, my sister was diagnosed with breast cancer. It was with his help that, we were able to
consult with some of the best doctors to get second opinions.  Today she is a breast cancer
survivor and I am forever grateful to him for coming forth with his help and contacts at such short
notice.

In 2008, when we got married, Mr. and Mrs. Chatwal and their younger son, Vivek, flew down to
India, especially to attend our wedding despite a hectic schedule. Since both our parents live in
India, we have no elders to guide or support us here, but we have never missed our parents, as
the Chatwals have always played the role of our parents and guides. Mr. Chatwal also hosted a
wonderful surprise 30th birthday party for me. For him to go out of his way to make me feel so
loved, welcomed and wanted in the family, says a lot about his paternal instincts and his ever
caring and helpful nature.

Right from my very first Karvachauth, an Indian festival, in which in which a daughter in law fasts
for the long life of her husband and the mother in law, feeds her and pampers her when her fast
breaks on seeing the moon - Mr. and Mrs. Chatwal, have always played the role of my in-laws

19

and showered me with food, love, gifts and affection on that day, so that I don't miss home, or feel too lost. Even while going through the tough divorce of their own son and daughter in law, they kept up with doing this function for me. That shows that even though they were going through personal hardships, they never once stopped caring for others.

Mrs. Daman Chatwal is Mr. Chatwals strongest support and connection with the family. Her influence in Mr. Chatwals life is like that of a strong pillar, full of good sound values, and she is truly the glue that holds the whole family together.

Most significantly, Mr. Chatwal gave my husband the opportunity to work with him in the hotel industry, helping my husband not only to learn the business, but also support himself financially. Mr. Chatwal also supported my husband's education at Cornell and even hosted my husband in his college days, in his own home for over six months! That is a deed, we will never be able to repay. To help and direct the young and give them the ability and tools to stand on their own feet, is truly one of the noblest acts of all.

The Chatwals have helped several friends and family members in similar ways and I am a personal witness to that. Also, whether it's been with hotel rooms, money, starter jobs or using their contacts to help people, they have always come forth with their best intentions. Several of our immediate family have travelled to USA and have been accommodated at their hotels at minimal charge.

Mr. Chatwal also has a strong philanthropic bent that is indeed noteworthy. The school he funded for children in India, the rooms he got made at the Sikh temple in India, so people visiting overnight had a place to stay, the countless fundraisers he has supported to help various community causes, just says a lot about the fact that he is always ready to help and support people in need.

Lastly, how can I forget our monthly dinners (for the whole generation of younger cousins) hosted in their house, served with home cooked vegetables and lots of love. Mr. Chatwal always seated at head of the table. He may be a hotel magnate, a Padma Bhushan recipient (the highest honor granted to an Indian Citizen), a celebrity in our community - but here he is - asking us about our lives, counselling us on our new business initiatives, helping us out with our personal issues. All while answering several phone calls from work, friends and relatives who are calling for help and advice. It's simply a wonder, how he makes time for everyone and that's when his five words *"I will definitely help you"* cross my mind! Of course! It's Mr. Chatwal, Sant Uncle, as we in the family lovingly call him. He has always been there for us, helping us achieve our dreams.

Hence, I strongly urge you to consider his several acts of kindness for almost everyone he has had the capacity to help, his excellent mentoring skills and his strong family values before deciding on a sentence. He has, without question, helped to shape and define our lives for the better, and for that we will forever be indebted to him and his wonderful family.

Respectfully,

Simran Kochar Singh

20

1137 Rue Tecumseh
DDO, Quebec
H9B 2Z5, Canada

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

May 6, 2014

Dear Judge Glasser,

My name is Swinder Pal Singh and I reside in Montreal, Quebec with my wife and three kids. Today, I am a successful businessman with three restaurants and am planning to expand further in the next few years. However, this picture is very different from the one that I would paint you if you had met me many years ago. I would like to ask you to take a few minutes to read this letter and to understand how my uncle, Sant Singh Chatwal, had a major impact not only on my life, but also on the future of all our family.

My parents were natives of Pakistan, which was part of India, until 1947. My mother was the eldest of eight children and one of her younger siblings is Mr. Chatwal. From what I have heard from my mother, my uncle was very outgoing from a very young age. He always strived to be the best; even in class, he always stood at number one. His family had a strong hold in the local business market as merchants. Their father, my maternal grandfather, was a very nice gentleman and their mother was a very religious lady, who believed that one should always be true and honest no matter what. Unfortunately, with the partition, they all had to leave everything behind and migrate to India to start a new life.

As time passed post partition, my grandfather was struggling to make ends meet. He would put up a snack stand outside schools and make his daily living. His kids were also confused due to the change in their economic status and would helped their father. Mr. Chatwal, on the other hand was in his early twenties by then and decided to get his teacher's degree. I was very young when my family saw his picture in the daily paper. He was being felicitated for being such a good teacher. We were all very happy to see that he was the local hero. He was not only making a name for himself, but also held the financial responsibility for his whole family.

My father ran a small spare part shop and wasn't making much money, but enough to sustain us. Mr. Chatwal went out of his way and helped us as well. He paid for not only my education, but also my sister and younger brother's. Then, he moved to Uthopia and started a life there. He was constantly in touch with our family and even gave my father emotional support by saying that he

21

would always be there for us. Later, we learned that he had started a restaurant business and was moving to Montreal, Canada. Slowly, my uncle started sponsoring his brothers and also my younger brother to come abroad and help out in his business. Mr. Chatwal then also got me a visa for Canada. To put it in simple words, he made my life. By sponsoring me along with his brothers, he helped almost 50 other people that were directly or indirectly linked to him.

Mr Chatwal then moved to the US and left his younger brother in charge of his business in Canada. Once there, we saw his picture with the Indian prime minister. The news spread like wildfire. We were so proud and felt personal achievement. He was the first turbaned Sikh to make a name for himself in the US. The pride of his success was felt throughout the community here and in India.

His mother was still around then and we had annual family meetings to remember his father on his passing. His brothers are all living in Canada and most of them still run restaurants that were opened by Mr. Chatwal. On his mothers passing, the whole family made a commitment to still have annual family prayers in their remembrance, and to this day, Mr. Chatwal makes it a point to attend these with his family. He is a strong believer in empowering people around him and those that could benefit from his help. He is family oriented and has shown this throughout his life. He is a religious man that still carries on the beliefs and the legacy of his parents.

This year, he personally spent a few hours with me and advised me on how I could improve my business and ensured me that if anything, he was only a phone call away. He takes great pride in seeing my children and others achieve greater things and always tells them that sky is the limit.

Mr. Chatwal is a great example of someone who made it on his own. He not only worked hard for himself, but also others. He is a firm believer of hard work and commitment. I look up to him and like many others, feel encouraged to try and never give up. Overall, Mr. Chatwal is not only my uncle, but also a great mentor. His life is the example of someone who came from the bottom up and never gave up.

I am aware of the mistake that he has made and. All I would like to say is that everyone makes mistakes and their mistakes do not define who they are as a person; rather he is repenting his action. Please give this a thought.

Thank You

Swinder Pal Singh

22

Dear Judge Glasser,

My name is Karan Chhatwal, I am 23 years old and a student currently pursuing an MBA specialized in Investment management, and I am also a candidate for the CFA level I designation. I am currently studying at the John Molson School of Business in Montreal, Quebec, Canada. I am also the son of Mr. Iqbal Chhatwal, brother of Mr. Sant Chatwal.

I am writing to you today in order to express my view on my uncle, Mr. Chatwal, and hope to provide you some insight in our relationship and his true nature. Obviously, I am of age enough to understand the wrong doing that my uncle has committed, and the potential punishment that comes with it; my aim is solely to help you in understanding my perspective on him and the immense good that he is capable of and aid in your decision of a fair sentence.

I have known him all of my whole life, and some of my most vivid memories of him were from when I was a young child, maybe 3 or 4 years old. I distinctly remember having a great time whenever he was able to come and visit our family. Unlike most children, it was not from anything material that he had given to us, but rather the love and care that he provided to us, treating my two brothers and myself like his own children. He would never turn down a small game of soccer or tag in our backyard and wouldn't stop until we were tired, aspects of him the outside world would never know. He not only instilled in us the necessity of family and hard work, but emphasized the importance of a strong education and philanthropy.

