


May 14, 2014

The Honorable l. Leo Glasser
Senior United States District Judge
United States District Court
The Eastern District of New York 225
Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am a practicing physician in Pulmonary and Sleep Medicine at the Garden City Sleep Center in Garden City, New York. My wife Susan is a Nurse Practitioner and a PhD student at Seton Hall University, New Jersey. We have two children.

My family and Mr. Sant Singh Chatwal's family are both from Faridkot City, India. In the sixties my brothers and I attended the same primary and high schools as Mr. Chatwal's brothers.

For many years after high school I did not see Mr. Chatwal, but in 1983, he was visiting from the U.S. with his wife, Daman, and their children, Vikram and Vivek, and they came to New Delhi to visit my grandfather. I had been staying with my grandfather following his heart surgery. Mr. Chatwal visited again after my grandfather's coronary artery bypass graft some years later. I was impressed both times by the humility he showed, and his desire to be of service.

It was also in 1983 that I first came to the U.S. to further my education in medicine. At the time, Mr. and Mrs. Chatwal were living with their children in a two-bedroom apartment. They insisted I stay with them, and they made me feel comfortable in spite of the lack of space. I literally became part of the family. Not only did Mr. Chatwal introduce me to his friends who were doctors—many of whom offered useful advice and guidance—but he paid for the course I was taking at that time so I would not be distracted by having to work. Although I never asked for it, he gave me spending money too.

Five years later, when I was ready to marry, the Chatwals were there for me again, insisting they host the event—at no cost to me—at their restaurant. Daman's father even read the ceremonial prayers.

Recently my mother passed away here on Long Island, and there was Mr. Chatwal once again, along with his family and his brother from Canada.

A few years ago my daughter had an opportunity to do an internship with Mr. Chatwal at his NY office. As you can see, Mr. Chatwal's regard for me and all the members of my family has been lifelong.

Our teachings require that we work hard, earn honestly, and share wealth with others who are less fortunate. During the time I stayed with the Chatwals, I observed Mr. Chatwal's kindness on an ongoing basis. I witnessed him donating time and money to temples, donating computers to schools, and building hostels for students here in the U.S. as well as in India. Generosity is embedded in his character. He enjoys motivating people and guiding them to reach their full potential. He helps family and friends along their career paths. I can still hear him saying, "Don't worry. We'll get it done. God will help."

I appreciate your taking time to read my words expressing why I believe Mr. Chatwal is a

sincere, honest, humble, encouraging and successful gentleman worthy of admiration—not only for what he has done for me but for students, the poor, the community, the poor, and the country.

Respectfully,

G.S. Gill

Atul Bhatara
3939 55th street
Woodside, NY 11377

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Atul Bhatara and I am 34 years old. I was born at Mount Sinai Hospital in New York City as a premature baby. I was diagnosed with Cerebral Palsy at 14 months old and have endured various forms of treatment throughout the course of my life. These include countless years of physical therapy as well as eight operations in the U.S. and six operations in India. Due to the nature of my disability, my only means of getting around are using crutches or a wheelchair.

In July 2003 I graduated from St. John's University with my bachelor's degree in Finance. Upon graduating, the realization sunk in that it was going to be a challenge for me to navigate the real world. Due to my physical limitations, working a traditional nine to five wouldn't be something that I was capable of. . It was at this time that a mutual friend at our local temple said he knew someone I should speak to. This gentleman's name was Sant Chatwal and he was someone who was very visible at the temple. Mr. Chatwal was a fixture at the weekly Sunday prayer and always helpful with the langer service (the communal meal served after prayer service).

The first chance I had to speak with Mr. Chatwal was in the fall of 2003. After hearing of the situation I was in he gave me some invaluable advice, which I have held onto over a decade later. He told me that the first thing I need to do is "Let go of my fear" and that "My disability does not define who I am or what I am capable of accomplishing ". He also shared instances from his past of when he was out of college and going through similar challenges. We spoke at length for over 3 hours and at the conclusion of the meeting he told he was available to me anytime I needed advice, support or just someone to speak too. Throughout the next few months, Mr. Chatwal would call me periodically to check in on me and see how I was doing while always offering his support and advice.

In the early spring of 2004, I approached Mr. Chatwal with a restaurant opportunity which I found. He helped me look over the financials of the existing company, and showed me how properly value the worth of the business. With his guidance I was able to structure a deal for the business.

Today, I am in the restaurant business (the same company he helped me evaluate) and able to support and provide for myself. I attribute a lot of this success and growth in my professional life to the countless hours of advice and motivation that Mr. Chatwal has given to me throughout the years. The fact that Mr. Chatwal,( a very successful and prominent businessman in the hospitality industry) had time to help a struggling young kid like me who was scared and unsure of himself, defines the character of the type of individual he is. I am forever grateful to him for the lasting impact he has had on my life.

I am writing this letter in hope that I have provided some insight into the type of human being Mr. Chatwal is. I know he has pleaded guilty and accepted responsibility for his actions and you will decide his course of punishment. My hope is that you take into account the real life impact he has had on me and

countless others like me in the community when you make the decision on his sentence. I greatly appreciate your time in taking my letter into consideration when making your decision.

Sincerely,

Atul Bhatara

Atul Bhatara





# Brar-Parekh Eye Associates, M.D., P.A.
### *Eye Physicians & Surgeons*

G.K. Brar, M.D., F.A.C.S. • B.S. Brar, M.D., F.A.C.S.
Jai G. Parekh, M.D., F.A.A.O. • S.J. Parekh, M.D., F.A.A.O.

April 29, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Character reference for Sant Chatwal

Dear Judge Glasser,

My name is Dr. Gurmukh K. Brar M.D. F.A.C.S. I am an Ophthalmologist. I have recently retired so that I can enjoy time with my grandkids but before retiring had practiced with my husband (also an Opthalmologist) in New Jersey since 1973. Besides being a physician, I am also a mother of two, have been married to my husband for 46 years and also have two wonderful grandchildren. I currently live at the following address: 762 Barnstable Lane, Franklin Lakes, New Jersey 07417 and my home phone number is (201) 891-5100.

I understand that Mr. Sant Chatwal has pleaded guilty to a crime and thought I could provide better insight to the person that I have known since I was a child.

I have known Sant since he was a child, as early as five years old (if not younger). We grew up together. Sant came from an extremely humble, honest and hardworking family. His parents were well respected in our community. Our families all struggled financially but Sant never complained about our hardships and always helped others in need. Sant had persevered through these hardships from his early childhood. Even when he was a little boy he helped his father in the family business. When Sant went to school and then college he managed to study hard while still helping his family and never turned his back on their needs.

647 Broadway
Paterson, N.J. 07514
Tel: 973-279-7303
Fax: 973-279-4580

Mediplex Building
98 James Street
Edison, N.J. 08820
Tel: 732-516-0099

1031 McBride Avenue
Woodland Park, N.J. 07424
Tel: 973-785-2050
Fax: 973-785-2423

86



# Brar-Parekh Eye Associates, M.D., P.A.
*Eye Physicians & Surgeons*

G.K. Brar, M.D., F.A.C.S. • B.S. Brar, M.D., F.A.C.S.
Jai G. Parekh, M.D., F.A.A.O. • S.J. Parekh, M.D., F.A.A.O.

When he came to the United States he continued to provide support to his family and to the community. He has been a faithful husband, loving father to his two children and granddaughter.

Also, I have always known him to be a pious man. He has generously contributed both emotional and financial support to our Temple. When we needed to build a new Temple in Glen Rock, New Jersey, Sant gave the Temple generous donations to make our plans become a reality.

In fact, that has been a running theme for anyone that truly knows Sant. He is known as a man that will help out others in need. I believe he never forgot where he came from and therefore does not turn his back on others who need his help. For example, two of my nephews immigrated to this country but needed help getting settled. They just needed someone to open their door and give them a chance. Sant did not think twice about helping out. He immediately gave them jobs in one of his restaurants (Bombay Palace). One of my nephews became a successful business owner and Sant inspired my other nephew to work hard while encouraging him to finish his college degree in Computer Science.

He is such a good person at heart and his service has been invaluable to our community. When I spoke to him about his current situation he was very sorry. He is a proud man but he did not try to hide any of his wrong doings. In fact he admitted what he did was very wrong and accepted full responsibility for his actions.

My purpose for this letter is to help you understand the true character of the man I knew since I was a child. Thank you for taking time out of your busy schedule to read this letter.

Best Regards,

Gurmukh K. Brar

647 Broadway
Paterson, N.J. 07514
Tel: 973-279-7303
Fax: 973-279-4580

Mediplex Building
98 James Street
Edison, N.J. 08820
Tel: 732-516-0099

1031 McBride Avenue
Woodland Park, N.J. 07424
Tel: 973-785-2050
Fax: 973-785-2423

40 Brewster Terrace
New Rochelle, NY 10804

April 28, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

Our names are Upinderpal and Jaipreet Sabharwal. We are brothers and reside at 40 Brewster Terrace, New Rochelle, NY 10804. We are writing today about our close friend Mr. Sant Chatwal, whom we look at as a father figure, and we hope this letter will help you understand the generous and kind man that we know him to be.

Mr. Chatwal has been a family friend for 15-plus years, ever since we met him at our sister's wedding. He spoke to us then in a respectful manner, and he never looked down upon us even though we were just kids at that time. But we really got to know Mr. Chatwal in 2007 when we were victimized by an unscrupulous person and ended up in a very serious legal situation. He rescued us and the situation was ultimately rectified, all thanks to Mr. Chatwal. Afterward, when we needed to get back on our feet, he provided financial support to us and we were able to start a Wireless business. Without Mr. Chatwal's support at this crucial time, we would not be standing today as healthy, stable adults. Mr. Chatwal did this for us without once asking, "What's in it for me?" He did it out of his great heart to support another Sikh family in the U.S. Words will never describe our gratitude towards Mr. Chatwal. In our eyes he is not just any human being but a great one and a real Saint!

We also meet Mr. Chatwal at our Temple in Queens quite often. He is a very religious, god-fearing, and loving person. He has done numerous good deeds for the Temple as well, especially when it burned down many years ago. Mr. Chatwal personally donated money to rebuild it, and now it's one of the biggest and busiest Temples in Queens. A key point note is that Mr. Chatwal is a very prominent figure in our community, and everybody knows him. But still Mr. Chatwal chooses to go to Temple in the early morning and visit the Queens temple, not the Long Island one where mostly all the other prominent figures in our community go, so he can be close with god and spend some peaceful time at the Temple.

There is nothing Mr. Chatwal likes to do more than to help the community by being supportive of the youth, families, and our religion. For example, since the 9/11 incident, our culture took a big hit in the public eye. Mr. Chatwal took it upon himself to raise awareness about our culture and to show people that we are here to help this country, not to destroy it. We

feel that Mr. Chatwal used his public persona to help the community and anybody in need, which we are very thankful for.

We have known Mr. Chatwal for years now and are sure that Mr. Chatwal regrets his actions. Please consider leniency at his sentencing because the Sikh community as well as many other people in New York and India and, in our opinion, around the world, need Mr. Chatwal, and every family friend should have a father figure like Mr. Chatwal to look up to.

Respectfully yours,

Upinderpal Sabharwal

Jaipreet Sabharwal

# Alpa Patel

440 L Street, NW, Unit 1007
Washington, DC 20001
Alpa19@gmail.com

May 12, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

As a young attorney of Indian-American heritage, I wanted to write to you about my experiences with Mr. Sant Chatwal. I met Mr. Chatwal over ten years ago when I first moved to Washington, DC to attend law school. I was raised in Atlanta, Georgia, and my parents were concerned about sending their only daughter to a strange city like Washington. Through family connections, they put me in touch with Mr. Chatwal and said that I should call him if I needed anything.

Indeed, I called him one day to introduce myself, and though I was sure he had no idea who I was, he was eagerly interested in what I was studying and how he could help me. As I spoke about wanting to pursue a lucrative career in corporate law, he politely encouraged me to consider a legal career in the public service. He reminded me how fortunate I was to be given the opportunity to grow up in this country and pursue higher education to better myself, and that I should consider serving the public interest when I graduated. Of course I didn't listen to him and went to work for a corporate law firm, but we stayed in touch over the years and he always reminded me that I was lucky to have been granted this education and I should consider serving the public interest. Over time, I began to understand his point and after a few years followed his advice to work for the government as a staff attorney.

I tell you this background of Mr. Chatwal because I'm sure it is difficult to separate a man from his actions, and you are now being asked to make a judgment as to a fair punishment for this man's actions. As an attorney, I am aware of the seriousness of the crimes to which Mr. Chatwal has admitted. When I spoke to him recently, despite the ongoing turmoil in his own life, he not only reminded me how proud he was of me working for the government and how I should be grateful for the opportunity to serve the country that has been so good to its adopted families, but he also expressed a great deal of remorse for his actions. I hope you will be able to judge his crimes in the context of who he truly is as an upstanding member of the community.

Sincerely,

Alpa Patel

90

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Subject: Sant Chatwal

Dear Honorable Judge Glasser,

This note is on behalf of Mr. Chatwal who I have known for 35 years. After I read that he had pleaded guilty in your court, I had a phone conversation with him and learned that he felt great regret and deep remorse for his conduct, while admitting and accepting responsibility for his actions.

As you consider the sentence, I felt it may be important to share with you my experience and perspectives on Mr. Chatwal in the broader context of his long term behavior and conduct.

In the late 70's, I first met Mr. Chatwal when I was a junior executive at IBM. Very senior IBM HQ staff had come to my city for a day and wanted to dine at an Indian restaurant. His was the restaurant they wanted to go to but it was booked solid and the line to get in was going around the block. I went in to check out the wait time and then I saw a smiling young man who seemed in charge. I boldly went up to him and explained my situation. Even though I was a nobody, he rose to the occasion and had the waiters set up a new table at a corner for me and my bosses. Needless to say, what an impression it made for me and my career. I remember thinking that this Mr. Chatwal will be very successful one day.

