## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO\*\*\*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK\*\*\*
JONATHAN S. SACK\*\*
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9410
jsack@maglaw.com

COUNSEL
RACHEL Y. HEMANI
JASMINE JUTEAU
BARBARA MOSES\*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

\*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
\*\*ALSO ADMITTED IN CONNECTICUT
\*\*\*ALSO ADMITTED IN WASHINGTON, D.C.

November 5, 2014

**BY ECF AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>United States v. Sant Singh Chatwal, 14 CR 143 (ILG)</u>

Dear Judge Glasser:

        My firm represents the defendant, Sant Singh Chatwal, in the above-referenced case. Sentencing is currently scheduled for November 19, 2014.

        In connection with sentencing, we are providing the Court with a DVD prepared on behalf of Mr. Chatwal, copies of which have also been given to the government and the Probation Department. The DVD, which lasts slightly less than 14 minutes, contains video-recorded interviews and still images corresponding with the interviews. The interviews supplement the letters submitted on October 21 and our Sentencing Memorandum submitted on October 28.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable I. Leo Glasser
November 5, 2014
Page 2

      If Your Honor has any questions regarding our submission, we would be glad to address them.

Respectfully submitted,

Jonathan S. Sack

Enclosure

cc: Assistant U.S. Attorney Martin Coffey (By Email and Federal Express)
    Ms. Michelle Espinoza, U.S. Probation Department (By Email and Federal Express)

