

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JDG:MEC                                           *271 Cadman Plaza East*
F. #2010R01744                                    *Brooklyn, New York 11201*


                                        November 12, 2014


<u>By ECF</u>

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

              Re:     United States v. Sant Singh Chatwal
                      <u>Criminal Docket No. 14- 143(ILG)</u>

Dear Judge Glasser:

              The government respectfully requests an adjournment of the sentencing in this
matter from November 19, 2014 to December 18, 2014 at 11:00 A.M.   The government
requests this adjournment in order to obtain additional time to respond to the defendant's
sentencing memorandum.  I have communicated with defense counsel and he consents to this
application for an adjournment.


                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                              By:     ___/s/_____
                                        Martin E. Coffey
                                        Assistant U.S. Attorney
                                        (718) 254-6157

cc.    Jonathan Sack, Esq.
       Attorney for the Defendant


       Michele Espinoza
       Senior U.S. Probation Officer