To
The Honorable I. Leo Glasser
US District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11 201

Dear Judge Glasser,

I am writing to you because I know Sant Chatwal will be sentenced tomorrow in your courtroom. Please forgive me if I am writing only today, but I have been out of the country and I could not do it before.

I have lived at 215 West 94 Street Apt. 1225, New York NY 10025 since 1995 and I am a rent stabilized tenant. In 1998 Hampshire Hotels & Resorts LLC, Mr. Chatwal's company through their shell company Beverley Hotel has leased the building and since 1999, for 14 years, I have been harassed by the management.

He has converted almost 300 Single Room Occupancy units into transient hotel rooms without applying for permits, and even when caught with very little fines, such as $800.00 or 1,800.00 or no punishment. We have no secondary exit despite multiple violation for years.

The almost 300 hundred transient hotel units have been carried out since at least 1995 and since he took over openly in broad day light and over the Internet as the Days Hotel on 94 and Broadway.

His employees have viciously harassed me, he has placed bouncers in front of or near my door, who used physical force to stop me from moving on the floor even to go to the garbage chute. One claimed he had a knife. Jose Ramirez, one of the managers, stalked me for 1.5 years calling the police frivolously and clearly indicating the harassment would continue until I moved out.

His company, under the shell name of Beverley Hotel Associates LLC is suing me in Supreme Court attempting to enjoin me frivolously from complaining against them to 311, 911 or anything before getting permission from a Supreme Court Justice Index No. 113795/2011.

An article on the Daily News, which I have attached, citing my name and Hampshire's name has been attached to show his illegal activity before the entire city to which nobody is actually stopping him while continuously destroying permanent units.

As late as August 19, 20114, while he was awaiting for his sentence, the Department of Housing Preservation and Development took a favorable decision on him despite multiple proven fraudulent information he has filed in the application. The Decision although not overturned ahs been sent to DOI for further review.

To finish, in order not to take too much of you time, this is a vicious man, who has no compassion and stops at nothing to make money. He has taken 15 year of my life, and has stated through a Brazilian attorney in 2013, Michelle Viana, he will continue harassing me that until I call her and beg to negotiate to leave. One of his employees, Arkady, told me 2007, to talk to his second man, Ryiaz Akhtar to leave the building because "they" meaning Hampshire Hotel and Resorts, would alway find a way to harass me until I move out, get sick or die.

This man has spent all his life making money in an illegal way, with no compassion and just enjoying his 7,000 penthouse while his son, Vickrun Shawl, who was arrested in 2013 for drugs, uses the units in the building for his dogs and a separate one for the dog sitter.

This court certainly cannot return to me the 15 years I have spend battling this Mr. Chatwal to have the simplest thing, like be able to go normally to a garbage chute or getting my mail. I have been humiliated almost every time I enter the building and I am treated like garbage.

I do not know if yo can stop Chatwal's illegal enterprise by sentencing him on this case today, but please do not be lenient, he stops at nothing to make money and to humiliate and manipulate people. His displays of power seems to be covering a big chunk of the city, who despite of tougher laws do nothing to actually stop him.

Thank you so much for you time in trading this letter, I would ask you, to consider this letter in considering the sentence Mr. Chatwal should receive.

I plan to be in your courtroom at 11 this morning, and if the Court wishes should feel free to address me or call me at (917) 373-9082 if the Court deems necessary any clarification.

Thank you,

Adelia Ramos de Almeida

12/17/14



# Fire at illegal hotel in Manhattan shi on longstanding problem; city vow: crackdown

### Days Hotel on W. 94th St. lacks proper fireproofing and escape

BY BENJAMIN LESSER  /  NEW YORK DAILY NEWS  /  Published: Thursday, February 23, 2012, 4:

/ Updated: Thursday, February 23, 2012, 4:00 AM

1   4



**Days Inn Hotel on W. 94th. St.**

Tenants of an infamous uptown hotel the city has been tryir averted tragedy earlier this month when the building caughi efforts to shutter it.

