# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9410
jsack@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

January 29, 2015

**BY ECF AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    United States v. Sant Singh Chatwal, 14 CR 143 (ILG)

Dear Judge Glasser:

       This letter is submitted on behalf of Sant Singh Chatwal, who was sentenced by the Court on December 18, 2014 to a three-year term of probation and a fine of $500,000.[1] We are writing to request permission for Mr. Chatwal to travel to India in the near future with his wife and younger son, and generally to travel to India, Canada and England for personal, charitable and business reasons, as we explain further below. We also write to request the return of his passport.

       Mr. Chatwal has met with his Probation Officer in the Southern District of New York, Michael Cox, and has complied with all requirements set by the Probation Department. Mr. Chatwal has been permitted to travel without restriction within the Southern and Eastern Districts of New York (with the exception of Suffolk County), and may also travel within the United States with the prior consent of Officer Cox. However, as Officer Cox has advised Mr. Chatwal, international travel requires permission of the Court.

---

[1] The fine was paid on December 23, 2014.

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

The Honorable I. Leo Glasser
January 29, 2015
Page 2

The Probation Department has been advised of the present requests and does not have an objection. We have likewise consulted with AUSA Coffey regarding each of these requests, and the government too does not have an objection.

By way of background, for many years, Mr. Chatwal has traveled to India, Canada and England regularly for family, charitable and business reasons. He has close family members in India and Canada and personal involvement with several charitable organizations throughout India and England, as described in connection with sentencing. As a result of the investigation and resulting criminal case, Mr. Chatwal has not traveled outside of the United States for a substantial period of time, which has kept him from giving close attention to organizations abroad that he supports.

Recently, Mr. Chatwal learned that his eldest sister, who is over 80 years old and lives in India, is gravely ill, and Mr. Chatwal wishes to travel to see her and look into possible changes to her medical care. Mr. Chatwal also wishes to make personal visits to several India-based charitable organizations (which were referenced in our sentencing submission) and confer on strategy and operations with local personnel. Mr. Chatwal has discussed his involvement in these and other international charitable organizations with Senior Probation Officer Theresa Maisano, who will supervise fulfillment of Mr. Chatwal's community service obligation, and Officer Maisano has encouraged Mr. Chatwal's continued involvement with these organizations.

In view of these considerations, we respectfully request that the Court permit Mr. Chatwal to travel to India in February or March of this year, the specific dates still to be determined. In addition, while so far away, Mr. Chatwal may also visit with an organization he supports with offices in Shanghai and Bangkok. Officer Cox has informed Mr. Chatwal that this extension of the trip is acceptable. Mr. Chatwal will provide the Probation Office with an itinerary at least one week in advance of the trip.

We also note that, as a result of personal and professional commitments in India, Canada and England, Mr. Chatwal may be travelling to those countries on one or more additional occasions this year. In lieu of multiple letters to the Court, we respectfully request that Mr. Chatwal be granted permission generally to travel to India, Canada and England without restriction—subject of course to the prior consent of Officer Cox. Mr. Chatwal has discussed this broader request with Officer Cox, and he has no objection.

Lastly, we request that Your Honor direct the Office of Pretrial Services to return Mr. Chatwal's United States and Canadian passports, which were turned over to Pretrial Services upon Mr. Chatwal's arrest in April 2014.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable I. Leo Glasser
January 29, 2015
Page 3

      We enclose a proposed order for the Court's consideration. We appreciate Your Honor's attention to this matter and will be glad to address any questions or concerns the Court might have.

      Respectfully Submitted,

      Jonathan S. Sack

Enclosure

cc: Assistant U.S. Attorney Martin Coffey (By ECF and Email)
    United States Probation Officer Michael Cox (By Email)