UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 0 1 2016 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA, )
)
v. )
) ORDER
SANT SINGH CHATWAL, )
) 14 CR 143 (ILG)
Defendant. )

WHEREAS, the Court having sentenced the defendant Sant Singh Chatwal on December 18, 2014 to a three-year term of probation with a special condition that the defendant complete 1,000 hours of community service;

WHEREAS the defendant has satisfied the aforementioned special condition; and

WHEREAS the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and determined that early termination is warranted by the conduct of the defendant and in the interest of justice,

NOW, THEREFORE, it is hereby ORDERED that the term of probation imposed upon the defendant is terminated pursuant to 18 U.S.C. § 3564(c).

SO ORDERED

8/1/16

_____
I. Leo Glasser, J.