Now, as I am older, I reflect on these memories, but have a much more profound sense of respect towards him and everything he taught or said to me; he truly is an inspiration and a role model not just for myself, but also for anybody pursuing 'The American Dream'. His immense success while remaining so down to earth and dedicated to his family, friends and employees is a combination often lost by most with a substantial gain in wealth. I can only hope that when I am successful, I can retain these attributes from him and live a prosperous, fulfilling, and happy life like he has led.

In closing, I can only hope that this letter will serve some purpose for you, Judge Glasser, and that your final ruling will reflect my uncle's good nature and caring personality.

Sincerely,

23

Geeta Kaur
44 Mallard Place
Secaucus, NJ 07094

April 27, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Geeta Kaur and I am a happily married mother of two girls currently
working for Hoboken Catholic Academy in Hoboken, NJ as a Teacher's Assistant for
Pre-K 4. I am writing your today about Mr. Sant Chatwal, whom I have always known as
Sant Uncle. I am his niece and very proud to be related to him.

I am aware that Mr. Chatwal has pleaded guilty, but my letter provides you with
additional information that I sincerely hope you will take into consideration when
deciding on a fair and just sentence.  I would like to help you understand that Sant
Uncle is one of the kindest, god-fearing and sincere human beings. He loves his family
and friends and is always forthcoming to help anyone in need. I would like to share a
few of his kind deeds which have helped me and my family lead a comfortable and
happy life today:

Around 1984, Sant Uncle paved the way for my father to establish a new beginning in
his life. My father had been injured in an accident and had been handicapped as he
couldn't use his right hand for the rest of his life. He could not go back to work for many
years and had lost all confidence in himself till the time Sant Uncle convinced him to
move to New York City. He sponsored my father to come to the USA and get trained in
the restaurant business before transferring him to London (UK) to manage the Bombay
Palace restaurant. This truly helped my father regain his confidence and dignity. It also
enabled us (my mother, brother and I) to join him and provided us with means and
opportunities to lead a much better and happier life.

In 1995, when I was going through depression, he and my aunt, Mrs. Daman Chatwal,
made it a point to call me every Sunday to cheer me up. In that difficult time of my life,
during their visits to London, they spent a lot of quality time with me in an effort to help
me regain my original self. He later convinced my parents to allow me to move to New
York and join his hotel chain, where I worked as Revenue Manager for one of his hotels
for many years. Living at home with Sant Uncle and family gave me the opportunity to
see from very close quarters the amount of hard work, self-discipline, and positivity it
takes to reach the heights he has been able to achieve.

24

Sant Uncle is a very humble man who begins and ends his day with prayers. He is always willing to help people around him. He is a simple person and loves spending time with his family. One of my fondest memories is from his visits to London where I used to live in a small apartment with my brother and parents. Despite his stature and options to stay in the finest hotels of London, he along with my aunt and his two sons always chose to stay with us in our simple, crowded apartment.

When my father passed away two years ago, Sant Uncle made it a point to be in India with all of us for the prayer ceremony to provide moral support to my mom and us. He and my aunt have helped us all to cope with the grief of losing my dad. He is and will always remain my dear guardian and father figure, and I appreciate that he treats my daughters as his grandkids.

Thank you sincerely for taking the goodness of Sant Uncle into consideration.

Respectfully yours,

Geeta Kaur

25

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
New York

Dear Judge,

My name is Meyha Chhatwal. I am about a 12 year-old girl and am currently a grade 7 International Baccalaureate student. I live with my family in Brampton, Canada. Mr. Sant Chatwal's elder brother is my grandfather and so is he; as we are very close as a family. He has always loved us so much, I call him grandpa.

Mr. Sant Chatwal likes to listen to hymns of ancient Indian texts. Whenever we meet he asks me to sing some for him, he really likes my voice, and encourages me. There are a few of them that I really like as well, and I would like to share some with you. The translation goes like this: "We all grew out of a single source of light and a single source of consciousness. Though we keep individual identities, we all are still from the same source, we are all equal. Like the leaves that are on a tree, they are individual, but at the same time, are connected to the same source, the tree. The Almighty is though the most powerful but His highest trait is forgiveness, and He resides where kindness and forgiveness resides; because there is nothing parallel than a heart full of kindness and forgiveness for the Almighty to reside. Whenever I see my Grandpa, I see so much love and affection in his eyes for us, and I have noticed that every time I see him, he listens to my singing of hymns, as I am very fond of them and they give peace to me.

Every year when he comes to Canada, he always has different stories on different topics and we laugh a lot. My Father always tells

me of how he has helped him, and I always get teary-eyed, and wonder. In the small world I live in, I had always seen it as a big race to the finish, and Grandpa has always been the one to step back, lend a hand, and be joyful and positive about everything that comes to him. He is one of the most positive, brave, understanding, generous, and fun person I have ever met in my young life.

I don't usually get attached so easily to people so much, but he has been one of those exceptions, whom I've been hearing so many incredible stories about throughout the years. I feel extremely proud to have such an amazing grand-father. I consider myself very lucky that Almighty has bestowed me with such a caring person in my life.

Please forgive my grandpa for his mistake, because he always forgives us when we make mistakes.
              Thank you very much.

Yours Truly,

Meyha Chhatwal

MAY 6 2014

27

Harbans Singh
3056 Morning Star Dr
Mississauga ON L4T 1X2
Canada

**The Honorable I. Leo Glasser**
Senior United States District Judge
United States District Court
for the Eastern District of New York

May 02, 2014

Dear Judge Glasser,

My name is Harbans Singh and I am the eldest brother of Sant Singh Chatwal at the age
of 75 years. We grew up together in a joint family of five brothers and three sisters in
small town of *Faridkot, Punjab India*. Growing up together, our parents played an
instrumental part in raising us by teaching the value of spirituality, honest living and hard
work. My father used to say that by being God-fearing and helping others you will always
lead a life of happiness.  These are the teachings that we all in the Chatwal family live
and follow.

Over 47 years ago, at the tender age, I most remember Sant Chatwal as a responsible
and outstanding student in his school. This positive attitude and work ethic helped him to
be the first one from our small town to go abroad to Ethiopia, Africa, at a time when
achieving this was extremely difficult. During his stay in Ethiopia, he regularly sent
money to the family and this was very helpful in paying the education fees for my
younger brothers and sisters.  His support financially and morally has always continued
till this day.

28

There have been many example of where Sant Chatwal personally helped me and my family. I remember a time when he encouraged me to come to USA in 1987 and upon my arrival he gave me a respectable job in his hotel at Daytona Beach, Florida. Further, he provided me with a place to stay for my family and made sure that that all my children were comfortable and had all the resources they needed for good education.

We are a close family and my children and I along with all Chatwal family have strong ties with my mother, Sitavanti Chatwal. Based on this I decided to move to Canada in February 1990 to move closer to my mother and two of my brother who lived Toronto, Canada. Sant Chatwal helped me financially to make the move to Canada and he helped to find me job in Toronto. When my two daughters came of age to get married in 1994 and 1995, Sant Chatwal attended both weddings and provided financial support to ensure that ceremonies where properly done and nothing fell short.

Today, the Chatwal family lives primary in Canada and USA but we still follow our religious and spiritual teachings of *Guru Nanak*, the founder of Sikhism. Our parents instilled in us at a early age to practice spirituality and religion to which all members of the family follow faithfully. I am proud to say that most of the Chatwal family member have a small temple in each of their home, including Sant Singh Chatwal. We all believe in truthful living and simplicity to which we regularly visit our Sikh temple and volunteer in community service. Sant Chatwal not only volunteers but also has financially contributed to many religious and educational institutions such as Faridkot medical college under the name of our parents.

Sant Chatwal is a genuine person at heart who holds strong family and spiritual values. I hope this letter helps you to better understand the real person that he is and also how important of a role figure he is to our family and community.

Sincerely,

Harbans Singh

29

May 26, 2014
82 Shaheed Bhagat Singh Colony
Rajpura Town, Dist Patiala, Punjab
India

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York


Dear Judge Glasser,

I, Darshan Kaur, would like to take the privilege to write this letter as the proud elder
sister of Sant Singh Chatwal. I am currently residing in Punjab, India.

In 1947, during the India and Pakistan partition, our family was forced to flee from
Pakistan with barely anything at all and later settled in a small town of Faridkot,
Punjab, India. Being the eldest child in our family, I had tried my best to support my
parents by whatever means I possibly could. However, nobody helped our family
more than Sant.