Some years later, I dined at another restaurant on the west coast and told the owner my story. He told me Mr. Chatwal had given him his first job and later helped set him up with his own restaurant. In years that followed I would run into all kinds of people ranging from cab drivers to designers who said Mr. Chatwal gave them their first break in life.

As my career progressed and I was fortunate to hold top Global Marketing positions at Apple, Palm and HP, Mr. Chatwal would periodically reach out to me to support many philanthropic causes addressing global issues of education for the underprivilaged, AIDS, natural disaster victims, physically disabled and many others. He also inspired me to become actively involved with the American India Foundation and the Clinton Global Initiative which was focused eliminating poverty, religious tolerance, global warming and providing low cost prescription medicines for the poor countries of the world. Mr. Chatwal was very instrumental in convincing India's pharma companies to rise to the challenge and produce affordable medications, which they did.

91

Besides, supporting so many human and social causes, I always found Mr. Chatwal to be a staunch promoter of American values and interests. He has been a great bridge builder between people and nations. One of his goals in life has been to foster a strong relationship between the United States and the world's largest democracy, India. He has done this with great heart and passion in spite of all obstacles.

Finally, if I may add, I know Mr. Chatwal to be a very considerate and caring family man and can almost feel how ashamed and devastated his whole family must feel.

Your kind consideration will be greatly appreciated.

Respectfully,

Aug 1, 2014

Satjiv S. Chahil
Los Altos, CA

# Queenie Singh

185 Harikesh, Waterfield Road,
Bandra, Mumbai – 400 050

1st May 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Glasser,

I am writing on behalf of Sant Singh Chatwal, who has been a family friend for the last twenty-two years. Until he passed away, my father, Manmohan Singh, and Sant were very close and knew each other even longer.

I am a jewelry designer and have a reputable business in Mumbai called "Jewels By Queenie". I also write columns for some of the leading publications and newspapers in India, including *The Times Of India, Deccan Chronicle, Asian Age* and *India Today*. I have two children, Tiara, age eighteen, and Rajveer, age sixteen. Tiara and Rajveer both regard Sant and his wife Daman as family. Even from the time they were babies, Sant encouraged Tiara and Rajveer to say their prayers and taught them the principles and rewards of working hard. Sant has his own unique relationship with each person in our extended family. For me, he is the one I reach out to when I need help in a situation or when I long for moral support. He is never more than a phone call away, and always he has time for me.

It is not surprising that he should treat me and my children with fatherly affection. He is truly one of the most nurturing men I know. Along with his wife Daman, they have to be one of the most nurturing couples. I was overcome when their son Vikram was here in Mumbai, for four months, in a detox clinic at Masina Hospital. Sant flew back and forth to be with him constantly—I think he was here more of the time than not—and with each visit he spent countless hours either at Vikram's side or in talks with his primary physician, Dr. Yusuf Matcheswalla, a psychologist, and other staff as they worked together to determine the best possible strategies to ensure Vikram's health.

I was often at the hospital visiting too and it was heart-wrenching to see the Chatwal family suffering so. At one point Vikram began pressing for his early release, insisting he was better, and Sant, after talks with Dr. Matcheswalla, had to turn down his son's request in favor of the doctor's judgment. Daman was very upset by all of this, and so in addition to

having to take a unwelcome stance with Vikram, Sant had to comfort and support his wife. It was a great strain for everyone. And yet Sant never failed each day to inquire about the welfare of the clinic staff or of other patients. He even gave money to the families of a few patients who could not really afford their loved one's treatments.

Of course you would expect a father to be at his son's side during his time of affliction. But I can tell you that if Sant had his way, *everyone* who needed medical assistance would get it. I know many people here in India who have met with specialists at Sloan Kettering or Mount Sinai hospitals in New York because Sant insisted they must and then arranged their appointments. And when those same people were hospitalized, Sant provided housing for their families so that they would not have to endure recovery alone without loved ones at their sides. Some of these people were friends of the Chatwals, but others were acquaintances, and others were further removed, friends of friends.

Sant's big-heartedness extends to many charities here in India as well. There is the Guru Nanak Garib Niwaj School in Delhi, built expressly for children born in the slums. These children, who would otherwise have no opportunities in life, now have food, clothing, medical attention, *and* an education. I have visited the school with Sant, and it is a thrill to meet the children and staff, to see the fruit of Sant's generosity in action.
Sant also supports schools and charity hospitals in Faridkot, his home town, in Nanded, Maharashtra, and elsewhere. He always makes time for visits to these institutions too. What an example he sets for me, for my children, and for all who know him.

Besides the instances of humanitarian acts that I know about personally, Sant has performed others on a much larger scale. He had been awarded the Padma Bhushan for his work on the civil nuclear agreement, which will bring jobs to many, many people in India. He was awarded the Ellis Island Award, for outstanding services on behalf of immigrants. And, most important to me, on April 13th, 1999, my father and Sant were both awarded the Nishane - e – Khalsa during the "300 years of the Sikh Centenary Celebrations". This award is given only to a few members of our community for exceptional works performed on behalf of the less privileged of the community.

Sant Chatwal is easily the most reliable and dependable man I know. Everyone's problems are his. His warmth and affection know no bounds. He has only done good for his fellow men, friends and the less privileged. All these people pray for Sant. Their families and loved ones pray for him. Even my employees pray for him, because he has helped them too, when they needed some assistance to move from small villages to the city. And I pray for Sant. I know he deeply regrets his actions.


With kind regards,

Queenie Singh



**DIPLOMAT**
COMPANIES

2100 Parklake Dr., NE
Suite A
Atlanta, GA 30345
Phone: 770 938 2060
Fax:    770 938 0444

May 30, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser:

I am an Atlanta-based hotel owner and real estate developer who served on the White House Advisory Commission on Asian Americans and Pacific Islanders during the early 2000's.

I have valued Sant Singh Chatwal as a trusted business colleague and close personal friend for almost 20 years. Our families have collaborated on investment ventures, have traveled together socially, and have convened to celebrate each other's important life events such as weddings and birthdays.

My interaction with Mr. Chatwal in a wide variety of settings, in the United States as well as in numerous foreign countries, has provided me with a unique perspective of the man and his character. I am writing to share my insights and to better acquaint you with certain of his qualities that may not be fully known to you.

Mr. Chatwal sincerely believes that beyond making a living, a person has the responsibility to make a difference. This attitude of "service to others" is rooted in his Indian heritage and he has repeatedly put the philosophy into practice in three different countries: India, the United States, and the United Kingdom:

*       Specifically, after an earthquake devastated the Gujarat region of India in 2001, Mr. Chatwal was among the first people to join me in immediately organizing a trip of almost 100 prominent Indian Americans into the area to raise funds plus awareness for relief programs. The trip resulted in almost $20 million in contributions.

*       While I served a two-year term in 1998-99 as President of the Asian American Hotel Owners Association (AAHOA), I saw first-hand Mr. Chatwal's commitment to helping others pursue their dreams. He and his hotel chain were leaders in implementing mentorship programs for college students who were pursuing degrees in hospitality management.

*       In London, Mr. Chatwal and his family supported a variety of self-improvement projects for that city's vast Indian immigrant community, notably through the BAPS temple.

95

Because of Mr. Chatwal's generosity, many people have been better prepared to live in our fast-changing world -- whether they were recovering from an earthquake in India; entering the world of work in America; or making a new life as immigrants in England. His impact was positive, significant, and lasting.

It is not in Mr. Chatwal's nature to disappoint people -- which is why he has been quick to publicly accept full responsibility and express deep remorse for his offenses. I have had several private conversations with Mr. Chatwal during which he has candidly echoed to me his accountability and his regrets.

Mr. Chatwal, like all of us, is a flawed human being. However, more than most of us, he is also a seriously considerate and genuinely selfless person. I humbly suggest that his virtues overshadow his flaws -- and I respectfully draw your attention to this side of his personality.

For example, Mr. Chatwal doesn't just see the world the way it is -- rather he sees it the way it could and should be. I drew on these visionary qualities by regularly asking Mr. Chatwal for ideas while I served on the White House Advisory Commission on Asian Americans and Pacific Islanders. One specific result of our discussions led to my recommending more health clinic staffed by female gynecologists -- something very important to Indian women who are modest and don't wish to disrobe for a male doctor.

Let me close by recounting a conversation that Mr. Chatwal and I have had on several occasions. We have observed how all of life's important battles are life-long battles: weight, alcohol, anger, love, and especially honor.

Because personal honor is one of the highest values and marks of respect in the Indian culture, I know that re-establishing his honor is a top priority for Mr. Chatwal. He intends to pursue this objective with his full energy and focus -- and that is sure to generate many initiatives for the greater good of our community and our country.

It is my pleasure to strongly and enthusiastically support Mr. Chatwal for your favorable consideration. I welcome the opportunity to offer additional details, as appropriate, to assist in your deliberations. Thank you in advance for your thoughtful and thorough attention to this matter.

Sincerely,

Mukesh "Mike" Patel
President

**Ranjit Singh**
**Surjeet Kaur**
254-18A 74th Avenue     Glen Oaks, NY 11004

May 28, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am writing you in regard to Mr. Sant Singh Chatwal, whom I have known since 1967, when we were both teachers in Addis Ababa, Ethiopia. During the ten years we worked together, I had ample opportunity to see what kind of a man Sant is, and that is why I am writing you today.

May I begin by telling you that at that time Indian teachers in Addis Ababa lived in regional cocoons—Punjabis, Gujaratis, Bengalis, and South Indians—rarely mixing with each other. Indian teachers' social interactions with the Ethiopians and other non-Indians were not even imaginable.

With Sant Chhtwal the whole scenario changed. Before any one of us realized, the whole community of Indian teachers had broken regional and national barriers. We were celebrating Eid with the Gujarati Muslim Bohras, Christmas with Ethiopian friends, Deepawali with the Hindus, and the anniversary of Guru Nanak with the Sikhs. In fact, I clearly remember when we celebrated the quincentinary of the founder of our religion, Guru Nanak, there were more non-Indians at the gathering and the celebration. While he and I were co-organizers, it was Sant who transformed the event into an international gathering. His Excellency, the Indian Ambassador to Ethiopia complimented both of us by saying, "You have showcased India to the world."

After watching him work with zeal and energy, we all friends would tell him, "Chatwal, you are as much a corporate boss as a teacher." Perhaps this led him to establish restaurants in Addis Ababa, and, more importantly, a school. Sant's New Era School was committed to offering free tuition to poor and needy children, and it exists until this very day.

To his credit, he did not establish this school alone. He inspired an Ethiopian philanthropist, Belete Worku, to join him in this noble work. The school as well the two founders, Belete Worku and Sant Chatwal won laurels within the Ethiopian community and the Ministry of Education of the Government of Ethiopia.

Being family friends for all those years, both my wife and I can vouch that Sant and Daman Chatwal were never unfriendly or unfair to anyone. We never heard anyone talking ill of them for any unfair deal. They were charitable to the poor students and helpful to community in other causes. other causes.

In 1977, I went back to India and I heard that although Sant had migrated to North America and was making progress in real estate and the restaurant business, he was as humble and helpful as he was as a teacher in Ethiopia. Eighteen years after we parted, in 1994, my first son moved to New York and went to him for a job. My son, being a gold medalist in Public Administration and feeling that Mr. Chatwal was our family friend, expected a high position. Instead, Sant told him, "My son, if you want to reach the top, take the first ladder." My son started his career as a laundry-man in one of his hotels and, by sheer hard work and sincerity, rose to the position of the General Manager. He admits that Mr. Chatwal's advice stood him in good stead. My son always says that Mr. Chhatwal rewards talent and develops human capital. And I always endorse his views.

When I heard about Sant's mistake, I was deeply saddened. It is my gut feeling that many, many Indian families and friends, especially those who had known him since our days in Ethiopia, would have been shocked and saddened the way we were.

This mistake is not his typical character. We know Sant Chatwal as a good man and a good friend. He has always brought diverse people together and built a foundation of respect. We hope you will keep all this in mind when you give your verdict on him.

Respectfully yours,

*Ranjit Singh*

Ranjit Singh

*Surjeet Kaur*

Surjeet Kaur

.

# KANWALJIT BAKSHI

To,                                                                29th April, 2014

Judge I. Leo Glasser
United State District Judge
United States District Courtfor the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Kanwaljit Singh Bakshi, and I would like to introduce myself as a friend of Sant Singh Chatwal even though I consider him more like family. I live in New Delhi, India. To briefly describe my occupation, I have founded and now run an infrastructure and real estate business in India employing 5100 people with gross assets in excess of USD 2Billion.

I write to you with the intention of sharing some facts and experiences of my long association with Mr Chatwal that would otherwise perhaps not come to your attention. It is my hope that you would take these into consideration while deciding on the appropriate sentence for the offence he has committed.

I first met Sant Chatwal in 1984 at a time of great upheaval and turmoil for me and my family. We had been forced to flee India and seek refuge in the United States on account of the persecution being faced by the Sikhs in our country. Being an Indian Sikh immigrant, I was introduced to Sant who demonstrated his unfailing compassion and support for my predicament right from the start. He took me and my family to his home and soon offered me the role of partner in investments despite my lack of understanding of the investment climate I found myself in. He gave me his unfettered assistance and with the grace of God and his constant guidance, the outcome of these ventures was successful and I was able to settle my parents in the United States. My parents, who are now 93 years old, remain American citizens till this day. This would have in no way been possible without succour and assistance that Sant gave to us all.

I needed to move back to India soon after the political environment had settled in order to tend to the business that I had been compelled to abandon in a state of disarray. This meant leaving my elderly parents unattended in a country that they were not yet familiar with. It was Sant who once again provided his unabating support and comfort and promised that he would look after my parents as if they were his own. And thus, based solely on his assurance and utter faith in him, I was able to move back to India to reassemble the life I had been forced to leave behind.