The early morning ground floor blaze at the Days Hotel on ' February 2nd unnerved city leaders who maintain it's an ille proper fireproofing and means of escape for the hundreds (

"I would not stay there," Assemblywoman Linda Rosenthal "I am afraid for the residents and for anyone who stays thei

The electrical fire at the hotel - where former Gov. Patersor campaign cash to meet up with a mistress -- took 60 firefigl get under control.

While the FDNY considered the fire to be minor, City Hall o as a reminder of the importance of attacking the long-stand hotels before a real tragedy strikes.

Officails claims a proposed state bill would legalize some o city hotels without requiring them to implement tougher fire

"(The) fire is a reminder why proposed state legislation to a crop of unsafe hotels to proliferate would be so dangerous. vigilant, not look the other way - which is precisely what sor their lobbyists in Albany want," said Mayor Bloomberg's sta director Micah Lasher.

Jackie Del Valle, director of organizing for the Housing Con Coordinators said her group often hears about the same bι again.

"We're finding there seems to be a big problem with repeat said.

That includes the Days Hotel

- which is owned Hampshire Hotels and Resorts.

The city has repeatedly sighted the building for illegally usir room occupancy apartments as hotel rooms.

In addition, the owners have been issued violations for lack fireproofing between floors that would slow any fire and for second escape route. The city claims that all stairwells leac 14 story 434 unit building.

"It's clearly not outfitted properly for hotel usage," Rosentha

The ownership claims the city is misreading the relevant re( hotel is legal.

"What they have done we don't believe to be justified," Rus hotel's attorney said. "We do have the secondary means of fully compliant legally operating hotel."

One longtime SRO tenant who has been battling with the b management for years said the fire alarm on her floor, did r

But tenant Adélia Ramos de Almeida doesn't plan on leavir problems. "This

is my home," Almeida said. "I have nowhere else to go."

blesser@nydailynews.com

## PROMOTED STORIES


**Is the Padres' trade for Matt Kemp falling apart?**


**Still Crazy — for Each Other — After All These Years**


**10 Awesome Photos**

**Department of Housing Preservation and Development Acting Deputy Comm'r Decision, May 13, 2009**

### NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

*In the Matter of*
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
*Petitioner*
*- against -*
**SAM DOMB**
*Respondent*

**VITO MUSTACIUOLO,** *Commissioner*

### DECISION

On November 28, 2007 the applicant, Sam Domb, applied to the Department of Housing Preservation & Development of the City of New York ("HPD") for a Certification of No Harassment ("CONH") for 2520 Broadway, Manhattan ("the building"). On July 28, 2008, DHPD made an initial finding that there was reasonable cause to believe that harassment occurred at the building during the inquiry period. A trial was held at the Office of Administrative Trials and Hearings ("OATH") in the case of HPD v. Domb, OATH Index No. 586/09. After trial, Administrative Law Judge ("ALJ") Ingrid M. Addison issued a Report and Recommendation dated April 17, 2009, making certain findings of fact and recommending that the CONH be denied. In her Report and Recommendation, ALJ Addison found that HPD had established that Respondent harassed tenants of the building during the inquiry period from November 28, 2004 to the present and recommended that HPD deny the Application for a CONH.

Section 27-2093(a) of the Administrative Code of the City of New York, in part, defines harassment as:

(2) the interruption or discontinuance of essential services which (i) interferes with or disturbs the comfort, repose, peace or quiet of any person lawfully entitled to occupancy of a dwelling unit in such multiple dwelling and (ii) causes or intended to cause such person lawfully entitled to occupancy of a dwelling unit of such dwelling unit to vacate such unit or to surrender or waive any rights in relation to such occupancy;

...

(4) any other conduct which prevents or is intended to prevent any person from the lawful occupancy of such dwelling unit or causes or intended to cause such person

lawfully entitled to occupancy of such dwelling unit to vacate such unit or to surrender or waive any rights in relation to such occupancy...

Section 27-2093(b) of the Administrative Code creates a presumption that any acts of harassment that occurred during the inquiry period are presumed to have been "committed by and on behalf of the owner" and that "such acts or omissions were committed with the intent to cause a person lawfully entitled to occupancy of [an SRO unit] to vacate such unit or to surrender or waive a right" in such lawful occupancy.