From a very early age, I knew Sant was exceptionally bright. He excelled in his studies
and became a teacher and also winning accolades, making our family proud in the
face of our town. He later on went to work in Ethiopia, which our family took great
pride in. Not only did Sant continue to financially and morally support our parents,
but he also supported my husband's  small spare-part business in Ambala, Haryana,
India.

Sant made me very proud when he opened his restaurant business in Canada and
sponsored my children to come and work in his new family business. Today, all of my
brothers and sons are settled in Canada and the U.S. with families of their own. This
would not have even been a dream without the leadership, vision, and the love for
one's family that Sant has shown towards everyone.

I must also mention that it was Sant who took the initiative to help find a soul mate
for my elder daughter, Ranjit, and we all celebrated their wedding at the Oberoi
Hotel in New Delhi, India. My daughter and her family are now happily residing in
London, England.

If there is one thing that my brother should be known for, it is his devotion to help
others. I was greatly overwhelmed when he donated our family home and opened a
Charitable Centre in Faridkot under our mother's name.

30

I am now an aged woman, but am well taken care of by all of my family, especially Sant. He has always given me the respect that one gives to their mother. I take great pride that he is the first Sikh to reach such great success in the U.S. and I still proudly collect articles from newspapers about my dear brother. Throughout his life, Sant has shown tremendous love and respect, not only for his family but also for his community and surroundings

Like all Human Beings, Sant has made mistakes. He greatly regrets his actions and as someone who has known him his whole life, I feel his guilt and regret. I now wish and pray for this issue to pass and that everyone can see the humble, pious, warm, and loving person that our family knows.

Thank you very much.

Darshan Kaur

31

Kesar Singh
15 Ryckman Lane
Brampton, ON L6P0C8
Canada

May 2, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York

Dear Judge Glasser:

This is Kesar Singh, I am a resident of Brampton, ON Canadaand the second eldest brother of Sant Chatwal. I am writing this letter to shed some further light on the character of my brother, Sant Chatwal. Like many other reviews, you may have seen/read, I also want to tell you how genuine hearted person is Sant Chatwal.

I migrated to Toronto, Canada in 1986. Upon my landing, Mr. Chatwal was the first hand that came forward for help. He offered me a position in his restaurant, and gave me rent free residence till the time I settled down. Being in new country with very little resources available, Mr. Chatwal was like a guiding angel for me and my family. I am sure many brothers and sisters do come forward to help other family members, so how is Sant Chatwal different. Well, he supported many family members to settle abroad, providing them with monetary and emotional support. That to me is an "outstanding" character, a selfless and repeated act, to support many members, not only one or two. Only a person with high dignity and big heart can do this.

Judge Glasser, we come from a very poor family back home from India. Our father was very hard working, and a "leader" in community services for our town. Whether, its someone daughter's wedding or anyone who passed away in a family; our father lived an honest life and set an example for us and the entire town, on how to be responsible citizens, helping hands for those who need them, how to earn honest earning, and above all, always be God fearing. He believed in and practiced in prayers actively.

We grew up in very positive environment and Sant Chatwal was an exception in our family. Being a very bright student, he had completed post secondary education, in times when normal child would be lucky to complete high school, that was up till grade 10. Sant Chatwal led as an example to all of us, with his vision of success. He gave us very positive uplift and proved that anything is possible with true dedication . I would say, he is one out of million example; because where we came from, the financial conditions we lived in and at those times, he took the lead with hard work and honest living.

32

At last, I want to ensure you, Mr Chatwal is deeply saddened with this situation that transpired. Given the above examples, I believe you would agree with me and our family members, that this "isolated" incident is NOT true reflection of Sant's character. Yes, he has conducted in manner that he regrets and feels very sorry. We humbly request you to empathize with us and provide him with an opportunity to serve back the American community. I ensure you that Sant Chatwal has learned his lesson and would never indulge in any deed that he or family would regret. We hope for your full support, Judge Glasser

Sincerely,

Kesar Singh

Kesar Singh

Gurcharan Kaur
B-1/573 Janak Puri
New Delhi, India


**The Honorable I. Leo Glasser**
Senior United States District Judge
United States District Court
For the Eastern District of New York


**Dear Judge Glasser:**

I am Gurcharan Kaur, 61 years old and the seventh sibling out of eight in the family. I would like to introduce myself as the youngest sister of Sant Chatwal and his lovable sister too.

I would like to mention that how my brother – Sant Chatwal has helped me at various instances since my birth and has been helping till now and forever. He has always taken care of me much more than an elder brother or can be better described as a responsible father.

The first instance of my life which I can remember is when I was 7years old. Sant Chatwal (my brother) discussed few things with me related to my studies. At that point of time, I was not at all interested in studies. He asked me to read an English book and after listening carefully to me, he got really disappointed that I was unable to read even a single sentence properly. The same day he spoke with the best teacher in the town and he made sure that my tuition classes starts immediately from the next day. That teacher used to charge Rs.100 at that point of time it was very expensive. But when it comes to my career, he never used to think about money. As a result, I stood first in my class and that was the turning point in my life because I developed interest in studies.

Judge Glasser, he started his life as a very ordinary man. When I was in 8th grade, he went to Africa (Addis Ababa) as a teacher. I still remember he used to share a room with four other boys. Judge Glasser, he did all this so that he can save some money and sent that money to his family back home in India. My father had a limited income and had eight children to take care of. But Sant Chatwal took entire burden of the family at a very young age and made sure that our father should not take any kind of tension related to the financial matters of the family.

There was a day when I was reluctant to go to school because I had no coat to wear and it was exceptionally cold. Judge Glasser, when Sant Chatwal came to know about this, he sent us the money immediately. I thank God every day for a brother like Sant Chatwal.

I have also seen relatives very closely of many other friends of mine. These days when someone earns name and fame, no person thinks of their family members. Judge Glasser, in this case things were entirely opposite and different. One of the reasons of Sant Chatwal becoming so big is because of his family. He always wanted that all his family members should be well settled and he is successful in achieving his dream. When I see my past and compare it with present, the standard of living and quality of life has improved to such an extent which no one

34

**Gurcharan Kaur**
**B-1/573 Janak Puri**
**New Delhi, India**

can think of even. That's true not only for me but for my other siblings too. All credit goes to my brother – Sant Chatwal. He is a blessing for all of us.

Sant Chatwal met my husband for the first time in Africa in 1968. My husband worked as an export manager at that time. They became good friends. When my brother – Sant Chatwal realized that there cannot be a better match for me, so things turned into marriage. When I was getting married, I used to worry a lot about my parents. But, Sant Chatwal cared so much for our parents which cannot be even described in words.

Life was going fine after my marriage and suddenly in 1992, my mother got sick as doctors diagnosed her with stomach cancer. My mother was in Canada at that point of time and I was in India. I called Sant Chatwal and told that I would also like to meet my mother for the last time. My brother – Sant Chatwal without taking any time booked the tickets for me and my husband. I got the opportunity to meet my mother for the last time and I hope Judge Glasser, you will understand how significant it is for a daughter to meet her mother for the last time. After few months, my mother passed away.

Then my husband started facing very difficult time and that led to huge financial problems. I approached Sant Chatwal and he immediately asked me that what best he can do for us. I told Sant Chatwal that we would like to start a printing business and for that we need good amount of money. He helped in realizing our dream of printing business as well. Judge Glasser, I cannot even tell you that how blessed we were with this help. That was very crucial time for me and my husband as both our daughters were pursuing their studies. But because of this support from my brother - Sant Chatwal, things were again smooth for me and my family.

In 2001, my elder daughter completed her studies and Sant Chatwal sponsored her to US.
Then suddenly in 2002, my husband had a brain hemorrhage and my husband's condition was very critical. Sant Chatwal was the only one in the family who told me not to worry about money. He took care of all the expenses of the surgery and post-surgery as well. He has helped me at all stages of my life and has been helping me till date emotionally and financially.

To conclude, I would say Sant Chatwal is the best brother, best father, best son and best support for anyone and everyone who needs help at any point in life.

Judge Glasser, I would request you to please forgive Sant Chatwal. We all are very sure if given a chance, Sant Chatwal would even be a more respectable and responsible citizen in future. Judge Glasser, I would like to thank you for your time and hope for your kind support and forgiveness.