4, Kautilya Marg, Chanakyapuri, New Delhi-110021 Phone : 26871726, 26871705

# KANWALJIT BAKSHI

True to his word, Sant has tended to my aging parents with greater dedication than I could have asked or even hoped of him. In keeping with the spirit of the type of man I knew him to be, he demonstrated his devotion even when my father was hospitalised in New York. He forbade me to go there and took care of my father to the extent that my absence was not even felt. He adopted the entire burden of responsibility as though it really was his own to bear.

Sant is an imminent leader in the Sikh community and the very first person that people who are in need of help or guidance turn to. He is relentless in his support of those that seek it, and in all my years of knowing him, I have never seen him unwilling or unable to provide assistance to anyone who has approached him. It is for reasons such as this as well as his dedication to service that the Government of India has honoured him with the "Padma Bhushan," India's third highest civilian award for distinguished service of a high order to the nation.

Through my many years of association with Sant he has exhibited his exceptional qualities of loyalty and strength on innumerable occasions, but none more than in the year 2010 when I encountered a deeply tumultuous time, both personally and with regards to my company. As has now become customary of him, Sant once again demonstrated his inexhaustible and steadfast fealty and flew to India twice in a span of 60 days to offer his support and friendship. I can never forget or indeed repay him for his unwavering and unconditional allegiance during that time.

Sir, I believe that my relationship with Sant and the extraordinary qualities of loyalty, friendship and service that he has consistently demonstrated over the last 29 years are not coincidental or arbitrary but in fact are a true and accurate reflection of the man that he is.

I respect very much the fact that Sant has accepted responsibility, and I have no doubt that he feels deep remorse for his actions and will accept with great humility whatever consequences he now has to bear as a result. But I ask you, Judge Glasser, to consider that he has always been the beacon of hope for all those in need of help and encouragement, and I can say with complete certainty that he has been like a father to many aspiring individuals and a man looked up to by scores of people of his community and indeed this country.

Sincerely yours,

K.S. Bakshi

4, Kautilya Marg, Chanakyapuri, New Delhi-110021 Phone : 26871726, 26871705
100



## Spring Dale Educational Society

Fatehgarh Road, V.P.O. Nangli, Amritsar - 143 001
Tel. 0183- (O) 2710011, 2711764   Fax : 2711913

Ref. No. SDSS/14/16977

Dated 08/08/14

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Surinder Singh Sandhu. I am 86 years old and am the Chairman of a K-12 institution in the north Indian city of Amritsar, India. The school that I built and run is called Spring Dale Senior School, and it was started by me after my return from Ethiopia after a stint of 17 years in the Imperial Ministry of Education. The school at present has more than 7000 students from kindergarten through grade 12.

I met Sant Singh Chatwal in 1966 when he was a young teacher along with me in Ethiopia, and I have known Sant, his wife Daman, and his sons Vivek and Vikram very closely over the course of our almost 50-year association. I treat him as my younger brother and a member of my family. I am writing this letter to you on Sant's behalf in an attempt to help you better understand the person behind all the glitz, glamour, facts, and paperwork that a judge must examine to make a fair decision. I know Sant has pleaded guilty and I am in no way trying to downplay that, but on the same note I just want to bring a few things to your notice about Sant Singh Chatwal.

I know Sant as a good, kind, caring and thoroughly committed family man. He has always been there for the community and his family. Even in trying and difficult times, he is someone who stands by you and will genuinely do his best for the collective good. In 2009, I lost my son and my daughter-in-law in a car accident, and I had to come out of retirement to take the helm of our school and the family's business. I had lost my wife a few years prior to that in 2002 and that had left me heartbroken and lonely, but the loss of my son and daughter-in-law left me devastated. Still, I prayed to God to grant me the strength to carry on the work that my son had started to

2...........



-2-

expand our school operations and business, and to live for my grandchildren and be their guiding light. My grandson was only 19 years old at that time and had just started college in Florida as a freshman. My granddaughter was 24 and had just begun her internship for a dentist straight out of dental school. It was in these extremely difficult times, I found Sant to be a huge moral support and a constant source of strength and optimism that things will get better.

Judge Glasser, sometimes in life we don't require wealth or material things as much as we need people to stand by us, to love us, and to say, "Don't worry. I am with you." It was these constant words of Sant's, his contagious smile, his "never say never" attitude, and his constant reminders that he was always there for us that kept me going and gave me the inner courage and strength to carry on till my grandson was old enough and had completed college to be ready to take over from me. Sant was a huge support to my grandson, who was all by himself in a foreign country and needed constant moral and emotional support. Sant kept in close touch with him and even invited him to stay with him in New York so that he didn't feel lonely or didn't miss the homely atmosphere. Sant didn't have to do any of this. He is an extremely busy man and I have nothing to offer to him except our old friendship and the bond we shared as young aspiring Indians trying to make something of our lives in East Africa.

These are only a few of Sant's positive qualities and actions. He is an extremely hard-working man who holds his family above anything else. He is a loving father, a caring and faithful husband, and a doting grandfather. He is an extremely devout Sikh and he has been coming to the Golden Temple at Amritsar (which is the holiest shrine in the Sikh religion) for the past decade on the eve of the new year without fail. He has given immensely to the Sikh community and the shrines in terms of monetary assistance and voluntary service.

I remember an instance when my late son took him to see a project that he had begun in which he was trying to uplift the dying culture of the field hockey sport by helping budding teenagers from the villages by providing them access to equipment, facilities, and the right nutrition so that they might be able to represent the nation one day. These boys were from less fortunate homes and did not have access to either the opportunity or the resources to play hockey. Sant, on seeing this,

3........

102



Ref. No...................

Dated...........................

-3-

just asked how much it cost to run the academy on a monthly basis and my son told him the amount. Sant took out his check book and to everyone's disbelief wrote out a check for the entire year's expenses for the academy! This was no random act of generosity; this came from the heart. There was no press there that day, and there was no mention of this anywhere. Only a handful of us knew what he had done for those kids. I believe that only a good man, a man whose heart is clean, can act in such a way, giving help without even thinking twice.

I know that Sant deeply regrets what he has done, and he has pleaded guilty. But I also know that this one serious mistake does not represent who he truly is. He is a good man. I know that the final judgment is in your hands and am also aware from what I have read about you that you are a fair and just man. I would you humbly request you to make a decision that takes into account all these factors and instances about Sant's personality and not just judge him by what is presented in the case files. Sant Singh Chatwal, the whole person, is a great human being and that fact by itself cannot be ignored.

Respectfully yours

*S. Sandhu.*

**Surinder Singh Sandhu**

103

FROM : UNI PAPER EXPORT          PHONE NO. : 5148781943     May. 12 2014 03:16PM P2



# Universal Paper Export Co. Ltd.
1198 Mountain St. Montreal, Quebec Canada H3G 1Z1
Telephone: (514) 878-1906 Fax: (514) 878-1943

2nd May 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser

My name is Ravinder (Ravi) Mehra, a resident of 36 Senneville Road, Senneville, Quebec H9X 1B6, Canada. I am of Indian origin, having migrated to Canada in 1968, and now am a Canadian citizen. My age is 73, and I am a business entrepreneur having started successful businesses initially in Canada, and now branched in other businesses in India. I am helped out in our businesses by my wife and 2 sons. I have also been on the Board of State Bank of India Canada for 20 years, a Canadian Bank, from which I retired 2 years back.

I have known Sant Chatwal for approximately 40 years, when he migrated to Montreal soon after I did. We became good family friends, even though now we don't meet very often, and one of our boys also happen to share the same birthday as Sant's younger son. I also know other members of the Chatwal's families from both the sides, having met several of them over the years. I have followed Sant's rise in business, starting from, when Sant first went into the restaurant business in Montreal. Somehow his expected funds did not arrive in time for him to clinch a good deal. Rather than lose it, he approached me for a short term loan (which was a substantial sum in those days), which I gave him on a handshake. This loan was returned to me within a few weeks and as promised, without any demand from me. Why I mention this, I will expand on further in my letter. I have not done other business with Sant, as no other opportunity arose, though our friendship continued.

Judge Glasser, the reason I am writing this letter is that when we first heard of what Sant had done and pleaded guilty to, we were shocked! We could not understand why he would have crossed this boundary, when America and Canada have been so good to us immigrants. However, as there seems to be no rationale for his behavior, we can only state his good qualities as we have known Sant. Hopefully, additional information from people such as me, will help you in your evaluation of giving him a just and fair sentence, for the criminal action he has owned up to.



Only the products identified as such are FSC® Certified

104



# Universal Paper Export Co. Ltd.
1198 Mountain St. Montreal, Quebec Canada H3G 1Z1
Telephone: (514) 878-1906 Fax: (514) 878-1943

Sant has what we consider very good and sterling qualities. As he rose up in wealth, he did not forget his poorer family in India. As a matter of fact, he helped ALL his brothers, as well as his wife's family, by helping them to migrate to Canada/USA. He subsequently helped set them up in businesses, where they became tax payers as well as contributing good members to our societies. He has always been at the front to help them ever since, and is considered the patriarch of a large extended immediate family. It is not the family alone that Sant has stepped up to the plate for, but also various friends, that he has helped in recommendations, introductions and job creations, where they have all prospered. Most of them, I believe are very grateful to him for his help in opening these doors. Sant is also very involved in local Sikh temple affairs, and is a large contributor to Temple and other charitable causess.

Judge Glasser, I have spoken to Sant, and he is now full of remorse. I do want to mention, that he has had a fair amount of tragedy in his personal life, as his younger son has a medical condition, that requires 24 hour supervision. Fortunately, his wife Daman is a saint, standing by the family through thick and thin. She, as he is, are a great support too their Gurudwara (Temple), the Indian community in New York, and numerous charitable causes Knowing him, I do believe he atones from within, and I further believe that his belief in his God will give him the strength to bear whatever punishment you may deem fit for him. At his age, I do not know how he will survive any lengthy sentence, but those who have know him will certainly be praying for him and his family. I understand he is ready for his punishment.

I started off with mentioning my loan to him. Some years ago, when my son was doing his Masters in NYU, I had gone to New York, where Sant invited both my son and me to lunch. We went to his office, where his elder boy Vikram was also present. Sant was his usual warm self in greeting us, and right away he said to his son: "Vikram, I want you to thank Uncle Ravi (all friends in India become Uncles), for it is because of him we are here today. And don't ever forget this". He then went on to explain about the loan, much to my embarrassment, as I had forgotten about it and never till that day mentioned it to anyone. It is to Sant Chatwal's credit that he had not forgotten the little help I gave him in his time of need, and he wanted to ensure that his son understood that gratitude should not be forgotten. Most people would have forgotten to pass on such an important message to their children. Sant Chatwal did not. And much to his credit, he went up jn my son's esteem a hundred fold. These are instances that show a man's basic character.

Judge Glasser, in the old days and old countries, people prostrated themselves in front of Justice pleading for Mercy. We cannot do that anymore, except through such letters on behalf of fallen, but otherwise good individuals, in order to seek some compassion .

Very Sincerely

Ravi Mehra
Chairman
Universal Paper Export Co. Ltd, Montreal
Uniproducts (India) Ltd., Noida, India
Darrameks Hotels Ltd. New Delhi, India
Tel: (514) 803-3389



Only the products identified as such are FSC® Certified

105

The Honorable I. Leo Glasser

Senior United States District Judge

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Glasser,

I am writing this letter on behalf of Sant Chatwal. My name is Sonal Surti, twenty-one years old, and I am about to recieve a Bachelor's degree in Psychology at CUNY Hunter College. My parents have been working with the Chatwal family for more than a decade now and have been extremely faithful to them. Growing up, Sant Chatwal supported my studies and encouraged me to be the best. Over the years, he has helped me become a better person and motivated me to keep on chasing my dreams, no matter the obstacles I may face.

Sant Chatwal has been such a great support when it came to ensuring a successful future for myself. For my first semester of college, I attended St. Francis College in Brooklyn, New York. Because I could not afford the tuition fees at the time, Sant Chatwal helped pay off the three thousand dollars that was billed. I will always be truly grateful because he came in my time of need. Whenever it came to my education, he was always there to support me, both emotionally and financially. Even when I transferred to CUNY Hunter College, he offered to help pay for my tuition. Since I plan on attending Medical School, he has told me several times that he would cover any fees and to simply focus on my dreams, rather than stress over any financial burdens.

Sant Chatwal is truly an inspiration to me because he gave me the motive to strive for the best, no matter what. He believes that every student should have the opportunity to recieve a higher education, no matter the cost. He has given me plenty of opportunities to become an even better student and for that, I will forever be grateful. Sant Chatwal has not only helped me financially, but emotionally as well. Over the years, he has given me many words of wisdom on how to become a better person and to use my knowledge, skills, and talents for the greater good.

Although it is unfortunate that Sant Chatwal has pleaded guilty, I will remain on his side. He is truly a person who cares about the younger generation and the future for this country. I am proud to say that Sant Chatwal is a very forgiving, caring, considerate, passionate, and understanding person. Knowing him for about 14 years, I can say that he is in no way a selfish and heartless person. Through his kindness and his charitable acts, he has helped many individuals in their time of need, such as myself. In the future, I want to be able to help those in need, just like Sant Chatwal. Like him, I believe everybody deserves a second chance in life, no matter the past mistakes or faults made. And finally, your honor, I believe that Sant Chatwal deserves that second chance as well.