## DETERMINATION

Vito Mustaciuolo, Acting Deputy Commissioner of Preservation Services of the Department of Housing Preservation and Development, being authorized to act on behalf of the Commissioner, accepts and adopts the Report and Recommendation of ALJ Addison to the extent that it recommends a denial of the Application for a CONH. The Acting Deputy Commissioner further accepts ALJ Addison's Report and Recommendation to the extent that it finds that statutory acts of harassment occurred at the building[10] during the inquiry period with respect to Mr. Hopkins, a lawful occupant of room 1405 and then of room 325, Mr. Rojas, a lawful occupant of room 312, and Mr. Arias, a lawful occupant of room 724.

The Acting Deputy Commissioner modifies the findings of the Report and Recommendation based upon the evidence set forth therein and the evidence presented at the hearing before ALJ Addison. The Acting Deputy Commissioner finds that, in addition to the specific findings set forth in the Report and Recommendation with respect to Mr. Hopkins, Mr. Rojas and Mr. Arias, the owner's course of conduct in failing to maintain the roof of the building, permitting leaks to occur, failing to timely make repairs, doing work without permits on the upper floors of the building and "asking" or "enticing" the lawful occupants to move from the rooms on upper floors which they had occupied for many years to lower floors constituted harassment against lawful occupants. The Acting Deputy Commissioner finds that the "demolition" work conducted without permits on the 12th floor in rooms 1226 to 1231 caused dust, construction debris, temporary closing of the stairwell and noise. The dust, noise and placement of large cans of construction debris near the elevators interfered with Adelia De Almeida's quiet enjoyment of her home -room 1225 -on the 12th floor. The Acting Deputy Commissioner adopts the Report and Recommendation insofar as it finds that the illegal demolition was sufficient to establish a *prima facie* case of harassment, but rejects the finding that the owner rebutted the presumption of harassment. Indeed, the owner's admission that the unpermitted work was to "reconfigure the size of the rooms" to create "sample rooms for the Marriott Hotel by removing walls and reconfiguring the original rooms to make them larger" and the filing of an application with the Department of Buildings in November 2008 to reduce the room count on the 12th floor to 26 rooms demonstrates that the work by the owner was not for the benefit of the permanent tenants but to create more attractive transient rooms on the upper

---

[10] Contrary to ALJ Addison's comment in footnote 5 of the Report and Recommendation suggesting that the building is almost 200 years old, the Building Department Website reveals that Certificate of Occupancy #542 was issued for a new fireproof 12 story building with a penthouse in 1917. Accordingly, the building is less than 100 years old.

floors, which had a "view." *See e.g., Dep't of Housing Preservation & Development* v. *Avid*, OATH Index No. 801/08 (April 4, 2008) (Respondent's engaging in structural work for personal gain without obtaining permits from DOB or a CONH from DHPD showed disregard for the law and a preoccupation with his needs above those of the authorizing agencies whose job it is to protect public safety).

The Acting Deputy Commissioner finds that the failure to maintain the roof and plumbing to avoid leaks, the ongoing construction work without permits and other construction work at impermissible hours at night or on the weekend adjoining or near permanent tenants constituted harassment in that it was intended to cause or did cause tenants on the upper floors to move to lower floors and in that it interfered with the comfort, repose, peace and quiet of various tenants, particularly when it was accompanied by the failure to timely make repairs and suggestions that the lawful occupants move to rooms on the lower floors of the building. The construction work and the conditions on the upper floors demonstrate that the owner intended to cause the tenants to move to lower floors. The Acting Deputy Commissioner finds that the finding that Marie Theresa Herrick, Cliff Hammond-Adler, and Hamid Hossain were "enticed" to move to lower floors with offers of other rooms in combination with the owner's improper construction work, failure to maintain the roof and failure to ensure that leaks did not occur establish that harassment occurred at the building as defined by Section 27-2093 (a) (2) and (4) of the Administrative Code.

Accordingly, for all of the reasons set forth in the Report and Recommendation and in this Determination, the Commissioner of HPD, acting by and through the Acting Deputy Commissioner of HPD hereby denies the Application for a Certification of No Harassment.