Yours Sincerely,

Gurcharan Kaur
Gurcharan Kaur

35

The Honorable I. Leo Glasser                                            5th May, 2014
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Respected Judge Glasser,

I am writing this letter to you with reference to the trial faced by Mr. Sant Singh Chatwal.

Firstly I would humbly like to take the opportunity to introduce myself. My name is Ramneet
Kaur, age 28 years. I have completed my Masters in Business Administration from New Delhi,
India. I am married to Mr. Amarvir Singh who happens to be Mrs. and Mr. Chatwal's
grandson (Mrs. Chatwal is his Paternal Grandmother's sister).

Ever since we got engaged I have heard interesting stories of Mr. Chatwal from my husband
and his family. It was indeed a privilege to know about the humane side of the intimidating
personality we fondly call Sant uncle. He indeed is like his name Sant (Saint).

When I first spoke to the Chatwal's over the phone they immediately extended a loving
invitation to be a part of their family. It truly was touching to know how warm they are as
individuals. The love that they have always shown towards me is truly beyond words. Whether
it was Mr. Chatwal's kind words to my father, giving him the confidence that his daughter was
and will always be happy and in safe hands, to his advice to us children about fulfilling our
dreams but still remaining grounded, all this has now become a part of our moral values and
wisdom. He is a man with a great mind and a benevolent heart.

I recollect Mr. Chatwal's silent gestures towards us to make our big days really special. Money
din't seem to matter when it came to his family. Pre-settled bills and complimentary
arrangements were just some of the gestures he extended for his "daughters" (no matter what
relationship we share with him, he treats us like his own daughters, pampering us, loving us and
guiding us always) . I remember this incident when my husband, with his first set of savings,
wanted to take us on a trip to Thailand for our first anniversary celebration. Mrs. Chatwal had
called up my mother-in-law one week prior to our trip to greet us for Diwali (Indian festival)
and that's when she got to know that we were booked to go to Thailand. Within hours Mr.
Chatwal called up my husband and said "you are staying at our hotel in Bangkok, no ifs and
buts. I know you want to take her with your savings and because of this gesture of yours, from
my side you've earned it, and this secret remains between us. May you grow together as a
couple and see the world". He left no stone unturned to make sure that this trip was indeed the
most memorable one for us. I can't put in words what this man is for us. In the newspapers he
seems like a shrewd businessman, in the community he is considered to be a soldier, fighting all
wrongs and helping the less fortunate but at home he is just a father, a loving, caring and a very
soft hearted father who will melt your heart with a gentle hug.

Sir, whatever I write may not be of any relevance to law but I still want to say one thing, he is a
great man. He has achieved a lot in life but most of all what he has earned is love of all the
generations he has nurtured. His greatness is beyond words and will always be but still he will
always continue to try and manage to hold that special place in all our hearts.

36

Be kind to him Sir. He truly is worth it.

With utmost reverence

Yours sincerely,

Ramneet Kaur

**Kanwarmanjit (Robin) Singh**
**15 Ryckman Lane**
**Brampton, ON L6P 0C8 Canada**

**The Honorable I. Leo Glasser**
**Senior United States District Judge**
**United States District Court**
**for the Eastern District of New York**

**Dear Judge Glasser:**

I am Robin Singh. Sant Chatwal is my uncle, my dad's younger brother. I would like to tell you little bit about my self and how it relates to Mr. Chatwal. I am presently working at RBC Royal Bank (leading financial institution in Canada), as Financial Planner (leading position in personal banking).

I was 13 when we migrated to Canada. I was an average student up till I met Sant Chatwal at our family re-union. Our entire family looks up to Sant Chatwal for his success, and I took the opportunity to invite him for a one on one conversation. I was very curious to hear it from him...my first question was HOW? He answered in few words, "honesty, hard work, and giving back to community" Sant Chatwal urged me to excel in studies,  and always give my 100% effort in everything I do. Hearing this from him, I got encouragement and started doing bit extra on my school work. When I saw my grades improve, I got more positive and started working even harder.  By next year, Judge Glasser, I was leading the class in grades and starting tutoring in my lunch hour. Sant Chatwal met me in next year's family reunion and I was very excited to share my success with him. He gave me further encouragement, and stressed on how important it is invest in good education, which leads to future success.

Judge Glasser, I suffer from physical disability, Sant Chatwal shared his vision to expand my thinking beyond physical horizon. He taught me how to believe in myself and achieve anything with dedication and hardwork. Today, I can proudly say that due to his encouragement, I have leading position in the leading financial institution in Canada. He has helped many relatives, friends and communities by being positive role model, providing monetary and emotional support.

I recently learned about Sant's Chatwal's legal issue and the activities that led to this. I spoke to my uncle and he told me how sorry he is with his conduct. We urge and seek your empathy and forgiveness for Mr. Chatwal's actions. Sometimes highly responsible people have also made big mistakes. I humbly request for your kind forgiveness because

38

Mr. Chatwal and entire family have lived honest living and are great contributors to local communities. We are very sure, Sant Chatwal will be a responsible citizen for many years to come. Thanks Judge Glasser and we hope for your kind support and forgiveness.

Sincerely,

Robin Singh

39

Priya Singh
13 Wensley Court
Templestowe Vic 3106
Australia

May 20, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am a niece of Mr Sant Singh Chatwal (he is married to my father's sister) and reside in
Melbourne, Australia. I am an Aged Care Worker, which requires me to care for the sick
and elderly. I am 47 years old and have lived in Australia for over 20 years with my
husband. I have two children aged 20 and 18.

Before I got married, I lived in New York with Mr Chatwal and his family when I was a
student undertaking a hospitality course. I also worked in Mr Chatwal's business in a
variety of capacities, including as his Executive Assistant.

I understand that Mr Chatwal has pleaded guilty to violating US electoral laws. I am
writing to you in the hope that, when determining an appropriate sentence, you will
consider what I have to say regarding Mr Chatwal.

As a result of my relationship with Mr Chatwal, as both his niece and employee, I have
grown to know his personality and character, and as such feel that I am well placed to
comment on this regard. Mr Chatwal is a hardworking and kind hearted person, who has
led his life with integrity and honesty. He is a compassionate individual and a true family
man. On numerous occasions he has generously provided his time, financial resources
and guidance to help family, friends and strangers, which has resulted in him being
respected and loved by those who know him. I personally have seen this inflow of love
and admiration for Mr Chatwal during my time in New York.

When I first arrived in New York as a student, Mr Chatwal became my father figure and
role model. In the three ensuing years of my life in New York, he was a pillar of strength
for when I was away from my parents. He made his time available to guide me through
life in a foreign country, and to ensure my comfort and safety. This includes but is not
limited to; helping me to arrange accommodation, and facilitating an employment
opportunity when I was in a time of financial struggle. Furthermore, he always ensured to
enquire about my hospitality course, my general well-being and mentored me in how to
be an outstanding citizen and a good person.

40

Not only does Mr Chatwal care for his family and friends, he is also generous to strangers. For example, he provided a position of employment to my friend, Mr Raja Gunjeet Singh – a stranger to Mr Chatwal - simply because he knew Mr Singh was struggling. Mr Singh attributes this job to providing him with the financial experience that has enabled him to since foster a long-lasting career. Mr Chatwal also devoted time to helping my friends – again strangers to Mr Chatwal – find accommodation in one of his buildings.

Despite being a businessman, he is always seeking to help and support friends and strangers alike, by being generous with time and resources. He therefore has a positive impact on the community he lives in.

Mr Chatwal is an invaluable member of his immediate family. As well as being a loving husband, he has two sons, one of whom has special needs. I request that this be particularly taken into account, as any absence of Mr Chatwal in the family home would be detrimental to his son's well-being.

Mr Chatwal's conduct in this particular case is totally out of character for him. I know that he is an honest and industrious person with strong scruples. His actions in question appear so random to me that I believe this has been a momentary lapse of good judgment on his part. This is further evidenced by his guilty plea – an indication not only of his willingness to co-operate with proceedings, but also of his deep remorse.

For the reasons of his outstanding character, absence of prior criminal history, family circumstances, and remorse for his actions, I respectfully request you to show some leniency in your judgment.


Sincerely,

Priya Singh

41

The Honorable I. Leo Glasser                                    5th May, 2014
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Respected Judge Glasser,


My name is Amarvir Singh, age 28 years and I am a resident of Kanpur, U.P. India. I am a
businessman by profession and I have completed my Masters in Leather Technology from IIT
Kanpur, India.