Sincerely,

Sonal Surti

1-347-601-9018

1



# TRI-STATE
## —— USA ——

May 5, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Dear Judge Glasser,

My name is Michael Safko and I reside at 749 Rt. 9W, Piermont NY. I am a partner in the Tri-state USA Regional Center located at 1212 Avenue of the Americas, NYC. We are authorized by the United States Citizenship and Immigration Services to sponsor job creating projects wherein an immigrant investor can obtain permanent US residency by investing $500,000-$1,000,000 and creating at least 10 new jobs in the US. As such, I am intimately familiar with hundreds of immigrant investors pursuing the "American Dream" I am 62 years old and I have known Sant in many capacities over the years. I met Sant in 1975 while working as a real estate broker for his first restaurant venture in the US which was actually "Tavoos" an Iranian restaurant. Subsequent to opening Tavoos, we became friends and partners and in a number of restaurants and real estate ventures. We, also, lived in the same building for 15 years. I took his sons Vivek and Vikram to NY Giants games and my wife took them to see "The Wiz" on Broadway. I have seen the story play out from the beginning to today and believe that I am his oldest business associate and friend in the US.

As Sant has pleaded guilty and is awaiting sentencing, I hope I can provide some history that may help mitigate the possible severity of his sentence.

The essence of Sant Chatwal is that he epitomizes the "American Dream". We, including all New Yorkers as well as his employees, have collectively benefitted from his presence in the US. Like everyone, he has his flaws, but on balance they are far outweighed by his attributes. He has been a visionary, an entrepreneur, and pioneer and has overcome numerous obstacles along the way. Over the years he has created thousands of hospitality jobs, was a pioneer in the rapidly exploding hospitality market in NYC

107



# TRI-STATE
## — USA —

over the past 2 decades and led the transformation of the Times Square area into the most popular tourist venue in the world. He reached the US via a path that led him from India to Ethiopia to Canada and finally NYC.

Upon arriving in Montreal, he opened "Picassiette" restaurant. This was the beginning of his hospitality empire. Over the years he opened many other hotels and restaurants in NYC and around the country, creating hundreds of good jobs and careers in the process. Many an entry level employees ultimately became managers and executives in the restaurant company. Sant always displayed great loyalty to his existing employees encouraging them to rise as far as their abilities allowed them. He has participated in numerous community events donating meals to silent auctions, raffles, and various fund raisers at my children's schools as well the schools and charities associated with many of his other friends and business associates.

Ultimately, Sant became involved with more upscale hotel projects including the conversion of the "Lamb's Club" into the "Chatwal Hotel". I had responsibility for dealing with the then existing owners "The Lamb's Church of the Nazarene". The Lamb's Church was a very early pioneer in the stabilization rebirth and ultimate revitalization of Times Square. The church sponsored many outreach programs including intervention with runaways, providing dormitories, a health care clinic, and a job training program. During the several years required to obtain Landmark Commission approval, Sant subsidized the ongoing operating deficits of the Church (in addition to the economic real estate transaction we had negotiated), in order to maintain these community programs until the approvals were obtained and the Church ultimately relocated to another facility in NYC.

I could go on with many other examples both large and small involving the many contributions that Sant has made to the lives of his employees, the Indian community, all New Yorkers and the city as a whole. I do not believe that Sant's offense is representative of the overall "big picture" of what Sant has accomplished for himself and others and knowing him as long as I do, I am confident that he regrets his actions. I hope that you will balance this "detour" with the good he's accomplished for thousands of current as well as potentially future employees, with the benefits associated with the revitalization of Times Square as well as his helping to create a better New York for all New Yorkers.

Sincerely

Michael Safko

Michael Safko

1212 Avenue of Americas, 16th Floor
New York, NY 10036
Tel: + 1 212 921 0988
Fax: + 1 212 737 5900
www.tristateusaeb5.com

May 5th, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Camden Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am 79 years of age, residing at 15, Springfield Avenue, Westmount, Québec. I am a principal of a prominent architectural firm "Arcop Architects Inc." of Montreal.



I am writing this letter after learning that Mr. Sant Chatwal has pleaded guilty. I would like to provide some information on Mr. Chatwal based on my direct personal experience of 37 years of friendship with Mr. Chatwal and his family.  This information may help in evaluating Mr. Chatwal's character as a human being and help in a fair and just sentence.

I met Mr. Chatwal in Montreal in 1976 when he migrated to Canada. Within a matter of months he became the focal point of our community because of his good nature, generosity and animated social interaction. We became good friends and maintained the friendship even after he left Montreal and settled in New York. It was by then a well-known fact that Mr. Chatwal was always forthcoming whenever someone needed help or assistance.  For us it was always a pleasure to visit New York, spend time with him and his family and enjoy his hospitality.

My son after graduating from Dartmouth College joined J.P. Morgan Chase in New York. Mr. Chatwal helped him establish in New York and arranged for his stay in one of his hotels for a few months without charge. This act of generosity left a deep impression on my son and moulded his thinking to develop the spirit of giving from an early age. We were not alone to enjoy his hospitality. Everyone we know as common friends has a tale to tell of Mr. Chatwal's generosity and assistance in case of need. His kind spirit touches people irrespective of their standing in life. I have personally experienced the sense of gratitude towards him that people who work for him have. From his junior staff to the very prominent people, all have good things to say about Mr. Chatwal. In spite of his busy schedule, I should say extremely busy schedule, he always finds time for people who visit him from all parts of the world.

Mr. Chatwal is a leader. He leads by example in giving, hard work and generosity. He has earned the respects of our community not only in the U.S. but in India and he has worked tirelessly towards building good relations between people of India and the United States.

Recently, last year, my son had an operation in Sloane Kettering Hospital in New York. For three weeks, while we were in New York, Mr. Chatwal and his wife looked after us tirelessly. We stayed at Mr. Chatwal's Hotel. We had access to his restaurants, all free of charge. In our difficult time Mr. Chatwal gave us great comfort and it helped us to overcome our difficulties.

Mr. Chatwall is a very religious man.  He visits the Sikh Temples regularly and is a generous donor. Almost every year, now for many years he prays at the holiest Sikh Temple in Amritsar India on New Year. This past year he prayed for the well-being of my son also. He is a very caring man.

Arcop Architecture Inc.

| MONTREAL | 1244 Ste-Catherine Street West | t 514 878.3941 |
| TORONTO | 3rd Floor | f 514 866.3780 |
| NEW DELHI | Montreal, Quebec | |
| | Canada H3G 1P1 | |

The fact that Mr. Chatwal has pleaded guilty shows his strong character and inner strength. He knows that he made a serious mistake and he accepted in sparing every one the pain and costs of a long drawn out legal procedure.  He has pleaded guilty because he genuinely regrets his action and hopes that the U.S. Justice system will judge him fairly, justly and with compassion.  It is our sincere hope that acceptance of his mistake will be judged in the context of this otherwise good character, generosity, good will towards others and his contributions for the betterment of the community and society that he is part of.



Sincerely,

Ramesh Khosla

110

# K S CHADHA

3, Hemkunt Colony,
New Delhi - 110 048
+91 9811026706

7th July 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Glasser,

I am K.S. Chadha, a businessman living at 3, Hemkunt Colony, New Delhi – 110048, India. I spearhead ANG Industries, a group of companies with 1100 employees and workers engaged in the manufacturing and export of heavy commercial vehicle components to major Original Equipment Manufacturers in the United States and Europe. I have been exporting these automotive components to the U.S.A. for the last 30 years.

I am writing you today to provide some information about Mr. Sant Chatwal. 25 years ago, Sant Chatwal and I began a business relationship at a time when he owned a few restaurants and a couple of hotels in New York. Later, this business relationship developed into a personal friendship to the extent that he and his wife, Daman, attended my son's wedding in 1992 and were a part of our rejoicing and vice versa. I have had the pleasure of meeting Sant Chatwal and Daman many times over all these years, and I have always found him to be very sincere and a very good, God-fearing friend.

When I visited his house for the first time, I saw how much he valued worship as he had set up a full room as a Gurudwara (a temple in the Sikh religion) in his apartment.

*Cotd..../2*

111

He could recite many verses from our holy book, *Guru Granth Sahib*, by heart, especially one of the mantras called Jap Saab which is nothing but praise of Almighty God in hundreds of different ways. This reflects his devotional and God-fearing personality. I am explaining this to show you that he has always relied on the help given in our holy book by starting his day with the meditation in his own temple, set up in his house.

Sant Chatwal is very dedicated to uplifting society, and he makes many contributions to social welfare, especially in his own community. In India, he provides substantial financial help on a regular basis to the education of thousands of students in Delhi. He has been awarded the highest honor, the Padam Bhushan, which is given only to distinguished citizens of India, and I know, for sure, that he has been acting as an unofficial ambassador of India in the U.S.A. This is evident in the fact that India's most crucial nuclear treaty was signed between the U.S. and India thanks in part to his personal help and his contribution to public relations.

All the above points show that he is a human being who has risen from very humble beginnings to great heights of success in business and social status, mainly due to his very simple and sincere approach to everybody in his circle.

Personally, I am very grateful to him for helping to save my life. I was suffering from mouth cancer for a few years but had not been diagnosed properly. In 2010, I was finally correctly diagnosed with cancer of the tongue, which was expanding rapidly. It was suggested that I get the surgery done at Memorial Sloan Kettering Cancer Center in New York by Dr. Jatin Shah, the world's foremost surgeon for this type of cancer. My family wanted to rush me to America, but we could not get an appointment for a month and a half as Dr. Shah's schedule was very busy. I called up Sant Chatwal, who, due to his social contacts, immediately arranged my meeting with Dr. Shah, and I flew to New York with my family.

Upon reaching New York in July 2010, all arrangements were personally handled by Sant and Daman Chatwal, and I was successfully operated within four days after my arrival. Dr. Shah told me that, just before the surgery, he got a phone call from Sant Chatwal requesting that he delay the start of the surgery for 10 minutes as Sant wanted to pray for me in his temple. This shows the man's sincerity and his dedication towards his friends.

*Cotd..../3*

The reason I am writing this letter about Sant Chatwal is to help you, Your Honour, understand that, though Sant Chatwal has pleaded guilty for his conduct, he has, aside from this bad mistake, been a law abiding citizen for the 25 years I have known him.

I have given only a few and small details here, although I could expand it to many pages for your good self to understand that Sant Chatwal, having admitted his wrong deed and taken responsibility for it, is really feeling great remorse about the act. In our religion, if a person does a wrong deed, he is subjected to a punitive enshrinement by imposing upon him a heavy social responsibility and hard work through "Seva." In Sikhism, Seva is performed through selfless service and charitable work which helps a devotee to kill his ego and develop an optimistic resilience toward his view of life. I know that Sant Chatwal is humbly determined to do his Seva.

I, therefore, would like to place a request before Your Honour to please take a lenient view toward this person who has helped many people like me in several ways, including saving their lives. Many people globally have benefitted by the help, care, and financial support extended by Sant Chatwal at their time of need, and I join with them in asking that you take this into consideration.

Thank you very much.

Yours truly,

K. S. Chadha

**Chairman**
**ANG Group of Industries – India**

*Email : ksc@angindustries.com*
*Ph : +91-9811026706*
*Website : www.angindustries.com*

44 Aldbourne Road
London, England W12 0LN

April 26, 2014

The Honorable I. Leo Glasser
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, NY 11201

Dear Judge Glasser,

By way of introduction, my name is Afsun Qureshi, and I am a Canadian journalist living in London, England. Currently, I freelance at the *Financial Times*, am an editor at Manhattan-based style.com, and have written for Forbes.com and several other publications.

I write to you today about my good friend Sant Chatwal, who, in fact, is more family than a friend. I met Mr. Chatwal in 2000 when I was a journalist writing for the *National Post* in Montreal, Canada. My editor was intrigued about this Indian family, the Chatwals, who had spent significant time in Montreal and then moved to Manhattan, only to come back and re-invest in Montreal by opening a restaurant and hotel. I was sent to New York to do a full feature on the family—a rare assignment and a high honour. It was at this time I met Mr. Chatwal.

I was immediately and wholly impressed with his sincerity, his love for his family whom he spoke of constantly, his loyalty to his friends, and his focus on business, not to mention his charitable and community work. We hit it off and kept in touch. I was, for example, on a business trip to Manhattan on the eve of 9/11. I hoped to meet Mr. Chatwal for dinner but our schedules prohibited it. My flight home was delayed but finally took off at 1 a.m., one of the last flights to leave the airspace. The next morning, I was surprised by the number of "missed calls" on my cell, mostly from Mr. Chatwal, who was fearful for my safety. The genuine love, concern, and pure doggedness Mr. Chatwal displayed in trying to track me down and ensure that I was safe showed me that he really does hold a special place in his heart for friends and family.

Soon after we met, I confided in Mr. Chatwal about the serious emotional and financial challenges my family was facing. My eldest brother, Vasim, had unsuccessful brain surgery in 1995 leaving him in a semi-vegetative state. The solution required private care that we couldn't afford as my father was a civil servant, and my mom was an unpaid homemaker. My brother, sister and I were either still in university or starting on the lowest rung of the job ladder. Money did not flow in our

114

family, but we all pooled what we had—and collectively went into debt—to take our brother for a remedial surgery in Boston. This situation worsened as the operation was not successful, and the pressure on the family from that point was intense with our home life and finances in chaos. Upon hearing this story, Mr. Chatwal insisted on helping us with our family debt, which was in excess of $20,000. This was a grand gesture, incalculable in monetary value. Critically, the pressure on almost-elderly parents was immediately off. Apart from the significant financial contribution, Mr. Chatwal was an absolute fount of strength for me; his emotional support was endless and his advice sound. Modest as Mr. Chatwal is, he probably didn't even realise how much his generous support meant to me, but in my heartfelt opinion, as they say in the U.K., he is a top man.

Another reason why Mr. Chatwal impressed me is that God is his constant companion. He is an incredibly devout man, getting up early for morning prayers and meditation. Yet he never challenges anyone else's religion nor casts aspersions on anyone else's faith. He is a religious egalitarian, and I would say this egalitarianism applies to his view on class as well. Dalit, untouchable, middle, upper, lower—it doesn't matter. All are the same to him. I saw this first-hand when I attended the wedding in India of his eldest son in 2006. It was a joyous event and the love in the air was clearly for him and his wife Daman. I discovered then that not only is he a pillar of the Sikh community in New York, but also in all parts of India. From all walks in life, he commands an enormous amount of respect.