**VITO MUSTACIUOLO,** *Commissioner,* Department of Housing Preservation and Development




# Buildings

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN  
**Filed At:** 215 WEST 94 STREET , MANHATTAN , NY 10025  
**BIN:** 1082894  **Block:** 1242  **Lot:** 24  
**Community Board:** 107

### ECB Violation Summary
**VIOLATION OPEN**

ECB Violation Number: 34838563Y  
**Severity:** CLASS - 2  
**Certification Status:** NO COMPLIANCE RECORDED  
**Hearing Status:** IN VIOLATION  
**Penalty Balance Due:** $0.00

### Respondent Information
**Name:** BEVERLEY HOTEL ASSOCIATES  
**Mailing Address:** 215 WEST 94 STREET , NY , NY 10025

### Violation Details
| | | | |
|---|---|---|---|
| **Violation Date:** | 03/10/2011 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 03/17/2011 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 205 | ZR 22-00 | ILLEGAL USE IN RESIDENTIAL DISTRICT |

**Specific Violation Condition(s) and Remedy:**  
ILLEGAL USE IN RESIDENTIAL DISTRICT. NOTE LOCATED IN A R8 GENERAL ZONING DISTRICT EXIST MULTIPLE ROOMS BEING OCCUPIED IS A TRANSIENT (SHORTSTAY) HOTEL. REMEDY: DISCONTINUE ILLEGAL TRANSIENT HOTEL USE FORTHWITH

**Issuing Inspector ID:** 2218  
**Issued as Aggravated Level:** NO  
**DOB Violation Number:** 031011ZMTFVP08

### Dept. of Buildings Compliance Information
**Certification Status:** NO COMPLIANCE RECORDED  
**Compliance On:**  
**Certification Submission Date:** 02/26/2013  
**Certification Disapproval Date:** 02/27/2013

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information
**Scheduled Hearing Date:** 06/30/2011  
**Hearing Status:** IN VIOLATION

# Buildings

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN
**BIN:** 1082894   **Block:** 1242   **Lot:** 24

**Filed At:** 215 WEST 94 STREET, MANHATTAN, NY 10025
**Community Board:** 107

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 34980586Y
**Severity:** CLASS - 1

**Certification Status:** NO COMPLIANCE RECORDED
**Hearing Status:** IN VIOLATION
**Penalty Balance Due:** $0.00

## Respondent Information
**Name:** RJMD ASSOCIATES LP
**Mailing Address:** 515 WEST 42 STREET, NEW YORK, NY 10036

## Violation Details
| | | | |
|---|---|---|---|
| **Violation Date:** | 08/08/2012 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 08/16/2012 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 103 | 28-118.3.2 | OCC CONTRARY TO THAT ALLOWED BY THE C OF O OR DOB RECORDS |

**Specific Violation Condition(s) and Remedy:**
OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERT OF OCCUPANCY #73264 DATED 4/16/1973. ILLEGAL OCCUPANCY NOTED:NEW MECHINICAL/BOILER ROOM ON ROOF AS 14TH FLR (ABOVE 13TH FLR PENTHOUSE)18 RMS ON 13TH FLR(PENTHOUSE)

**Issuing Inspector ID:** 2224
**Issued as Aggravated Level:** NO
**DOB Violation Number:** 080812CMTFKP01

## Dept. of Buildings Compliance Information
**Certification Status:** NO COMPLIANCE RECORDED
**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information
**Scheduled Hearing Date:** 10/04/2012   **Hearing Status:** IN VIOLATION
**Hearing Time:** 8:30



# Buildings

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN
**BIN:** 1082894   **Block:** 1242   **Lot:** 24

**Filed At:** 215 WEST 94 STREET , MANHATTAN , NY 10025
**Community Board:** 107

### ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 34838561K
Severity: CLASS - 2

**Certification Status:** NO COMPLIANCE RECORDED
**Hearing Status:** IN VIOLATION
**Penalty Balance Due:** $0.00

### Respondent Information
**Name:** BEVERLEY HOTEL ASSOCIATES
**Mailing Address:** 215 WEST 94 STREET , NY , NY 10025

### Violation Details
| | | | |
|---|---|---|---|
| **Violation Date:** | 03/10/2011 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 03/17/2011 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 203 | 28-118.3.2 | OCC CONTRARY TO THAT ALLOWED BY THE C OF O OR DOB RECORDS |