I am writing this letter to you to request you to kindly look at the humanitarian side of Mr.
Chatwal, the man that I know. Please do spare a few moments to go through the letter that will
help you get a better insight to my grandfather Mr. Chatwal. (Mrs. Chatwal is my
grandmother's sister).

I have known Mr. Chatwal (Sant Uncle) since the time I could start recognising faces and
connecting them to names and despite being miles away he has played a pivotal role in shaping
up my personality and life. From his joyous company in my early days to his encouraging words
in my small achievements Mr. Chatwal has always been by my side like a true grandparent.

From being an unpleasantly fat teenager to a model in the one of the most prestigious fashion
shows in the country, this journey too I owe it to Mr. Chatwal. He would often come to visit us,
specially my bed-ridden grandmother, in India. It was on this one particular visit to India
where he announced, "Amarvir is going to walk with the leading stars of the country". I was
taken aback but such was his idea. He gave that unpleasantly fat teenager the opportunity to
change his life. In 6 months I had lost 35 kgs. , looking absolutely different and ready to take on
the world.  The next time he met me he said "I knew you could do it. Someone just had to tell
you when". Suddenly the way people looked at me changed. The way I looked at them changed.
My confidence levels went high and all this reflected in my work too.

On my various trips to the USA he would insist on me staying with him and would do every
possible thing to make me feel at home. He would make me sit with his staff (work friends) and
discuss new ideas or just share a drink. He never failed to encourage me or anyone with newer
ideas and work sense. He is an inspiration and an idol not just to me but many people who truly
know him.

Mr. Chatwal knew how to use his stature to make someone really happy without making a great
deal out of it. I still remember when I went to the UK for the first time on a business trip he
made sure that every minute of the trip was taken care of so that nothing would dampen my
work spirit in a foreign country. Such was his attention to detail for his entire family. There are
a many more things that cannot be expressed in words. Many more incidents have occurred
that have positively changed the course of my life and have helped me evolve as a better person.

Post marriage my wife and I have gathered some very fond and loving memories that we owe to
this great man. Once I remember when I was taking my wife to Miami, as soon as Mr. Chatwal
came to know that we were in Miami and staying at the Dream Hotel he immediately called up

42

his staff to ensure that it turned out to be the best and the most memorable trips of my life. He is a person who never takes credit for his gestures. He just does them so that everybody around him is happy. He has shared his success with all his friends and family and is still a very humble man.

I owe a lot to him and will continue to do so.

Sir, what I have shared with you is nothing related to business but my intention is just to tell you what a kind and a large-hearted human being Mr. Chatwal is. I hope you will consider this while you make your judgement.


Yours Sincerely,

Amarvir Singh

43

Darshan Pal Singh
E-226 Greater Kailash Part II
New Delhi 110048, India

April 28th, 2014

The Honorable I. Leo Glasser
Senior US District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

Greetings from India! My name is Darshan and I am a hospitality industry
professional, aged 40, living with my mother, wife and two daughters. Mr Sant
Chatwal is family to me as he is married to my father's sister. In addition I have also
worked professionally for him while I lived in London, UK nearly 10 years ago.

I write to you in support of Mr Chatwal. I am hopeful that while finalising your
verdict you will take into account additional information which highlights his several
positive traits and his contribution to society at large.

To my mind, Mr Chatwal is a kind, hardworking, sincere and above all God-fearing
person. Since I have had the good fortune to know him both personally and
professionally, I can confidently say that he is a self-made man who has great
determination and the will to help anyone in genuine need. My family, for one, has
been a recipient of his generosity and helping nature as briefly narrated in the
following lines:

My father had a terrible accident back in 1979 which left him partially paralysed. At
this time my sister Geeta and I were very young. The medical recovery for my father
took considerable time and left us financially drained besides having an impact on
my father's confidence. This is when Mr Chatwal encouraged my father and gave
him an opportunity to work with him to rebuild his career. On the back of this move,
we as a family could join our father and move abroad to pursue higher education
and become professionally qualified. Mr Chatwal's support and guidance at a time
when we needed it the most has resulted in elevating my family's social and
professional standing. More recently, when I lost my father two years ago, Mr
Chatwal took out the time to be with us at that hour of grief and gave us huge
emotional support.

Having worked for Mr Chatwal for over 7 years, I had great learning from him and
grew as a professional. In addition, he conducted himself very professionally and
ensured my career graph with the company got shaped on the basis of my hard
work and commitment alone. In my working years with him, I observed Mr Chatwal

44

to be a thorough gentleman who cares for his employees' welfare and treats them as his extended family, guiding them as and when required.

Mr Chatwal has always been at the forefront of philanthropy and is always ready to reach out to people in need both in India and abroad -- though he does his charitable work quietly and does not focus on publicity. Over the last few years of being in India, I have been a witness to several such initiatives that he has sponsored. One such incident that I must share with you is that about two years ago, I happened to be in Bangalore and came across a taxi driver who had named his cab 'Sant Taxi'. On inquiring I was told by him that Mr Chatwal had funded his taxi sometime back as he was unable to finance it himself and had been finding it very difficult to make ends meet. This story really touched my heart and reinforced my belief in Mr Chatwal as a caring human being.

Mr Chatwal is a very humble and simple man. On the basis of knowing him fairly well, I firmly believe that he regrets his conduct relating to the matter at hand and that this incident surely does not represent his character. I for one have the highest regard for the judiciary system and would only hope that this additional information is taken into consideration when deciding on a fair and just sentence.

With warmest regards,

Darshan Pal Singh

45

Ishar Singh
85 Fiddleneck Crescent
Brampton ON L6R 2E2
Canada

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 05, 2014

Dear Judge Glasser

My name is Ishar Singh, I live in Brampton, Canada, and I am the younger brother of Sant Chatwal at the age of 67 years. Since childhood we very close where he always protected and took care of me. We came from a middle class family who believed in spirituality, honesty and hard work. These were the principals our parents taught and lead by example. My father, Sardar Makhan Singh, was a very spiritual person who always provided community support to every member of our small town in *Fridkot, Punjab India*. For example, where there was a grievance of death in the community, he would stay the whole night with that family praying for the departed sole until the cremation ceremony had been completed. He was very respected in our town and we also grew up believing in community service. Sant Chatwal also follows the teachings of our parents where he also provides community service to all family and community members.

46

Sant Chatwal helped me to come to Montreal, Canada in 1982 by sending me work permit sponsorship as a chef. He provide me with a good job and a nice place to stay. He further helped me in 1984 with Canadian immigration to bring my wife and children to Canada. At that point, he also promoted me to a manger position and transferred me to Vancouver branch where I worked for five years. We are very thankful for his financial support during this process which helped provide good education to my children and a better life for my family.

In 1988, Sant Chatwal helped me move to Toronto because I wanted to be closer to my mother and brother. He helped me financially to buy a house and settle in Toronto close to our Sikh temple because our mother liked to attend daily prayer. With my mother, my children also attended the temple regularly and they picked good traditional values for which I am very grateful.

I respect Sant Chatwal very much for always providing me moral boost and financial support when every I asked him. I am happy to say that we are a very close family and he has always respected our invitation and attended all family functions such as family reunions and wedding. I hope this letter helps you to understand the true and genuine personality of Sant Chatwal.

Sincerely,

Ishar Singh

2 •

47

The Honorable I. Leo Glasser

Senior United States District Judge

United States District Court
    for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


May 15, 2014


Dear Judge Glasser,

        My name is Gurjit Kaur and I am
the niece of Sant Chatwal. I came to
the United States in America in the
April of 1987. Unfortunately at that time
I did not have a place to stay. Generously,
Sant Chatwal offered me a place for
living in his house without any charge.
He treated me like his own daughter,
fulfilling any desires I had. The kind
man that he is, Sant Chatwal contributed
towards my education, both financially and
regarding any guidance. Without him I
would not have been able to complete my
education and I am thankful to him
for supporting me throughout my life.
Other than myself, Sant chatwal also
aided my family to get settled in the
United States.