Sant Chatwal is a man whose sense of loyalty, friendship, honour, community service, and generosity of spirit is unequalled. I am aware of what he pled guilty to, but would ask you to show leniency to this rare gem of a man who has given so much to the community, his family, his friends, and strangers all around the world.

Sincerely yours,

Afsun Qureshi

The Honorable I. Leo Glasser
Senior United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Glasser:

My name is Kewal Chopra, aged 75 years, originally from India and now a very proud
Citizen of United States where I live a retired life along with my wife at 204 W 55th
Street, Apt 310, New York, NY10019. I have one child, a daughter, married, an MBA
from NYU and working in an investment banking firm in New York City. She lives in
Westchester County, NY., with her husband(a graduate of the prestigious Indian Institute
of Technology and an MBA from Columbia University, also working in a major
Investment Banking firm in New York City) and two school going children .
With this brief introduction about me and my family in the background, I feel that I have
a moral obligation to write down a narrative about my former boss, a friend, guide and
supporter for the past 45 years, almost a life time! And this person is no other than **Mr.
Sant Singh Chatwal.**

I met Mr. Chatwal in 1969 in Addis Ababa, Ethiopia, where both of us had just arrived
from India, to work as High School teachers in Government of Ethiopia run public
schools. On our very first meeting itself, we became friends because of some common
values cherished by both of us, like our love and concern for our respective parents and
siblings, left behind in India, and our desire to work hard to financially support them
**(after settling down in Canada, he helped almost all his siblings to settle in Canada).**
Our bonds got strengthened with the passage of time, our kids were born in Addis Ababa,
Ethiopia (delivered by the same doctor in the same hospital), and where they grew up
together till Mr. Chatwal decided to leave Ethiopia after the Socialist Revolution in 1974
which overthrew the Government of Haile Selassie. Mr. Chatwal went to Montreal,
where he established a restaurant and then expanded his business in USA and eventually
settled down in New York with his wife and two kids. He worked hard, putting long
hours, extensive business travels, leaving his wife and young kids alone, made several
other sacrifices and thus achieved a phenomenal success. When, I came to New York in
1980, he was of utmost help to me and my family. **He employed me immediately in one
of his businesses, provided me a rent subsidized apartment in one of his hotels. In**

fact; I continue to live in the same apartment till today. In short, I could not have settled down in USA without his help and support. My daughter owes much of her success and achievements to the encouragement and support of Mr. Chatwal. He would encourage my daughter and kids of other employees, to work, during their vacation, in his office. He did not need the services of these kids but wanted to inculcate in them the spirit of understanding of real word and hard work. Mr. Chatwal always paid these kids nicely for this work. He was so happy when my daughter graduated from high school as well as from NYU that he hosted a dinner, on both occasions, inviting my daughter's friends, employees of his business. Mr. Chatwal treated the other employees fairly and was always concerned about their welfare. When the daughter of one of the employees got married, he undertook to bear all expenses for the wedding ceremonies followed by dinner in one of his restaurants. In addition to all these examples of rejoicing, he came to the aid of his employees and their families. I still remember when Mr. Chatwal woke me up at 4 A.M., with the sad news of the passing away of one of his employees and a colleague of mine in a hospital in Philadelphia. Immediately, we rushed to the hospital, met the family of the deceased, and made all arrangements and bore all expenses relating to funeral home, cremation services, etc. He continued to provide help the deceased's family. **There are so many other examples of his help, support, and encouragement which show the humane side of his life.** I recall so many incidents when his help came to me when I was in dire need. One of such needs was the serious and potentially blinding eye problem which I suffered in 1982. At that time, I did not have sufficient insurance coverage, but Mr. Chatwal took me to an eye doctor, his friend, who provided treatment, including surgery to protect my eye sight, with me paying nothing. Similarly, when I became seriously ill in 1987, he personally took to me to a number of good doctors for treatment. **He was of a great help when my young son-in-law, unfortunately contracted Lymphoma in 2003, even though I was not working for him at that time.**

This brief account clearly shows that Mr. Chatwal is a decent human being with a spirit of deep empathy and concern for those in need. He is a very important part of our community.

I humbly request your Honor to take in to consideration my account depicting the human and gentle nature of Mr. Chatwal in reaching a fair and just decision.

Kewal K Chopra

Shaleen B. Patel
111 Kent Avenue, Apt 1B
Brooklyn, NY 11249
917-304-1931

Honorable I. Leo Glasser
Sr. United States District Judge
United States District Court for the Eastern District of NY
255 Cadman Plaza
Brooklyn, NY 11201

April 30th, 2014

Honorable Judge Glasser:

I humbly ask for your attention in reading over this letter of support for my trusted mentor and friend, Mr. Sant Singh Chatwal. I've known Mr. Chatwal for over 25 years—he and my father became acquaintances and then close friends in part due to a shared passion for causes near and dear to the Indian American community, both charitable and political. I consider it my great fortune to be able to write to you to speak of the years of support and guidance that Mr. Chatwal has provided me with, as his advice and friendship have made a meaningful impact on my professional and personal growth over the years.

As a brief note of background, I am a 39 year old, married father of two young girls. My 17 year professional career has been focused in Finance, working in both private wealth management and hedge funds. I graduated from Union College in Schenectady, NY with a BA in English and received my MBA in Finance from New York University's Stern School of Business in 2008. In addition to my professional life, I am an active supporter of a number of charities and serve as a member of the board of directors of the Variety Boys and Girls Club of Queens.

I understand that Mr. Chatwal has plead guilty to the charges before him, and that you will decide his sentence in the near future. I write to you today to provide some information on his character and the good that he has done that I hope you will take into consideration as you decide on a fair and just sentence for his actions.

As mentioned above, Mr. Chatwal has served as a mentor for me for much of my professional life, and I've benefited greatly as a result. As a confused college senior, a chance conversation with Mr. Chatwal led me to an introduction to his son, Vikram, who at the time was in the process of building the Time Hotel in New York (which went on to become a rousing success, and a harbinger of a transformed Time Square area in New York City). Between the two of them, they helped me navigate my thoughts on my post-college career and guided me towards the path of working in Business.

After initial success in my career as a Wealth Advisor, I realized that I would need further education to grow and provide value to my clients. I decided at this time that the best path for me to pursue would be getting an MBA from NYU's Stern School of Business. Again, Mr. Chatwal proved helpful to me. As it turns out, years prior to our relationship, Mr. Chatwal had mentored the son of a business associate, who would eventually go on to become a very successful financier/entrepreneur. In addition to this gentleman's professional accomplishments, he served on the Board of Directors for New York University. Mr. Chatwal arranged a meeting.

I've long since finished the MBA program at NYU Stern, and consider it once of the turning points in my professional life, and an accomplishment that will affect the lives of my family and community for the better indefinitely. While my hard work got me there, it was the meeting with Mr. Chatwal's mentee that helped me both understand the dynamics of the MBA program as well as the application process. While I may have profusely thanked Mr. Chatwal for the introduction, I don't think I've ever conveyed to him the impact that it has had on my life. I don't think that this kind of thanks is what dries him though—I've known him to always try to do good things first and then let his thanks be only that he tried to help someone in need. If there were more people like this, I would imagine that the world would be a much better place.

I can cite many examples of Mr. Chatwal's help and it's impact, including his aid during the financial crisis when I lost my position as an Investment Banker at Bear Stearns due to the firm's collapse. Mr. Chatwal reached out and connected me with virtually every contact that he had in the business community to help me find my way. Again, his guidance proved crucial to me during a time of need. Again, he asked me for nothing in return. As I continue to grow successful in my professional life, I would very much hope to emulate his example and provide help to those who seek it without conditions or expectations, in the hope of just doing the right thing for someone in need. Beyond the professional help he has given me, I think that the example he has set is one of the things I think of most when I think or Mr. Chatwal. It's no small accomplishment to help those in need, but its a great achievement to affect a persons approach to life solely by example. I would imagine that if given enough time, Your Honor would no doubt find many others who would say the same of Mr. Chatwal.

Beyond his guidance on the professional front, Mr. Chatwal has shown himself, often without prompt, to be a kind and generous friend. During the time of my wedding him and his family graciously extended the use of his hotel facilities for our guests, as well as offered one of his clubs for a post wedding event. His only two conditions: Take care of his staff, and enjoy. His generosity made this seminal event in our family one to cherish and remember always.

The charges that Mr. Chatwal has plead guilty to are serious, and I know personally that he feels both regret and contrition for his actions. As he has with all challenges that he's faced, he has accepted his responsibility and, I know, will utilize all of his abilities to make amends. He's done so many selfless, good things for his friends and community, without ever having been asked to. These actions and how he has lived his life are a testament to a man of greatness. I would ask you, Honorable Judge Glasser, to take into consideration the countless good that Mr. Chatwal has done when deciding on what a fair and just sentence would be. If given the opportunity to make up for his actions, I have no doubt that he will go above and beyond to do so.

I thank you for your time and consideration.

Sincerely,


Shaleen B. Patel

Bhupendra R. Patel, M.D., FACP, FCCP, MBA
5 Bridle Path Court
Brookville, NY 11545

Honorable I. Leo Glasser
Sr. United States District Judge
United States District Court for the Eastern District of NY
255 Cadman Plaza
Brooklyn, NY 11201

April 29th, 2014

Honorable Judge Glasser:

I'm writing this letter of support on behalf of my friend Mr. Sant Singh Chatwal, whom i've known for the last 25 years. Our friendship started initially when we had the occasion to work together on a number of charitable and political causes to help the Indian Community in the US. Over the years I have come to know Mr. Chatwal as not only one of the most successful businessmen in our community, but also, as a kind, caring, religious man with a deep love for his family and friends. His efforts over the years have also demonstrated and unwavering dedication to the betterment of the Indian Community here in the United States of America.

To briefly introduce myself, I am Medical Doctor specializing in Internal Medicine and Critical Care, who immigrated to the United States in 1970 with $50 in my pocket. Like Mr. Chatwal, I've worked hard to ensure a better life for my family over the years and realize the worldwide dream better known as "The American Dream." I've had success as a Physician serving the community in Western Queens for over 40 years, and served as Chief of Medicine at Mount Sinai Hospital of Queens from 1990-2010. As our community here has grown successful over the years it's been a goal of mine to make sure that our community continues to be successful in future generations and gives back to the country that gave us so much. For my charitable and community related efforts, I'm humbled to say that I've been a recipient of the Ellis Island Medal of Honor in 2008, and the New York State Governors Award for Outstanding Asian-American in 1994 (given by then Governor Mario Cuomo). I continue to serve the community as I can, and am also currently a member of the Board of Trustees at Old Westbury College at State University of New York.

In sitting down to write this letter in support of Mr. Chatwal, I can think of many instances of where his support of a cause has helped make it a success. The most apt I can think of would be his efforts in support of the relief efforts for the 2001 earthquake that stuck my home state of Gujarat in India, when more than 30,000 individuals lost their homes. When news of the severity and wide reaching adverse impact on human lives reached me, I called Mr. Chatwal to ask for his help in mobilizing support. In response, Mr. Chatwal mobilized the business community here in the US and founded the American India Foundation, a fine organization that continues to this day. Under the auspices of AIF, we were able to visit the earthquake stricken areas with the esteemed President Bill Clinton, and see the suffering of the people first hand. We were able to both personally be touched by what we had seen, and also, bring the worldwide spotlight on the plight of those suffering the effects of the quake. Upon

I

our return to the US, under the leadership of Mr. Chatwal and members of the AIF, we hosted our first fundraise for the relief effort and were able to raise over $800,000. Since then the AIF has continued to perform outstanding charitable works with non-governmental agencies in India. The AIF has impacted the lives of the unfortunate in India by supporting efforts in education, housing and farming, and to date has given approximately $86 million to these causes. Many lives have been positively affected by the AIF, and this is a direct result of Mr. Chatwal's involvement in making the organization a success.

On the human side, Mr. Chatwal is known to reach out and support many people less fortunate than him. He is always generous with his time to young people in our community who reach out to him for guidance and advice, and giving to those who he doesn't know. As an example of his attention and regard for people of all walks of life, he's always made it a point to bring food for my staff whenever he visits—on occasions when he has forgotten to do so, he has gone out of his way to go back into his restaurant to make sure to bring food. He is attentive to the needs of others to a fault, and goes above and beyond to extend a warm hand of help when he can. For this, and many other reasons, he is held in extremely high regard by the entire Indian American Community. No effort on behalf of the community is too small for him, as he has demonstrated time and again over many years. Whether it involves helping an individual in need of a job, contributing to a worthy cause or getting behind political issues that might better the community.

In private, Mr. Chatwal is a deeply religious man who visits his Guruwada (temple) three to four times a week to pray. He is a devoted family man happily married to Mrs. Daman Chatwal, a kind, caring compassionate woman in her own right.

Mr. Chatwal is the proud father of two sons, Vikram and Vivek, both of whom work with him in his business. Vikram, a graduate of the Wharton School, has had a successful career spanning hotels, movies, and modeling amongst other endeavors. Despite his talent and success, he is unfortunately an addict of hard drugs and currently enrolled in a rehab program. As a critical care physician who has dealt with patients with addictions, I can say with certainty that youths thusly afflicted with this problem need, in addition to a structured program, lots of love and support from their parents in order to make any meaningful and sustained recovery. Vikram, in my opinion, is beyond fortunate to have Mr. Chatwal as his father. Mr. Chatwal's love and support has kept him alive and on the road to recovery. Vikram will need the continued support for a long time to come to keep on the road to recovery and resist any temptation to relapse.