**Specific Violation Condition(s) and Remedy:**
OCCUPANCY CONTRARY TO THAT ALLOWED BY C/O #73264. ILLEGAL OCCUPANCY NOTED 1) A LEGAL CLASS 'B' RESIDENTIAL HOTEL W/38 ROOMS ON EACH FLR FORPERMANENT OCCUPANCY. 1 SNOW BEING OCCUPIED IN LARGE PART. 2) HAVING

**Issuing Inspector ID:** 2218
**Issued as Aggravated Level:** AGGRAVATED OFFENSE LEVEL 1
**DOB Violation Number:** 031011CMTFVP07

### Dept. of Buildings Compliance Information
**Certification Status:** NO COMPLIANCE RECORDED
**Compliance On:**
**Certification Submission Date:** 02/26/2013
**Certification Disapproval Date:** 08/21/2012

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information
**Scheduled Hearing Date:** 06/30/2011     **Hearing Status:** IN VIOLATION
**Hearing Time:** 8:30

# Buildings



✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN  **Filed At:** 207-215 WEST 94 STREET , MANHATTAN , NY 10025
**BIN:** 1082894  **Block:** 1242  **Lot:** 24  **Community Board:** 107

### ECB Violation Summary                                              **VIOLATION OPEN**
ECB Violation Number: 34754116Y
**Severity:** CLASS - 2  **Certification Status:** NO COMPLIANCE RECORDED
**Hearing Status:** IN VIOLATION
**Penalty Balance Due:** $0.00

### Respondent Information
**Name:** BEVERLY HOTEL ASSOCIATES
**Mailing Address:** 215 WEST 94 STREET , NY , NY 10025

### Violation Details
**Violation Date:** 01/27/2009  **Violation Type:** CONSTRUCTION
**Served Date:** 01/27/2009  **Inspection Unit:** MIDTOWN TASK FORCE

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 203 | 28-118.3.2 | OCC CONTRARY TO THAT ALLOWED BY THE C OF O OR DOB RECORDS |

**Specific Violation Condition(s) and Remedy:**
OCCUPANCY CONTRARY TO THAT ALLOWED BY C OF O #73264. ILLEGAL OCCUPANCY NOTED: A LEGAL CLASS 'B' RESIDENTIAL HOTEL W/38 ROOMS ON EACH FL FOR PERMANENT OCCUPANCY IS NOW BEING OCCUPIED 'IN LARGE PART' AS A

**Issuing Inspector ID:** 0613  **DOB Violation Number:** 012709CMTFEM01
**Issued as Aggravated Level:** NO

### Dept. of Buildings Compliance Information
**Certification Status:** NO COMPLIANCE RECORDED
**Compliance On:**
**Certification Submission Date:** 02/26/2013
**Certification Disapproval Date:** 08/21/2012

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information
**Scheduled Hearing Date:** 03/25/2010  **Hearing Status:** IN VIOLATION
**Hearing Time:** 8:30

# Buildings

✉ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN        **Filed At:** 215 WEST 94 STREET, MANHATTAN, NY 10025
**BIN:** 1082894   **Block:** 1242   **Lot:** 24                **Community Board:** 107

### ECB Violation Summary                                       **VIOLATION OPEN**
ECB Violation Number: 34973876R
**Severity:** CLASS - 2
**Certification Status:** NO COMPLIANCE RECORDED
**Hearing Status:** IN VIOLATION
**Penalty Balance Due:** $0.00

### Respondent Information
**Name:**            BEVERLY HOTEL ASSOCIATES
**Mailing Address:** 215 WEST 94 STREET, NEW YORK, NY 10025

### Violation Details
| | | | |
|---|---|---|---|
| **Violation Date:** | 04/10/2013 | **Violation Type:** | |
| **Served Date:** | 04/10/2013 | **Inspection Unit:** | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 263 | 263 - UNKNOWN | |

**Specific Violation Condition(s) and Remedy:**
FAILURE TO COMPLY W/COMMISSIONER'S ORDER TO FILE A CERTIFICATE OF CORRCTION WITH THE DOB FO RNOV#34980588H ISSUED ON 8/8/12 PURSUANT TO 28-204.4 & 1RCNY 102-01. RMDY: FILE A CERTIFICATE OF CORRECTION.