48

Although my uncle is a very busy businessman, he never fails to take out some of his precious time for his family. He regularly visits our family in Toronto and we all love spending time with him. A family prayer is held annually around summer time in memory of our deceased grandparents. Sant Chatwal treats family matters with importance and is always present for the death anniversary of his parents. Sant Chatwal has a special place in his heart for such significant events as family is above everything. His kindheartedness is greatly appreciated among the whole family. I am proud that he is part of our family.

Thanks!

Sincerely,

Gurjit Kaur.

GURJIT KAUR
17 KENSINGTON DR.
RICHMOND HILL, ON
L4E 3M9

49

Gurpreet Chatwal
85 Fiddleneck Crescent
Brampton ON L6R 2E2
Canada

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 3, 2014

Dear Judge Glasser,

My name is Gurpreet Singh Chatwal, I am a nephew of Sant Chatwal. The Chatwal family maintains a very close knit relationship and we all members of the family have learned to respect and treasure this bond. For example, every year in July we hold a family reunion where we all celebrate the lives of my grandparents who are also the mother and father of Sant Chatwal. We have been holding this event every year after the passing of my grandmother in 1992. At this event, we all children, grandchildren and great-grandchildren come together from all across North America to hold a prayer in memory of our grandparents. I am proud to say this year will mark the 22nd anniversary of the family reunion.

We all children have always looked up to Sant Chatwal as a role model because of his humble and keen nature of always helping all members of the family in every way possible. I personally remember the time when he helped my parents financially towards the down payment of our family home. This act at that time inspired me as a young child and also vouched for his nature that I had heard of growing up.

Mr. Chatwal is very approachable and takes the time to listen to everyone in the family who has any issues or is looking for help. There is one instance that I remember from last year when I approached him about how I was considering an expansion of my tax practice. At that moment he took the time to listen to all my case facts and provided me with detailed advice that about all the risks and rewards that

50

I must consider. He also later followed up on my expansion deal to find out how everything had transpired. It is examples like this that show that he genuinely cares about me and my future goals.

Last year I was considering my career development options and I had considered perusing tax law at Harvard Law School. I approached Mr. Chatwal for his advice on whether I should peruse tax law as an extension of my existing career. He not only provided me with guidance and his perspective but also introduced me with a legal professional who was a Harvard alumni. It was with this reference that I was further able to share my future goals and get their professional perspective . Without the help of Mr. Chatwal I would not have been able to meet this professional and for which I am grateful.

Mr. Chatwal has also helped me at a personal level when he provided a good character reference to my wife's family. I am very thankful to him for personally vouching for me and this deed means a great deal for me. Mr Chatwal is a great person, he never says no to anyone who needs his help. This is a wonderful attribute that he holds and his generosity is very much appreciated by all members of the family. He has been a devoted person to helping all members of the Chatwal family since the very beginning. In this letter you will find attached copies of a family photo's to help provide a real perspective of all the family members who's lives' that he has touched .

Today I write this letter on behalf of Mr. Chatwal's to provide you with additional information that I hope will provide further light on some of the great qualities that he holds. He is a treasure of the Chatwal family and we all love and respect him dearly.

Sincerely,

Gurpreet Chatwal

51

## JASJEEV SINGH
### 175 WESTGATE DRIVE
### EDISON NJ 08820

May 5, 2014

The Honorable I. Leo Glasser
Senior United States Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Dear Judge Glasser,

My name is Jasjeev Singh and I am writing to you on behalf of Mr. Sant Chatwal. I am the Operations Manager for a Trucking company in Long Island City Queens called New York Minute Messenger & Trucking and have been working there since February of 2005. Also just recently I started my first Business venture. I am importing distilled spirits and wines from India into USA. I live in Edison NJ with my wife of 13 years and two sons aged 9 years and 12 years.

I immigrated to USA in 1993 from India with $500 in my pocket. The only other thing in my possession was a very strong will to succeed in life towards which I have worked very hard, often 7 days a week. My wife is Mrs. Chatwal's cousin and so in the last 13 years of our marriage, I have had the opportunity on numerous occasions to meet with Mr. Sant Chatwal. It is for this reason that I want to share with you some of my personal experiences I have had with him and would hope that this would help you in deciding your sentence for his offence.

The first time that I ever heard about Mr. Sant Chatwal in 1987 was on a very positive note. My oldest sister Jasneet Singh, who now lives in Hayward CA, had immigrated to New York in 1987 with her husband. She was desperately in need of a job and was turned down by the very people who had originally promised her a job while she was still in India. Then one of her friends asked her to call Mr. Sant Chatwal. She did manage to meet with him after only one call and was hired from the following day. All he saw was a person who was a new immigrant in need of a job which he promptly offered. He eventually sponsored her for a green Card which she got through his company.

Just recently when I was starting my new business, I went to meet with him a few times to get guidance. Since this is the first time I was doing business I had a lot of questions and a lot of apprehensions. He made all his suggestions about the do's and don'ts but what really impressed me was that when we discussed the financial aspect of my project, he offered me financial help without asking me if I needed it. And that day I realized that even though I was only his wife's cousin's husband, how decent, and generous he was towards me. Of course since then I have heard numerous instance of his generosity

52

and helping hand towards employees and friends and family. I think there are a lot of people who offer help but there are very few people like Mr. Sant Chatwal who actually do more than just talk about helping.

I know he made a mistake for which he is very sorry and that is the reason he pleaded guilty. I hope I have been able to show you who truly Mr. Sant Chatwal is and there is a lot of good out there associated with his name.

Respectfully yours,

Jasjeev Singh
175 Westgate drive
Edison NJ 0882
May 8, 2014

53

May 15, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Saveira Singh, and I'm a niece of Mr. Sant Chatwal.  I'm 35 years old and
reside at 100 Atlantic Avenue in Brooklyn Heights, New York. I've been working in the
advertising industry for over twelve years, and am currently a Vice President and Group
Account Director at Publicis, one of the "Big Three" agency companies in the world.

I'm hoping my letter will provide perspective on my uncle and help you to better
understand him as a good, kind and loving person. Your Honor, he is so much more
than someone who made an unfortunate mistake.

First and foremost, my uncle has a very big heart.  It has been central to his character
throughout his life. It is what helped him achieve success with the goal of creating a
beautiful home and comfortable life for his family. Sant Chatwal has also shared his
success with his extended family, which numbers 100+ people, as we are a typical,
large Indian family.  He has created longstanding careers for several of my family
members, including my father, other uncles, aunts and cousins. He has helped us in
difficult times – both financial and emotional. There have been many occasions where
he has given me advice, and he always makes time for me and for the rest of my family,
despite his very busy days.

54

On top of helping our family, my uncle has helped thousands of people within this country with employment opportunities in his hotels and restaurants.  Helping newcomers to our community grow and be successful is a priority for my uncle. He knows firsthand the challenges immigrants face in an environment where we are a minority.  He absolutely loves America and has pushed forward causes and agreements that support both India and the U.S.

My uncle made a mistake for which he has immense regret. While his actions were wrong, I absolutely love my uncle and I wish you could know him as well as I and many others do. If you did, you would understand he meant no harm and is indeed an honorable man.

Sincerely,

Saveira Singh

55

D-223, Defence Colony,
New Delhi - 110024, INDIA.

27th April, 2014

The Honourable I. Leo Glasser,
Senior United States District Judge,
United States District Court
For the Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 1120

Dear Judge Glasser,

I am Har Bhajan Singh. I am the brother in law of Mr. Sant Singh Chatwal, who is married to my sister Daman Chatwal. I am 76 years old and retired 12 years ago as President (Marketing) of Crompton Greaves Limited. I spent over 40 years in Crompton Greaves, which is India's leading multi-national company. I am now settled in New Delhi, my address being D-223, Defence Colony, New Delhi – 110024, India.

I am taking this opportunity to write to you in connection to the matter of Mr. Sant Singh Chatwal, who has admitted and accepted responsibility before your Court. I think this is the time to explain to you my close relationship as a family member of Mr. Chatwal. I have always been very closely associated with Sant because of my regular business and leisure visits to the United States, where he has hosted me and my family of 3 daughters. He is a generous man who has made us feel welcome ever since he got married to my youngest sister in the year 1971. The mere fact that Sant and Damon have lived a long and successful married life for more than 40 years proves a point of mutual respect between them and their families.

Our close family relationship is further shown by the fact that my parents spent a large amount of time in their older age with Sant in New York. In fact, my father was diagnosed with a serious kidney ailment and Sant went out of the way to get him treated for almost 10 years before he expired in his own house in New York. We shall be ever indebted to him for his noble act. He also made it a point to attend the marriages of my 3 daughters on 3 different occasions. Whenever he visited India, we would spend a lot of time together with him.