Honorable Judge Glasser, in closing I would like to thank you humbly for taking the time to read my letter in support of Mr. Chatwal. As you decide on the sentence, I hope and pray that you take into consideration all of the good that this man has done and stands for. Yes, he has made a terrible mistake and has accepted his responsibility and appropriately plead guilty. I know personally that he feels great remorse, and regrets terribly his actions. Most of all, he feels that he has let down the community and the younger generation who look up to him for guidance. I'm sure that given the opportunity, Mr. Chatwal will surely make amends and be the great role model and citizen that we know he is.

We the community need him, his family needs him, and most of all, his son Vikram needs him. I am sure that you will give him a fair and just sentence.

Thanking you respectfully,

Dr. Bhupendra Patel

# DEEPAK CHOPRA

July 28, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Glasser,

My family and the Sant and Daman Chatwal family have enjoyed an extended friendship for many years, ever since our children first met in university. We have celebrated family weddings together in both India and New York. Sant was instrumental in assisting my wife Rita in organizing the wedding ceremony of our son Gotham and his wife Candice at a Sikh Temple in New Jersey. At the event itself, he took on the role of ensuring that our guests were comfortable and felt accommodated so that our family could thoroughly enjoy the activities without any distractions.

I have been impressed by Sant's devotion to his family, especially his sons. Sant immediately sought my medical and professional guidance when confronted with the many crises and challenges suffered by his son, Vikram. My wife and I admired (and continue to admire) him for how well he has handled these difficult situations while remaining supportive, but not enabling, in his son's life.

In addition to sharing the vicissitudes of family life together, Sant and I shared a business partnership for a time. Over the years he had attended many of my lectures where I discussed the importance of well being and bringing healing to the world. We explored the importance of these teachings in personal conversation, and in mid-2000, we created The Chopra Center Spa at The Dream Hotel, a full-service spa that included meditation, Ayurvedic massage, yoga, and lectures. During the time of the spa's existence, it was one of the most sought-after spa destinations in New York. Unfortunately, the spa eventually closed due to major flooding and water damage.

Nevertheless, I can say with honesty that I have had the opportunity to know Sant as a businessman, as well as a dear friend, and have found him to be fair, supportive and trustworthy in all business dealings.

I've also had the opportunity over the years to see him interact with others, and he has always been compassionate, caring and selfless, a dedicated person who wants to help those in need, whether it is legal, financial or emotional help they require. He doesn't hold back when someone needs something; he is always forthcoming.

Sant is a prominent member of the Sikh community, but he also connects his community with other communities. He is an important part of the local community in the greater New York area generally, but he is very much integral to the broader community of Asians and Indians as well, and he energizes their connection to the broader American community, and even the international community. He links people together with those who can help them. He is an excellent communicator in terms of connecting people in this way. He has also been very instrumental in fostering relationships between the governments of India and the United States, even to the point of finding ways to guide various parties within both governments to the table to close on the civil nuclear agreement. His attention to the negotiations for this agreement was without any personal motivation to benefit himself.

Everything my family and I know about Sant confirms that he is a very caring, compassionate, and kind person. As a physician, international lecturer, bestselling author, and founder of The Chopra Center for Well Being and The Chopra Foundation, I have interacted with millions of people in many settings throughout the world, and I can say that I have thoroughly enjoyed my relationship with Sant, personally and professionally.

My family and I are deeply saddened by the situation Sant and his family are confronted with at the moment. We hope and pray that his suffering will be mitigated and that he will come through this trying period in his life in sound physical and emotional health. We especially pray that Sant will be able to remain actively involved and present in Vikram's return to wholeness and full sobriety. His presence is crucial in Vikram's life.

Sant has tremendously contributed to humanity and has so much more to offer to his family and our global community. We are hoping that, as he and his family overcome the challenges which they are facing in this period of their lives, Sant will leave a legacy for his family, his friends, and his professional colleagues that will make them all grateful and proud.

As friends of Sant and his family, we request that you take our letter into consideration and show leniency to him.

Sincerely,                          Sincerely,

Deepak Chopra                       Rita Chopra

DC/RC:cr

124



**DR. R. A. MAKER**
Chairman & Managing Director

20th August, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
The Eastern District of New York 225
Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Glasser,

I am Dr. Ranbir Maker, originally a medical doctor, and thereafter working in the fields of construction, real estate and hospitality. Our group of companies are responsible for the development of several of the more prestigious buildings in Nariman Point and Cuffe Parade areas, in South Mumbai, which is considered to be the "Manhattan" of Mumbai.

I have known Sant Chatwal for about 43 years. I was at his reception when he married his wife Daman in 1971. Sant knew and loved my parents. In fact, when my parents began to visit New York in 1979, often for extended periods, it was Sant who took care of them, fulfilling their needs as the senior citizens and making them feel comfortable. Our families have always been and will always remain very close.

Years back my younger son had a brain hemorrhage which left him comatose, and during the course of several brain surgeries in India, he developed severe antibiotic resistant meningitis, which doctors in India were unable to cure. We had therefore to shift him for specialized treatment to Salt Lake City, Utah where his infection was cured with research antibiotics. However, he was left partially paralyzed and wheelchair bound.

He thereafter required extensive rehabilitation treatment for which we found that the best treatment then available was in West Palm Beach, Florida.

My wife and I made a difficult decision at that time: she and our two sons, the injured one and his older brother, would have to move to West Palm Beach, where our younger son would have a better outcome from the various treatments available to him, whilst it was necessary for me to stay in Mumbai to oversee the business.

1

**MAKERS DEVELOPMENT SERVICES PVT. LTD.**
Maker Tower 'F', 1st Floor, 85, Cuffe Parade, Mumbai - 400 005, India.Tel. : +91 (22) 22185291 / 22180734 / 40402020  Fax : +91 (22) 86345009

125



Sant knew how much it hurt me to be away from the family and to oversee my son's treatment for myself. So, in typical Sant fashion, he insisted on becoming my eyes and went off to West Palm Beach to visit them, even though he was extremely busy himself at the time. He was later able to put my mind at ease and confirm that they were doing well under the circumstances.

Eventually my younger son's motor skills improved, and we decided that since he continued to need physiotherapy and rehabilitation treatment in the United States, he would also need to attend a special education school for the disabled and accordingly decided to relocate to New York.

Once again, Sant was there for me, offering to help my family relocate and settle in, and even giving my older son, Manish, a job in his company.

Sant made sure that my family knew that they could call on him for anything, at any time. This was such a relief to me during those long periods of time when I couldn't be with them.

If my family and I were the only ones to benefit from Sant Chatwal's generosity, this would be enough reason for me to say he is a very good lifetime friend. But all that he has done for us could be multiplied by thousands and still not cover the good deeds of his life. And of course there are his charities, in both India and the United States, various schools and medicals facilities that he supports financially and even visits on a regular basis.

I cannot say enough about the goodness of Sant Chatwal. My hope is that my words may linger with you as you decide on his fair sentencing.

Very sincerely,

Dr. Ranbir Maker

2

126

# Swinder Sodhi
CFP, MA, IAAS
Former Finance Secretary (India)
Chief Technical Advisor, United Nations

2846 Beltagh Avenue • Bellmore, New York, 11710 • Phone: 516-781-8090
E-Mail: spssodhi@gmail.com



13 May 2014

The Hon. I. Leo Glasser
Senior U.S. District Judge
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Glasser,

My name is Swinder Sodhi. I am an 84-year-old retired US citizen.

I was born in India. In 1953, I joined the Indian Audit Accounts Service, one of the premier civil services of the country. Subsequently, I joined the United Nations. During my career, I held many positions of importance. I was Finance Secretary of a state in India and Deputy Accountant General and Chief Executive Officer of state enterprise with operations and branches in several countries including the USA, Canada, Japan and Kenya. After leaving India, I had a number of challenging international positions, including Financial Advisor for the governments of Sudan, Jordan, Ethiopia and Guyana.

In 1971 I was posted in Ethiopia, where I worked for three years. During this period I came to know Mr. Chatwal. He was starting his career as a school teacher, but my wife and I already had the impression that he would go far in his life. Because he was very kind and helpful, in small but concrete ways, my family began to depend on him for our various social needs. He acted like a younger brother to me. Our families became so close that my wife was asked by Mr. and Mrs. Chatwal to give the first morsel of food to their first born son, Vikram, a symbol of great love and respect in Indian culture. This thread of affection has continued for the last 43 years.

During our stay in Ethiopia, we continued to be impressed by Mr. Chatwal's dynamism and drive. With the help of a few friends, he started a school. He also purchased an Indian restaurant. This restaurant was the precursor of the Bombay Palace Restaurants in Montreal, New York, Washington DC, London and elsewhere.

When we were leaving Ethiopia, we had some issue with the local church, which owned the apartment where we were staying. The church raised some last minute technical issues that could have delayed our departure from the country. But Mr. Chatwal mobilized all resources and ensured our timely departure. He even gave a guarantee to the church authorities that if some amount remained due from us, he would take care of it himself. It was very touching.

My family migrated to USA in 1982. Mr. Chatwal had established himself in a sound financial situation by then and was respected as a doyen of the Indian community. Upon our arrival, he continued to shower us with the same affection and love that was fostered during our stay in Ethiopia. He introduced us to the local Sikh temple in Richmond Hills and subsequently to the Sikh Temples in Plainview and Glencove. For several years thereafter, I had opportunities to collaborate with him in organizing the activities of various cultural and religious organizations including the Punjabi Society and the Hemkunt Foundation. He was always a source of inspiration and a pillar of strength during these endeavors.

127



Despite his meteoric rise, Mr. Chatwal has continued to be a humble person in his private life. He is a deeply religious man who has helped thousands of people to establish themselves economically. I occasionally meet with the Consul General of India and Indian Ambassador in the Permanent Mission of India to the United Nations. They always express great respect and admiration for Mr. Chatwal.

Mr. Chatwal has always tried to uphold the dignity of the red turban that he has always worn. In the Sikh religion, a turban is a symbol of respect and dignity. He always always walks the extra length to protect the dignity of the turban. I am myself a religious person. I did my graduate and postgraduate studies in a Christian College (St. Stephen College, Delhi) and I believe in my college motto, *ad die glorium*, to the glory of God. I believe that Mr. Chatwal too lives a life based on this lofty precept.

I am shocked to learn about the recent charges against Mr. Chatwal. The whole thing has pained me immensely. I am aware that he has pleaded guilty and that he feels great remorse for what he has done and deeply regrets his lack of judgment in this case. I feel from the bottom of my heart that his crime does not represent the true Mr. Chatwal, whose persona is characterized by love for God and family, and dedicated service to the needy in the community around him. I am writing this letter to you, Honorable Judge, to offer additional information that I hope will be considered as you deliver a fair and just sentence.

Sincerely,

*S Sodhi.*

Swinder Sodhi

2

128

506 El Medio Ave
Los Angeles CA 90272

May 2, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Gautam Chopra. I live in Los Angeles and work in the media and entertainment
industry as a writer, producer, and documentary film-maker. I have been close to the Chatwal
family for over twenty years and consider Sant Chatwal my uncle. He has been a mentor and
advisor to me since I was a teenager, and specifically when I attended Columbia University in
the mid-90s.

I am writing to you to provide some context as you consider Mr. Chatwal's sentence for the
charges he has pled guilty to. No doubt you will hear from many friends, family members, and
associates who have very kind words to say about Mr. Chatwal. However, I would guess that
very few, if any, have shared with Mr. Chatwal the same intensity of interactions I have.

Almost a decade ago, Mr. Chatwal requested my participation in an intervention in NYC for his
oldest son (and my close friend) Vikram, who had battled addiction issues for years. During the
intense intervention, I witnessed Mr. Chatwal, through a mix of stern paternal strength and
visceral emotional vulnerability, get through to his son and convince him that he needed
professional help. Afterwards, Mr. Chatwal and I travelled with Vikram to Minneapolis, where Mr.
Chatwal had arranged for his son to enter into a residential treatment facility. I will forever recall
that 2-3 hour flight as one of the most intense periods of my life. Vikram was already suffering
from withdrawal symptoms and required physical restraint by his father and myself just to make
it through the flight securely. Finally, when Vikram was able to settle down, I was able to speak
with Mr. Chatwal and understand the profound sadness and struggle that he was enduring. Still
what I recall most vividly was Mr. Chatwal's determination and commitment to insure Vikram
would receive the best professional care and unconditional love and support from his family.
This will forever be an example to me of the type of strong leader Mr. Chatwal embodies--
someone willing to stand up and take responsibility in the most difficult of circumstances.

Today, it is clear to me that Mr. Chatwal is once again standing up and taking responsibility for
his actions. In my correspondences with him since this ordeal, he has recognized and regrets
his mistakes greatly and is willing to suffer the consequences for them. This to me is consistent
with the mentor I have always known -- a strong, upstanding, devoted, hard-working, albeit
imperfect businessman, father, and grandfather whose one mistake does not accurately
represent the character and integrity he has embodied his whole life.

I encourage you to keep all of this in mind as you consider your judgment and sentence for Mr. Chatwal. Please do not hesitate to reach out to me directly with any additional questions or concerns.

With sincere thanks,

Gautam Chopra

Mr. Kamal Dandona
2, Rolling Drive,
Old Westbury, NY 11568

2/24/2014
The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

My name is Kamal Dandona and I live at 2, Rolling Drive, Old Westbury, N.Y. 11568. I am
67years of age and I am in the export/import business of brand name consumer
electronics and the founder/owner of Bollywood Awards. Inc
(www.bollywoodawards.com)

As a dear friend of Mr Sant Chatwal for over 30 years, I am writing this letter to better
inform you about the person that Mr Sant Chatwal is. He has the most helpful nature
which is his outstanding quality specially people who are starting their lives or those
who are less privileged. This kind and generous nature reflects so conspicuously even in
small matters e.g. I see him give generous tips to the waiters because he genuinely feels
for them. He also has a very soft heart and gets visibly moved when he hears any sad
news of any ones demise or any tragic news. He will immediately ask if he can be of any
help.