**Issuing Inspector ID:** 2422                         **DOB Violation Number:** 041013ASTFKK01
**Issued as Aggravated Level:** AGGRAVATED OFFENSE LEVEL 1

### Dept. of Buildings Compliance Information
**Certification Status:**  NO COMPLIANCE RECORDED
**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information
**Scheduled Hearing Date:** 08/01/2013       **Hearing Status:** IN VIOLATION
**Hearing Time:** 8:30

# NYC Buildings

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

**Premises:** 207 WEST 94 STREET MANHATTAN
**BIN:** 1082894  **Block:** 1242  **Lot:** 24

**Filed At:** 215 WEST 94 STREET, MANHATTAN, NY 10025
**Community Board:** 107

### ECB Violation Summary
ECB Violation Number: 34980588H
**Severity:** CLASS - 1

### VIOLATION OPEN

**Certification Status:** NO COMPLIANCE RECORDED
**Hearing Status:** IN VIOLATION
**Penalty Balance Due:** $0.00

### Respondent Information
**Name:** RJMD ASSOCIATES LP
**Mailing Address:** 515 WEST 42 STREET, NEW YORK, NY 10036

### Violation Details
| | | | |
|---|---|---|---|
| **Violation Date:** | 08/08/2012 | **Violation Type:** | |
| **Served Date:** | 08/16/2012 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 106 | 27-/28-/BC-MISC | MISCELLANEOUS VIOLATIONS |

**Specific Violation Condition(s) and Remedy:**
1023.1:FAILURE TO PROVIDE EXIT DISCHARGE DIRECTLY TO THE EXTERIOR OF THE BLDG. NOTED:BLDG HAVING MEANS OF EGRESS FROM ALL 3 STAIRCASE TERMINATED INTO FIRST FLR LOBBY/HALLWAY. REM:PROVIDE ADEQUATE MEANS OF EGRES

**Issuing Inspector ID:** 2224
**Issued as Aggravated Level:** NO

**DOB Violation Number:** 080812CMTFKP03

### Dept. of Buildings Compliance Information
**Certification Status:** NO COMPLIANCE RECORDED
**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information
**Scheduled Hearing Date:** 10/04/2012  **Hearing Status:** IN VIOLATION
**Hearing Time:** 8:30

# NYC Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## Property Profile Overview

**2520 BROADWAY**  
BROADWAY 2520 - 2524  
WEST 94 STREET 207 - 215  

**MANHATTAN 10025**  
Health Area : 3110  
Census Tract : 183  
Community Board : 107  
Buildings on Lot : 1  

**BIN# 1082894**  
Tax Block : 1242  
Tax Lot : 24  
Condo : NO  
Vacant : NO  

View DCP Addresses...  Browse Block

View Zoning Documents   View Challenge Results   Pre - BIS PA   View Certificates of Occupancy

### PARTIAL STOP WORK ORDER EXISTS ON THIS PROPERTY

| | | | |
|---|---|---|---|
| Cross Street(s): | WEST 94 STREET, WEST 95 STREET | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | N/A |
| Local Law: | YES | Loft Law: | NO |
| SRO Restricted: | YES | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |

**Special District:** UNKNOWN

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, or Coastal Erosion Hazard Area. Click here for more information

**Department of Finance Building Classification:** H9-HOTELS

Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| | | | Elevator Records |
| Complaints | 367 | 3 | Electrical Applications |
| Violations-DOB | 138 | 10 | Permits In-Process / Issued |
| Violations-ECB (DOB) | 121 | 17 | Illuminated Signs Annual Permits |

This property has 2 open ECB "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations.

Plumbing Inspections  
Open Plumbing Jobs / Work Types  
Facades

| | | |
|---|---|---|
| Jobs/Filings | 68 | Marquee Annual Permits |
| ARA / LAA Jobs | 1 | Boiler Records |
| Total Jobs | 69 | DEP Boiler Information |
| Actions | 263 | Crane Information |
| | | After Hours Variance Permits |

OR Enter Action Type:

OR Select from List:  Select...  ◊

**AND** Show Actions