Sant is always a phone call away and would travel to India whenever there was a family celebration or bereavement. My elder brother passed away in New Delhi in January 2012, and Mr. Chatwal came to Delhi to console the family. He would make it a point to visit holy shrines in India and donate generously towards the worthy cause of religion. He also donated to build guest house rooms in one of the very important shrines, namely Hazoor Sahib Nanded, in the name of his own parents and my parents.

The above instances prove how good, caring and honest a person Mr. Chatwal is, not only for the family but also for the community at large.

56

Our family is very proud of Mr. Chatwal's accomplishments over the years, building his business single-handedly through sheer hard work, dedication and values.  As I am older than him and his eldest brother in law, he would generally discuss business proposals and ideas with me before firming up his own mind. It only proves the respect that he has for elders and their experience. It gives me a lot of joy.

On a few occasions, I recommended that some needy people who were looking for advice meet with him in New York. He would take out time from his busy schedule and would give them full assistance and advice.

I spoke with Mr. Chatwal a few days ago and found him remorseful and regretful of the episode. I could also feel that he regrets his actions which according to me are an aberration and do not reflect his true character.

This is for your kind consideration in understanding Mr. Chatwal as a person.

With best regards,

Har Bhajan Singh

57

Inderjit Kaur
A1–19 Lajpat Nagar
New Delhi, India

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

June 04, 2014

Dear Judge Glasser

My name is Inderjit Kaur and I am the 6th youngest sibling and younger sister of the Sant Chatwal. I currently live in Lajpat Nagar, New Delhi, India with my husband, Surjit Singh. Today, I write this letter to you to help you better understand the real helpful and generous personality of my brother.

Sir, when I was young, in the 8th class, I suffered from a medical issue of depression. This prevented me from not being able to concentrate and focus in class. When my brother came to find out about my health issue, he immediate sent money from Ethiopia to pay for my medical treatments. He continued to send money on regular basis to all my treatments. He is a very caring and giving person who helped me at a time of when I need his support the most.

When I came of age to get married, my brother helped me find the right husband for my arranged marriage. He convinced my husband to see past my medical condition and for which we both are now happy and living together for so many years. He regularly visits us in New Delhi, to see how I along with my family are doing. He was a strong emotional support for me during my marriage and I love him dearly.

Sir, my brother made a mistake for which he as accepted his responsibility. I pray and hope that you can see the real side of Sant Chatwal, the side that he is caring and supportive to me and also to all members of the family. I hope this will help you to deciding the right sentence for him.

Your truly,

Inderjit Kaur

58

**Veer Chhatwal**
2 Belevedere Road
Montreal, QC H3Y-1P4 Canada

**The Honorable I. Leo Glasser**
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

Dear Judge Glasser, first and foremost I would like to introduce myself. My name is Veer Chhatwal. I'm currently 16 years of age and am on the verge of finishing high school here in Montreal Québec. I am writing this to you in regard to my uncle Sant Chatwal and his up and coming hearing, and am hoping to share some of my personal experiences that I've shared with my uncle and help shed some light on what kind of an individual he actually is.

Some of the earliest memories I have of my uncle are quite vague, but I do remember him always trying to visit us here in Montreal at least once a year, and I would always see him at our annual family reunion held in Toronto every summer. There is quite a significant age difference between my uncle and myself, but we still always do find a way to connect. Whether it be talking about a variety of things from school to things that are just happening in each other's lives. He may not even know it but he is a huge inspiration for me and I consider him as one of my only role models. An inspiration to the point where his success, work ethic and just the amount that he helps others has led me to want to go into Hotel Management and one day follow in his footsteps. He has never "directly" helped me you could say, but him providing my father with work has led to both of my older brothers, Arjan and Karan and myself to be able to go to one of the most prestigious private schools in the city. Not only has he helped the entire family financially and emotionally, but also he has unconsciously mentored me, and if I could even be half the man that he is today I could still walk proudly with my head held high.

After first finding out what happened to my uncle I was in a state of shock. When my father initially told me what had happened I felt remorse, and I'm sure my uncle felt

59

the exact same way. Reading through tabloids and seeing what his possible punishment could be left me with a knot in my stomach. I do not believe that this incident in any way, shape or forum represents that man that my uncle Sant Chatwal actually is. Thank you, for taking the time to read my letter your honor.

Respectfully yours, Veer Chhatwal

*Veer Chhatwal*

60

Ranjit Kaur
225 Balmoral Drive
Hayess Middlesex
UB4 0AA,
United Kingdom

May 27, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

Dear Judge Glasser,

My name is Ranjit Kaur and I am currently residing in London, UK,
with my family. I work as account personnel for a private company
based in Middlesex County in London. It must be difficult for you to
make important decisions like this one when you don't actually know
the person standing in front of you, so I am writing to you and hope
you will consider my letter and the countless others you're receiving,
to help better understand that Mr. Sant Singh Chatwal is the kind of
person around whom people rally. I can proudly say that I and my
small family are fortunate to live a happy, content and prosperous life
and the entire credit goes to Mr. Chatwal, who is my maternal uncle.

From a very young age I remember my uncle Mr. Chatwal has been an
influential, kind and generous person. His strong sense of duty which
he applies in his business, family, and community makes him a
successful and an outstanding individual. My late grandmother and
mother always felt ever so proud to mention how Mr. Chatwal worked
hard and supported the family. It was difficult time for the family to
survive after having to lose everything during India and Pakistan
partition.  After some time, Mr. Chatwal decided to move to Canada
where he started a restaurant business. He later sponsored my
brothers so they could also support my father. During the days of
struggle, when my father could not make ends meet, Mr. Chatwal
made sure that nothing effected our education. It was because of his
kindness, I was able to take admission in medical college funded by
him. Beside the financial support, he also provided me with
accommodation at his house until I finished my education. Mr. Chatwal
also took responsibility of finding the perfect match for me and
facilitated a grand wedding in Oberoi hotel, New Delhi (India). Today, I

61

am a proud mother of a bright daughter and living a happy fulfilled life with my loving, kind and caring husband. Despite his busy life, Mr. Chatwal has always made time to call us and also to visit us during his trips to London.

Mr. Chatwal has been the back bone of the family, friends and those in need. Not only has he touched the lives of his relatives, but he also did so much for people in the community. His kindness and generosity are unparalleled. As a humble human being, he takes part in many charities and has also opened a charitable centre in Faridkot, Punjab. He possesses a great deal of integrity and constantly strives to make sure he contributes in bringing changes to people's lives. He has supported many families financially and morally, who are forever indebted to him.

I am honoured to know Mr. Chatwal personally. He is a respectful, honest and open hearted human being and has a lifetime of immeasurable achievements. His hard work, dedication and success are a great example for many people. It is disheartening to know that he has made a mistake. However, beside the mistake, I feel you will notice that Mr. Chatwal is an incredible human being. He is a fine example of a self-made man and also of a true gentleman who has made a difference in people's lives. I hope you will take this letter into account when making your decision. He is in our prayers and hope his name is cleared and fair justice is done.

Sincerely,

*Ranjit Kaur*

Ranjit Kaur

62

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am writing this letter as a personal recommendation for my uncle, Sant Chatwal. My name is Shumsher Singh and I currently reside in London, UK. I grew up in Montreal, Canada (the Chatwal also resided in Montreal from 1977 to 1980) and New York City so know my uncle, Mr. Chatwal very well and in particular his sons, Vikram & Vivek, who I attended high school with in New York at the United Nations International School.

To provide you with a little background on myself, after graduating from the United Nations International School, I completed my bachelor's degree in Economics at the University of Chicago and returned to New York and worked in the investment banking division of Oppenheimer & Co for a number of years. In 2000 I decided to relocate to London where I was initially employed by a venture capital firm, Durlacher & Co, and then established a boutique mergers & acquisition advisory firm in 2003 which I continue to run.

The purpose of my letter Judge Glasser is to hopefully provide you with a more intimate perspective on Mr. Chatwal's personality and character rather than the successful businessman image the wider public is familiar with. As mentioned I have spent considerable time with the Chatwal family since the age of 4 years old when the Chatwal family and mine both settled in Montreal, Canada. When I relocated to New York City at age 13, I also attended the United Nations International School (UNIS) with Mr. Chatwal's sons and further deepened our already close family ties. So I'd like to think out of our fairly large & extended family I've had the privilege of spending a considerable amount of quality time with Mr. Chatwal.