On another personal experience, when he comes home for dinner, he always ensures
that his driver is served dinner and I have seen either him or his wife take the dinner
plate to the car for the driver. Similarly, he ensures the driver of his guests have dinner.

Generally, people in the community go to him for help. Furthermore, he is a true and
loyal friend as he attended my daughter's wedding overseas in Greece even though he
was extremely busy at that time.

He has been stellar as far as supporting the community is concerned. He has
participated, contributed and lead various organizations. He is literally a household
name in the community only due to his support and helpful and generous nature. In a
nutshell, I would basically describe his nature as "Ready, Willing and able to help anyone

131

irrespective of his color, religion, and social status, rich or poor"

He is a very religious and God fearing person as he prays daily during the early hours of the morning. He very often quotes his religious books in connection to daily life. Above all he does not have a mean bone in body. He is also a workaholic. He wakes up very early and works till he is exhausted. It is purely through his hard work and total dedication that he built his successful business. He often says that work is best thing in life as it keeps us busy.

He is a staunch family man. For over 30 years, I can hardly remember meeting him without his wife or his kids with him. His wife, Daman and he are totally inseparable and they are a very close knit family.

I know personally that he feels a great sense of remorse for his error, which he has honestly admitted. Additionally, I can assure you that the crime committed which he admits does not truly represent the man he is. It is very unfortunate to see a person who has contributed so much to society and was recognized by several organizations (nationally and internationally) including one of the highest awards by the President of India etc. make such an error of judgment. As they say "One does not get tripped by a mountain but by a pebble"

Having admitted his mistake, I sincerely urge you Sir, to kindly consider the 99% good things he has done to society at large and will continue to do so, as opposed to the 1% error of judgment. I feel he will be better served in Society and sincerely urge you to give him another opportunity to serve Society again.

Thanking you,

Sincerely,

Mr. Kamal Dandona

132

Ajay Bhumitra
300 East 55 Street Apt 24AB
New York NY 10022
Ph: 917 664 9000

August 7, 2014

Honorable I. Leo Glasser
Sr. United States District Judge
United States District Court for the Eastern District of NY
255 Cadman Plaza
Brooklyn, NY 11201

Honorable Judge Glasser:

My name is Ajay Bhumitra and I am writing this letter in support of Sant Chatwal, whom I have known for 35 years. I am the founder, President and CEO of the Arjay Wireless Group of Companies, which are engaged in the distribution of wireless products and services for companies including AT&T, Sprint and Cricket. We currently have a distribution network of over 430 dealer and company owned retail stores in the US, and have consistently been recognized and awarded by the partners we represent over the years. We completed 25 years of business as a New York based operation in July 2014.

I first became acquainted with Sant when I moved to the US in 1979 as my brother Shelly was working at one of his restaurants. Having lost my father at the age of 7, Sant quickly evolved into the father figure that I never had. He made the time and effort to stay engaged with my career progression in the US, and was the inspiration behind my leap of faith from a well established professional career to that of an entrepreneur, a decision that changed the course of my life and my career.

In growing my business from the one retail store I started with to the 400+ that we have now, I have been very heavily influenced by Sant's leadership style to treat his employees like family, and to treat all his business associates with the utmost respect. These are qualities that he practices as a person, and carry over seamlessly into his business life. Sant taught me that it is never a good idea to burn any bridges behind you, a lesson that has stood me in good stead over the years.

133

Sant has chosen to stay actively engaged with the Indian community, and has given generously of his time and resources to strengthen the community. It is not uncommon to meet him at various events all over the City, and he makes the time to acquaint himself and to keep in touch with everyone that is involved with them.

In closing, Sant has done a lot of good by a lot of people over the course of his life, and feels deep regret for his conduct. He takes full responsibility for his actions, but I hope that you and the Court will take all he has done, and all that he has to offer, into consideration to give him a fair and just sentence.

Thank you for your time and consideration of this humble request.

Sincerely,

Ajay Bhumitra

Ajay Bhumitra

September 1, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I am writing this letter to share my personal experience with Mr Chatwal.

I have known him to be devoted family man. The welfare of his wife and children has always been foremost in his mind. Being one of the most hardworking individuals I have known, Mr. Chatwal found time to work for the India American community work, in addition to the managing his vast business empire globally.

Being a single parent I was juggling my work and bringing up a young son. During every conversation we had, Mr Chatwal would always ask about how my son was doing. Not only that, when my son Aditya was in high school at Dwight, Mr. Chatwal was most kind in arranging an internship for him at Dream Hotel. That experience taught my son what running a business meant. It was due to this inspiration that Aditya went on to join Babson College in Boston, and today holds a fruitful career as a Commodities Trader.

During the financial crisis in 2007 Mr Chatwal came forward to help me when I was without employment having lost my job at Citigroup. His was so generous to offer me an office so that I could apply for other jobs. And, I did find an excellent job, although outside the USA which brought my life together again.

In the 14 years I have known Mr Chatwal I have nothing but highest regard and respect for him as he has touched my family's life in the most positive way.

Sir, without intervening with the due process of law or your esteemed judgment of the merits of the case, I humbly ask you to consider leniency for a kind, generous and God-fearing man as Mr. Chatwal.

With respect,

Anita Gupta
Head of Corporate Communications & Responsibility
DHL Asia Pacific & EEMEA
150 Beach Road
Gateway West #04-01
Singapore 189720
Direct Line    : + 65 6771 3333
Fax              : + 65 6771 3330
Mobile        : + 65 9730 8314
Email          : Anita.Gupta@dhl.com

135



His Honour Sir Mota Singh QC

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

May 18th, 2014

Dear Judge Glasser

I was called to the English Bar in February 1956 by the Honourable Society of Lincoln's Inn. Following that I returned to Kenya where I practised at the Bar until 1965, during which period I became the Secretary of the Law Society of Kenya and the Council of Legal Education, an Alderman of the City of Nairobi and a Member of the Kenya Parliament. In 1965 I returned to England to continue my legal practice. During the intervening years at the Bar, I was appointed Queen's Counsel, a Recorder of the Crown Courts and a Circuit Judge, the first from a minority ethnic group. I served as a Circuit Judge for 22 years before retiring. In 2010, I was knighted by Her Majesty The Queen for services to the administration of justice, community relations and the voluntary sector.

I have known Mr Sant Singh Chatwal for over thirty years, when he came to London to open the first of a chain of restaurants. That contact was the beginning of a friendship that has flourished over the years. My personal knowledge of Mr Chatwal is that of an entrepreneur and businessman of repute, and a man of the utmost probity and rectitude in his personal and commercial life. It, therefore, came as a surprise when I learnt that he had been charged with offences, in violation of Federal Law, and pleaded guilty. This knowledge has not diminished my respect for Mr Chatwal; the fact that he has owned up to his part is consistent with the moral character that has guided his whole life and consistent with the person I know..

Mr Chatwal is a devoted husband and father and a devout Sikh. His generosity has benefitted not only the Sikh community but also the wider community. His faith enjoins upon him to share his good fortune with those less fortunate than he. He is a donor, a benefactor who gives practical shape to these tenets. He is highly regarded in the community.

Mr Chatwal's remorse is utter and complete; he accepts responsibility for his actions and I do plead for leniency in view of his hitherto exemplary character.


Yours sincerely

HIS HONOUR SIR MOTA SINGH QC

May 9, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Dear Judge Glasser,

My name is Dr. Ava Thaw and I live at 749 Rt. 9W, Piermont NY. I am 62 years old and met Sant around 1976, when he opened his first restaurant in NYC. My husband and I lived in the same building as Sant and his family for about 15 years.

As Sant is awaiting sentencing, I am writing to the court in the hope of providing some information regarding the Sant, I know.

My father, Morris Thaw, designed and installed restaurant kitchens for a living. Around 1986, Sant and my husband were opening a Mexican restaurant named Zona Rosa in Manhattan. About that time my father was diagnosed with terminal cancer with a life expectancy of 12-18 months. It was very important to my father to keep working as long as he could and to personally build out the kitchen for Sant and my husband. Knowing of my father's condition, and possible complications for the project, Sant gave the job to my father saying "If there're any problems, we'll work them out". My father slowed down as his condition worsened but the restaurant opened with no major problems. He proudly went to the opening and passed away 6 months later. To this day, I am thankful to Sant's loyalty to my family for allowing my father to build the kitchen knowing that it could have caused him some completely avoidable problems in opening the restaurant.

Sant had a great sense of family both for his own and his friends. Sant always made sure that my children, Amanda and Matthew, always had summer jobs in the restaurants and hotels and would happily donate meals or room stays to different school fund raising events they were involved in. Sant, despite a hectic work schedule, always spent time on the weekends exercising in our building's gym with his family, Daman and his sons Vivek and Vikram. If he got tickets for an event and wasn't available, he'd ask us to take them to the event. Vivek and Vikram called my husband, "Uncle" when they were growing up.

Sant is a very devout man, having a prayer room in his home. When my husband would call him early in the morning, Daman would often say he'll call back when he finishes his prayers or Sant would say that they'd meet later in the day after he returned from services at the Sikh temple. His belief in God was always an integral part of his life.

I do believe that Sant's offense is not indicative of the man that I know. I am sure that he's remorseful for his actions. The world needs more people like Sant....people with strong beliefs in family, friendship, loyalty and God. I, personally, see no great benefit to be gained by society with the court imposing a severe prison sentence. I think society has much more to gain by having the court impose a sentence with minimal prison time and maximum community service. Sant is charismatic and charming and actually, is an inspirational American success story and role model. Despite this offense, he has a lot to share with and give back to the community. Having Sant, as much as possible, work in the community, and for the community will better serve the community than by having him sit in prison. Creating an opportunity to share his story......"I am an immigrant with a dream, who worked hard, who succeeded and made a mistake" could be inspirational and compelling to many young people today. I, truly, hope the Court gives Sant the opportunity to productively "make amends" for his offense and refrains from a severe prison sentence.

Sincerely

*Ava Thaw DDS*

Ava Thaw, DDS

May 12, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Dear Judge Glasser,

My name is Subhash Chandra.  I am 63 years old and I am an Indian National residing in Mumbai, India and London. I am Chairman of Zee Network, an entertainment/news conglomerate with over eighty (80) 24x7 networks worldwide (including the United States).

I have known Mr. Sant Chatwal for over twenty (20) years, both as a business colleague and personal friend.  I am aware that Mr. Chatwal has pleaded guilty to a Federal crime and, while I am unable to comment upon the allegations comprising the offense, I would like to present to you other information about Mr. Chatwal for your consideration and a better understanding of him.

In March of 2000, as a result of Mr. Chatwal's efforts to bring together two of the world's largest democracies, President Clinton visited India. He was accompanied by Mr. Chatwal.  I was present during this visit, which engendered enormous good will and was instrumental in strengthening the ties between India and the United States. It was the first visit to India by a United States President since 1977.

In April 2001, President Clinton, with Mr. Chatwal accompanying him, visited India after the earthquake in Gujarat, India. In response to this ruin and devastation that affected the lives of numerous Indians, Mr. Chatwal raised money for food, shelter, and medical attention for needy Indian families. He worked tirelessly, providing both his time and money, during a time of crisis for his native country. I was present during this trip and marveled at his efforts and resourcefulness.

..2..



JJ VASUDHAIVA KUTUMBAKAM JJ
THE WORLD IS MY FAMILY

ZEE ENTERTAINMENT ENTERPRISES LIMITED

Continental Building, 135, Dr. Annie Besant Road, Worli, Mumbai - 400 018. India.
+ 91 22 2483 1234   + 91 22 2498 9230
www.zeetelevision.com  CIN : L92132MH1982PLC028767

140

Mr. Chatwal was a catalyst in bringing about the nuclear power deal between India and the United States. It was this pact that solidified the ties between our two countries. In May 2006, I was present at a forum that Mr. Chatwal helped organize, which was sponsored by Senators Charles Schumer, Lamar Alexander, Joseph Biden, and John Cornyn. The forum was attended by eighteen (18) senators and fifty-nine (59) congressmen and several of India's most prominent business leaders. A few months later, in September, Mr. Chatwal organized a congressional reception during which he carefully explained the importance of bringing nuclear energy to India's industrial and agricultural sectors. His efforts succeeded, and the deal was ratified. As an Indian National, I was very proud of the role Mr. Chatwal played and the accolades he received from both Houses of Congress for his unselfish efforts. In fact, Mr. Chatwal's role in improving the lives of Indian people in both India and the United States was recognized by the Government of India when they bestowed upon him the Padma Bhushan Award.

In 2007, Mr. Chatwal was instrumental in the realization of a life-long dream of his – giving back to the people of his native India. Through Ekal Vidyalaya, an organization dedicated to providing an education to underprivileged children in rural areas of India, Mr. Chatwal and I traveled to various cities in the United States (Chicago, Detroit, and Washington, D.C. among them) to raise awareness of this problem. Through his efforts, fifty (50) schools were opened in rural areas of India. Mr. Chatwal, to this day, is a major contribution to this organization.

I know that Mr. Chatwal regrets his actions that have given rise to the case against him. He feels great remorse, having expressed same to me on several occasions.

Your Honor, Mr. Chatwal is a good man, a loving husband and father, and a hard worker who has done much for the people of India and the United States. I request that you take my letter to you into consideration and show leniency to a deserving man.