I'd like to take the opportunity to present what I believe are relevant actions and examples of generosity and kindness that I've personally witnessed that I think should shed some light on the true character and integrity of Mr. Chatwal.

From an early age growing up in Montreal I recall making very frequent visits to the Chatwal household and spending considerable amount of time with Mr. Chatwal's sons, his wife and himself (although less frequently given his travel schedule). My family and especially myself & younger sister were always invited and treated as though we were their children. We were always encouraged to play with Mr. Chatwal's sons and taught to focus our attention to our studies and extracurricular activities. Whilst together as an extended family I recall Mr. Chatwal constantly mentioning to us that "there are no shortcuts to success but rather hard work and intelligence are required".

63

At the age of 13 in March of 1987 after my parents underwent a drawn out and painful divorce it was Mr. Chatwal who suggested to my father that he and I relocate to New York so my father could start afresh and I could pursue my studies at the prestigious United Nations International School private school. I made the decision to join my father and not remain in Montreal specifically to follow my own personal ambition of becoming a successful businessman myself. It was also Mr. Chatwal's insistence that both my father and I stay in the Chatwal household when we relocated to New York to receive family support in such a tumultuous period in both of our lives having to adjust to a new city without 2 immediate family members. We lived in the Chatwal household for roughly 4 months and made our transition much smoother and manageable. I am very grateful to Mr. Chatwal for his generosity during this vulnerable and difficult period in my early adulthood.

What I also noticed very quickly once I moved to New York was how many of my fathers immediate family members were employed by Mr. Chatwal's growing restaurant and hotel business. Not only was my father employed as the General Manager of one of Mr. Chatwal's most important hotels but two of my father's brothers were also the General Managers of two of the key restaurants – one in midtown New York and one in central London – the 2 most prominent Bombay Palace restaurants worldwide. Both my uncles and father were employed by Mr. Chatwal's businesses for many years – in fact my father continues to be employed by Mr. Chatwal as a consultant and probably has been longest standing family member he has worked with – roughly 30 years. Numerous other first and second cousins have been employed and are currently employed by Mr. Chatwal's businesses for many years. It is therefore my strong belief that Mr. Chatwal has always been a very generous man and consistently been assisting in particular my father's family in sponsoring them from India, helping them get settled and ensuring they have the appropriate visas and ultimately providing them with gainful employment. I have also had the opportunity to meet many individuals and their families over the years that have benefited from Mr. Chatwal sponsorship into the US and helping them establish a new life for themselves and families and becoming tax paying US citizens. There is no doubt that Mr. Chatwal has created thousands of jobs and helped relocate hundreds of immigrants who have all become US tax payers.

I am also aware of countless private functions Mr. Chatwal organized within the Indian & Sikh communities in Montreal and New York that I have personally attended over many years. These functions were often fundraising events for charitable causes – in particular raising funds for establishing new Sikh & Indian temples in North America & India and / or community centers.

More recently since I moved to London in 2000 I have not been aware of many of the charitable actions and donations Mr. Chatwal has contributed to but rather have heard of these activities through my father and other family members. Normally I return to New York to visit family 2-3 times each year. On probably half of these occasions Mr. Chatwal has personally invited me to stay in some of his hotels with my girlfriend on a complimentary basis. When I would make the

64

trip over to New York he would always ensure that I visit his home and see all family members to maintain our ties.

In addition, Mr. Chatwal has always offered to introduce me to various influential and successful American and Indian businessmen that he thinks could be useful in advancing my own business. To date I have not had the pleasure of working with one of his associates but the offer is always available as Mr. Chatwal has reiterated every time that I meet him.

In summary, I've tried to portray from my own very personal experience as Mr. Chatwal's nephew an intimate account of his genuine personality and demeanor. I strongly believe Mr. Chatwal to be a hard working, highly intelligent, and charitable man both to his family and extended family as well as the wider Sikh & Indian communities.

In light of recent events, I believe Mr. Chatwal to be an upstanding, honest and hard working man who is always willing to lend a helping hand. Therefore, I know he must deeply regret his actions and would do try to rectify it to the best of his ability.

Yours truly,

Shumsher Singh

65

26 Softneedle Ave
Brampton ON L6R 1K4
Canada

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

May 9, 2014

Dear Judge Glasser,

My name is Arti Dandona, I am a 37 year old currently living in Toronto, Canada, and the niece of
the Sant Chatwal. I have worked for a lot of hotels in Manhattan, New York owned and managed by
Mr. Chatwal's company.

I am writing you this letter, Judge Glasser, in the hopes that you will consider this information in
helping you better understand my uncle, Mr. Chatwal, and aid in your decision of a fair and just
sentence.

In 2001 after finishing my graduation and working for 2 years in India, I reached out to my uncle to
help and provide me with guidance in pursuing a career in United States. He sponsored me to United
States, where I got in-depth knowledge about the hospitality industry which sculpted me into the
person I am today. When I was new to USA back in the year 2001, my uncle gave me shelter in his
home for 4 months and treated me as his own daughter. In 2002 back home in India my father
suffered a brain hemorrhage and at that time Mr. Chatwal was the only family member to come
forward and gave both financial and emotional support to my suffering family.

For as long as I have known my uncle, I witnessed unprecedented acts of kindness and generosity on
his part. From allthe many people that would seek his help, he could never turn anyone away without
doing all in his power to try and help their cause. These kind acts  have had a lasting impression on
me and taught have taught me the importance of generosity in ones' life.

Mr. Chatwal has been a huge support for me and my family. He provided me with advice and
opportunity, and has been a dominant factor in supporting my family in times of need. I have gone to
him for advice whether it be financial issues, or personal issues with my family or friends to which
he has always provided me with sound advice. He has not been so much of a uncle to me as much as
he's been a father figure in my life. From what I know Mr. Chatwal is a very loving, caring,
generous, and a helpful person.

Sincerely,

Arti Dandona

Arti Dandona

66

9736 Middleton Ridge Road
Vienna, VA 22182

April 30, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Nirankar Singh and I currently live in Vienna, Virginia. I am Mr. Sant
Chatwal's brother-in-law, and I have known him for almost 50 years now.

When I moved to America from New Delhi, India, Mr. Chatwal gave me my first job as a
manager at the Bombay Palace Restaurant at 30 West 52nd Street, New York, NY. I
worked for him there from 1979 to1988, and then I moved to his restaurant at 1835 K
Street, NW, Washington, DC from 1988 to 2008. As his employee, I saw his attention-to-
detail on behalf of his customers. His goal was to provide a great experience, and I saw
how perfect he wanted everything to be. He felt as if his customers were guests in his
home, and we wanted to be proud of the restaurant that he built.

As his family, I saw the loving nature that Sant expressed towards everybody on his
team. He treated and still treats people like his own kin. In these 50 years I have seen
first-hand the numerous kindnesses that Mr. Chatwal has bestowed on people around
him. He has extended personal loans to employees without collateral, hosted birthday
parties for the children of the doorman at the restaurant at his own home, and paid the
medical bills of my cousins when they were close to being bankrupt from hospital
charges. He also gives to charities in New York City and in India.

These are just a few of many examples of how thoughtful Mr. Sant Chatwal is of those
around him – whether they are family, staff, or sometimes even strangers. He treats those
around him as fellow human beings, not as employees or strangers. He is motivated by
his spiritual teachings as a Sikh to be of service to humanity. Even as a business man,
because he is an entrepreneur, he creates employment for hundreds of individuals in his
business, and those people can support their families because of those jobs.

Of course, even great men can have shortcomings and Sant is very troubled by his action
and truly regrets it. As a close family member, I feel his pain, shame, and regret about
the fact that he did something clearly wrong, and let himself, his family, and his
community, and his country down.

67

I know Sant Chatwal, and I know that he will make amends for his error. He will be committed even doubly to an honorable life, a just life, and a giving and generous life. He will be committed to being an ideal citizen and a redeemed role-model.

Please, I hope you can show him some compassion.

Respectfully,

Nirankar Singh

68

Pages 69 through 80 have been omitted from the publicly-filed

Compendium for reasons of medical privacy