Respectfully,

Subhash Chandra



|| VASUDHAIVA KUTUMBAKAM ||
THE WORLD IS MY FAMILY

ZEE ENTERTAINMENT ENTERPRISES LIMITED
Continental Building. 135, Dr. Annie Besant Road, Worli, Mumbai - 400 018, India.
+ 91 22 2483 1234 | + 91 22 2498 9230
www.zeetelevision.com · CIN : L92132MH1982PLC028767

141

Karan Satia

300 East 93rd Street

New York, NY 10128

The Honourable I. Leo Glasser

Senior United States District Judge

United States District Court for the Eastern District of New York

225 Camden Plaza East

Brooklyn, NY 11201

28 April 2014

Honorable Judge Glasser,

I'm writing on behalf of Mr. Chatwal, a man I've known for all 23 years of my life. My family grew up in the same apartment building as the Chatwal family, and rented our first apartment from him for the first 13 years of my life.

Some of my earliest memories in my building are of me going up to the 45th floor, unannounced, to the Chatwal residence. I was always welcome, regardless of whether any prior notice was given on my behalf. Mr. Chatwal was always hospitable, taking time away from his work to engage me when I was just a young boy.

Today, over a decade later, Mr. Chatwal has continued to prove his generosity and care for others through his everyday actions. I naturally look at him through a different lens than I did as a child, but my admiration for a man of such discipline hasn't changed. Mr. Chatwal is a man with deep roots in his faith, which involves turning nobody away when help is needed. I have been in positions where I needed help; I never wavered in looking to him for assistance, knowing that if nothing else, I would leave with sound advice and a sense of direction.

Not too long ago, I left my job. I had a startup I wanted to work on but couldn't find the time to devote to it; as a recent college graduate, leaving the security of employment was a big leap of faith. Mr. Chatwal helped bring my dream closer to reality; he connected me to a support system that allowed me to earn an opportunity to travel across the country conducting product research. He never doubted me; he put me in touch with the right people and helped me in every way he could. I cannot thank him enough for providing me with the support and guidance I needed. I leave in a few months for my trip to seven cities across the entire United States; I will keep him in mind every step of the way, as such a journey wouldn't have been remotely possible without him.

The generosity and care with which Mr. Chatwal treats friends and family isn't something that can easily be shown in a courtroom. I hope that this letter sheds some light on the things this man has done throughout his life on a consistent basis, the chances he's given people, and the caring he's shown others.

142

I stand by Mr. Chatwal completely; I am proof that he sees the potential for good that is in everyone. I hope you can see the same in him.

Yours truly,

Karan Satia

1 Deerhill Road
Alpine, NJ 07620

May 13, 2014

The Honorable I. Leo Glasser
Senior United States District Court Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

I hope this note finds you well. To introduce myself, my name is Maya Datwani. I am 63 years old and a resident of 1 Deerhill Road in Alpine, New Jersey.

Today, I am writing on behalf of my dear friend of 32 years, Mr. Sant Chatwal. While you determine the sentence for the matter Mr. Chatwal has pled guilty to, I wanted to take this opportunity to provide some information that will give Your Honor insight into the type of man Mr. Chatwal is.

For as long as I have known Sant, he has been an example to follow. His work ethic, his compassion, his ability to pick himself back up after hitting a bump in the road, and his humble nature are incredible. He is someone I truly look up to and admire. He has always been a man of strong character and my husband and I have personally been touched by his kindness and compassion.

During the years we have been friends, my husband, once a hugely successful clothing manufacturer, has gone through some extremely difficult times financially. We were even forced to sell our home. Never once in all these years has Sant's friendship wavered or changed. He has always treated us with the same respect regardless of our monetary standing.

This might seem like normal behavior for most, but sadly, within our community, there is a stigma associated with people who fall from the top to rock bottom. Most people tend to change the way they look at you and make you a social outcast. Having Sant, a well-admired, prominent member of our community, set a precedent by standing up and showing that he did not look at us differently, meant that my husband , my children and I did not have to bear the added pain and misery of discrimination on top of our misfortune. It has always meant a lot that, no matter what, he makes us feel as though nothing has changed when plenty of others, once very close friends, made us feel like outsiders.

This kindness has extended beyond this, though, and Sant has even shown the same support to my children. While in college, my son made the decision to pursue a major in hospitality. Knowing that Sant has had a successful career in the field for many years, we reached out to him to see if he could share any advice. Despite being busy with work engagements, being active in the community, and being a devoted family man, he personally took the time to provide my son with some valuable career

144

guidance. However, the interest in my son's career did not stop at the end of that conversation. His follow-through persisted. He continuously checked in on how he was progressing and now my son is well–placed with the Four Seasons. Being aware of our financial struggles, Sant has always made it known that he will do anything to help all three of my children in the pursuit of their personal and professional goals. This has been a big relief to us to know that not only can my husband and I count on him, but my children as well.

Sant's friendship and support over the years has helped us ride the tide of misfortune. His many silent acts gave us a better life-quality. He is a man whose heart is full of kindness, and helping others with no expectation of anything in return is second nature to him. His compassion goes beyond just those in his inner circle, and he has bestowed his largesse upon our community as well. In spite of his great success, Sant remains till to-day a man of great simplicity. He loves spending an evening with his wife and a few friends, eating a simple home–cooked meal.

Thank you for allowing me the opportunity to express my sentiments regarding Mr. Chatwal. I hope you take this information in to consideration as you make your decision.

Sincerely,

Maya Datwani

**Harvinder (Harry) Anand**
**3400 S. Tamiami Trail, Suite 300**
**Sarasota, FL 34239**
**Tel: 941 894 1228**

May 7, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Glasser:

I am writing this letter to make a plea of mercy for Mr. Sant Chatwal, whom I have known for over 20 years as a friend and a generous member of the Indian community. I am writing this letter to share with you the person I know and my experiences with Mr. Sant Chatwal.

Until July of 2013, I served as the Mayor of Laurel Hollow, New York, before retiring and making my home in Florida. I served my village for 11 years in an elected position, out of which three terms as the Mayor. I had the honor of being the first elected Mayor of Indian origin in the State of New York. The *New York Times* ran a front-page article in the metro section titled "Mayor symbolizes the rise of Indians in America."

I recall that Mr. Chatwal called me after my election to congratulate me and tell me how proud he was of my accomplishments as a fellow member of the Sikh community. During this conversation I sensed true pride in him without any hint of seeking any personal benefit from my position. In the years since then Mr. Chatwal has never approached me for any favors or requests for personal benefits.

I was inspired to serve my community by President Teddy Roosevelt's "The Man in Arena" speech of 1910. In this speech President Roosevelt said, "It is not the critic who counts; not the man who points out how the strong man stumbles, or where the doer of deeds could have done them better. The credit belongs to the man who is actually in the arena, whose face is marred by dust and sweat and blood; who strives valiantly; who errs, who comes short again and again, because there is no effort without error and shortcoming; but who does actually strive to do the deeds; who knows great enthusiasms, the great devotions; who spends himself in a worthy cause; who at the best knows in the end the triumph of high achievement, and who at the worst, if he fails, at least fails while daring greatly, so that his place shall never be with those cold and timid souls who neither know victory nor defeat."

146

In my dealings with Mr. Sant Chatwal, I always saw him as that "Man in the Arena" He was willing to come forward and get involved for the good of his community and his friends. I recall that when we build a Sikh Temple in Long Island, he was the first person to make a very generous donation to install a new carpet in the building. Over the years I have come across many people who have been touched by his generosity and spirit of community service. He is an open-hearted person who is always willing to share his blessings with others.

One of the risks of entering the arena is that one can make mistakes. It was with great shock and disappointment that I read about Mr. Chatwal's guilty plea in front of your court. When I spoke to Mr. Chatwal last week, I sensed a great regret and remorse in him for his actions. I sensed that he has learned from this experience and has accepted his mistakes with great humility. I strongly believe that if given an opportunity he would rise from this personal failure to become a better man and serve this country and our community for many years to come.

Honorable Judge Glasser, I beg you for mercy for Mr. Sant Chatwal. Please give him a fair and just sentence where he can still continue to be a part of our community and dedicate his time in the service of others.

I thank you for your kindness.

With highest regards,

Harvinder Anand



Memorial Sloan-Kettering
Cancer Center

Jatin P. Shah, MD, PhD (Hon.), FACS
Hon. FRCS (Edin), Hon.FRACS, Hon. FDSRCS (Lond)
Chief, Head and Neck Service
Elliot W. Strong Chair in Head and Neck Oncology

April 24, 2014

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Glasser,

Before I begin let me introduce myself. I am a senior cancer surgeon at Memorial Sloan-Kettering Cancer Center and have served the patients with cancer treated at this institution for the past forty years. I currently serve as Chairman of the Department of Head and Neck Cancer Surgery. I have resided in New York for the past forty six years and am thus familiar with the diverse social and cultural milieu in which we as New Yorkers survive and thrive. As you are well aware the very fabric of New York City is based on cultural diversity. The purpose of my letter to you today is in support of Mr. Sant Singh Chatwal whom I have known for the past thirty years since his arrival in New York City.

I first came to know Mr. Chatwal at a social gathering and was instantly impressed by his sincerity and a sense of commitment, dedication, and a sense of responsibility to the community at large in New York in general, and the Indian community in particular. Over the years, I have come to know Mr. Chatwal quite well and have had several occasions to meet with him, interact with him, and work with him on issues and problems as they relate to members of the community, commitment to the cause of justice and fairness, as well as in issues pertaining to the Indian community in the United States and Indo-American relationships at the level of political figures and government. Over the years I have observed in him a sense of purpose and dedication in any problem that he gets involved with. For example, he has helped on numerous occasions to people in distress whether it would be personal, physical, medical, financial, or in the area of business and politics. He has unconditionally volunteered to help such people out and see to it that the problems are addressed in a satisfactory manner for all concerned. On numerous occasions I have seen him getting involved in helping people with a simple sense of "doing something good" for the society and humanity in general.

1275 York Avenue | New York, NY 10065
Phone: 212-639-7604 | Fax: 212-717-5302
www.mskcc.org
NCI-designated Comprehensive Cancer Center

148

One of the most important attributes of Mr. Chatwal is being a bridge to improve and strengthen Indo-American relationships in various spheres. An excellent example of this was when he accompanied President Clinton during earthquake disaster in the State of Gujarat where he (Mr. Chatwal) personally accompanied the team of President Clinton to facilitate the programs to support the individuals affected by this calamity which helped them recover and restore their normal lives.

In addition to his social work, Mr. Chatwal has had immense positive impact in securing healthcare for numerous friends, acquaintances and even assisting people from around the world that he had never met before. Over the years, Mr. Chatwal has some to know a number of medical professionals, myself included, and has never passed up the opportunity to make a referral or to help someone get an appointment with any number of specialists. He has even gone so far as to assist with meals and accommodations for people coming from out of town and follow up with patients and their families to make sure they are doing well.

In all the years that I have known Mr. Chatwal I have seen in him the image of a solid citizen with honesty, integrity, decency, good will and an individual who always conveyed the sense of social responsibility. This particular attribute of him comes from his very humble beginnings in India and his subsequent migration to the Western world starting in Canada and eventually settling down in New York City. It is thru his sheer hard work that he has become a successful businessman in the hotel industry and creating hundreds of jobs for citizens throughout the country. As a family man and a friend I have nothing but the highest respect for Mr. Chatwal and his integrity in all the spheres of activities that I am aware of during the past three decades.

As you are aware, Mr. Chatwal voluntarily accepted the accountability and admitted the plea of being "guilty" of the actions performed by him in the matter that stands before him. Having spoken to him on several occasions during the past few days, I personally know that Mr. Chatwal regrets his conduct in this matter and accepts full responsibility for the actions taken by him.

In conclusion, it is my earnest request to you sir, that you may consider Mr. Chatwal's career and his life time of purpose in being an outstanding citizen, philanthropist, social worker and simply a "do gooder" in making a decision regarding the extent and the severity of the sentence you will impose upon him. I sincerely thank you for your kind consideration and with best wishes.

Jatin P. Shah, MD, PhD (Hon.), FACS,
FRCS, (Hon), FRACS, Hon. FDSRCS (Hon.)
Professor of Surgery
EW Strong Chair in Head and Neck Oncology
Chief, Head and Neck Service,
Memorial Sloan Kettering Cancer Center

149

Ms. Sandhya Satia
300 East 93 Street
New York, NY
10128

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Camden Plaza East
Brooklyn, NY 11201

28 April 2014

Honorable Judge Glasser,

After reading the case revolving around Mr. Chatwal I feel I must write to you about a man I have known for over two decades to enlighten you to a side of his moral fibre that you may not be familiar with. My name is Sandhya Satia and I live in the same building as Mr. Chatwal and his wife.

I first met him almost 23 years ago when my husband and I answered an ad in the newspaper to rent a beautiful apartment on a high floor within walking distance of where we lived. With two small children in tow (our 3 month old son was fast asleep in his snugly) we went to meet the Chatwals

As expected, many people wanted to rent the apartment and were willing to pay more than the asking price but not only did he give us the keys to the rental, but also told us we could move in rent free for the first Month. We ended up living there for 13 years until we bought our own place in the same building. In all those years he never raised the rent.

I have been privy to his personal life through all these years and that is why I feel I am in a position to speak about the private side to Mr. Chatwal.

The man I know is one who has helped each and every person that came to his door to ask; no one was ever turned away. He has been an indulgent father, devout follower of his religion, a pillar of the community and the most loving and devoted husband I have ever seen in my life.

His generosity of spirit and time speaks volumes for a man always busy with his business; creating jobs and livelihoods where there were none before.

Remorse will not change what has happened but in light of the fact that Mr. Chatwal is truly sorry and has done far more good in his life than many in his position would ever deign to do, would it not be possible to see the other side to this man?

A side that is compassionate, loving, kind and generous. A side that I have seen for so many years and the side that must be taken into consideration when weighing everything on the scales of justice. My family, like hundreds, stand firmly by Mr. Chatwal.

Honourable Judge I hope you will find it in you to show compassion for a man who is no longer young and who has led an exemplary life for most of it.

150

I do not presume to tell you what you must do as only you hold the power to mete out true justice.

Yours faithfully,

Sandhya Satia